# STATE OF ALASKA

FRANK H. MURKOWSKI,
GOVERNOR

## DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

Environmental
1031 WEST 4th AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:     (907) 269-5274
FAX:         (907) 278-7022

January 9, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

Re:  Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $437,081.32 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. The entire amount will come from the Research Investment Sub-Account.  The Research Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue.  Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
    Amount:    $287,569.64
                    State of Alaska
                    Exxon Valdez Settlement Account
                    GeFONSI 33070
                    Account 22177

Attachment _A_
Page _1_ of _20_ Pages

Mr. Gary Bader  
Treasury Division, Department of Revenue

Page Two  
January 9, 2006

**United States**

    Amount:     $149,511.68

Beneficiary  
    account:     14X5198  
    name:     Natural Resource Damage Assessment and Restoration Fund (NRDAR)

    Beneficiary  
    account:     14010001  
    name:     Department of the Interior  
    Financial Management Services National Business Center

    Beneficiary Bank  
    account:     021030004  
    name:     Treasury, NYC

    OBI Text  
    Natural Resource Damage Assessment Restoration Fund 14X5198  
    EVOS Exxon Valdez, Civil Settlement, FY04 Joint Funds

    *Beneficiary Reference*  
    A91-082Civil

The transfer should take place when most financially advantageous, but no later than January 17, 2006 or as soon thereafter as possible. If you have any questions, please call Rita Hoffmann at (907) 269-5274.

Sincerely,

Rita Hoffmann  
Assistant Attorney General  
State of Alaska

Regina R. Belt  
Environmental Enforcement Section  
Environment & Natural Resources Division  
U.S. Department of Justice  
United States of America

cc:     Kevin Buckland      Sue Bump  
       Bob Mitchell          Michael Baffrey

Attachment A  
Page 2 of 20 Pages

Attachment A

# RESOLUTION 06-07 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## REGARDING THE FY 2006 WORK PLAN
## PROJECT 040620-2 (Ballachey/Bodkin)

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule:

### FY 2006 Fund Distribution

| | |
|---|---|
| **SUBTOTAL TO STATE OF ALASKA** | **$ 0** |
| | |
| U.S. Department of the Interior | $ 87,200.00 |
| National Oceanic & Atmospheric Administration | $ 0 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ 87,200.00** |

Funds must be spent in accordance with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating his or her

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $87,200 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of December 2, 2005 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $87,200 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of December 2, 2005 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
    Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $87,200 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of December 2, 2005 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

MCKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $87,200 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of December 2, 2005 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

SCOTT J. NORDSTRAND  
Commissioner  
Alaska Department of Administration

DRUE PEARCE  
Senior Advisor to the Secretary  
for Alaskan Affairs  
U.S. Department of the Interior

Craig O'Connor  
Special Counsel  
National Oceanic & Atmospheric  
   Administration  
U.S. Department of Commerce

McKIE CAMPBELL  
Commissioner  
Alaska Department of Fish and Game

KURT FREDRIKSSON  
Commissioner  
Alaska Department of Environmental Conservation

2

Resolution 06-07

Attachment _A_  
Page _7_ of _20_ Pages

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $87,200 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of December 2, 2005 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

{Deleted: MCKIE}

2

Resolution 06-07

Attachment __A__
Page __8__ of __20__ Pages

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $87,200 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of December 2, 2005 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

2                                                                Resolution 06-07

Attachment _A_
Page _9_ of _20_ Pages