RESOLUTION 06-06 OF THE
*EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
REGARDING THE FY 2006 WORK PLAN – PROJECT 060100
INTERIM EVOS ADMINISTRATIVE BUDGET FOR JANUARY AND FEBRUARY 2006

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2006 (administrative expenses for January and February 2006 only), as described in Attachments A and B. This portion of the Work Plan is funded at $349,881.32. The monies are to be distributed according to the following schedule:

| | |
|---|---|
| Alaska Department of Fish & Game | $239,900.67 |
| Alaska Department of Law | 2,725.00 |
| Alaska Department of Natural Resources | 42,763.97 |
| Alaska Department of Environmental Conservation | 2,180.00 |
| **SUBTOTAL TO STATE OF ALASKA** | **$287,569.64** |
| U.S. Department of the Interior | $ 41,383.68 |
| National Oceanic & Atmospheric Administration | 20,928.00 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ 62,311.68** |
| **TOTAL APPROVED** | **$349,881.32** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2006 Work Plan, the amount of $349,881.32 from the appropriate accounts designated by the Executive Director.

1

Resolution 06-06

Attachment *A*
Page *10* of *20* Pages

Approved by the Council at the continuation of its December 2, 2005 meeting, which occurred via teleconference on December 15, 2005 as affimed by our signatures affixed below.

_[signature]_

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

DRUE PEARCE
Senior Advisor to the Secretary
 for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
 Conservation

Approved by the Council at the continuation of its December 2, 2005 meeting, which occurred via teleconference on December 15, 2005 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

_____/s/ Drue Pearce_____
DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
   Conservation

Approved by the Council at the continuation of its December 2, 2005 meeting, which occurred via teleconference on December 15, 2005 as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Approved by the Council at the continuation of its December 2, 2005 meeting, which occurred via teleconference on December 15, 2005 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

_____
DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

Approved by the Council at the continuation of its December 2, 2005 meeting, which occurred via teleconference on December 15, 2005 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

_____
DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

2

Resolution 06-06
Attachment A
Page 15 of 20 Pages

Approved by the Council at the continuation of its December 2, 2005 meeting, which occurred via teleconference on December 15, 2005 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
SCOTT NORDSTRAND
Commissioner
Alaska Department of Administration

_____
DRUE PEARCE
Senior Advisor to the Secretary
   for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____/s/ Kurt Fredriksson_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
   Conservation

# ATTACHMENT A
## SUMMARY OF EXPENSES
### (01-01-06 thru 02-28-06)

I. **PERSONNEL** $190,250.04

    A. EVOS Personnel Costs for Jan-February (Internal)* $148,183.36

| JOB TITLE | PRIOR R&S | RANGE/STEP | SALARY | BENEFITS | TOTAL SALARY & BENEFITS |
|---|---|---|---|---|---|
| Executive Director | | 28L | $18,702.00 | $7,738.00 | $26,440.00 |
| Science Director | | 26E | 15,054.00 | 6,724.00 | 21,778.00 |
| Science Coordinator | | 22L | 13,662.00 | 6,254.00 | 19,916.00 |
| Data Systems Manager | 22D | 22E | 11,808.00 | 5,622.34 | 17,430.34 |
| Administrative Officer | | 18D | 8,762.00 | 4,600.00 | 13,362.00 |
| Analyst/Programmer III | | 18B | 8,190.00 | 4,403.00 | 12,593.00 |
| Research Analyst | | 18A | 7,912.00 | 4,309.34 | 12,221.34 |
| Administrative Officer | | 18A | 7,912.00 | 4,309.34 | 12,221.34 |
| Administrative Assistant | | 18A | 7,912.00 | 4,309.34 | 12,221.34 |
| TOTALS | | | $99,914.00 | $48,269.36 | $148,183.36 |

    B. Agency Staff (External) $42,066.68

Project Management

| Agency | 2005 Allocation for PM | Total Allocation for Jan-Feb |
|---|---|---|
| ADFG | $90,000.00 | $15,000.00 |
| ADNR | 8,400.00 | 1,400.00 |
| DOI/USGS | 44,800.00 | 7,466.68 |
| NOAA | 91,200.00 | 15,200.00 |
| TOTALS | $234,400.00 | $39,066.68 |

Administrative Support

| Agency | 2005 Allocation for PM | Total Allocation for Jan-Feb |
|---|---|---|
| DOI/USGS (Nesslage)** | 15,000.00 | 2,500.00 |
| DOI/USGS (Mutter)*** | 3,000.00 | 500.00 |
| TOTALS | $18,000.00 | $3,000.00 |

** Nesslage is the NRDAR Fund Finance Officer
*** Mutter is the Federal Representative for the PAC and is shown in Project 100 under DOI

## SUMMARY OF EXPENSES continued

| | | | |
|---|---|---|---:|
| II. | **TRAVEL** | | **$25,425.00** |
| | Trustee Council Travel | | $14,000.00 |
| | Symposium Speaker | | $ 2,000.00 |
| | PAC Meeting in January | | $ 9,425.00 |
| III. | **CONTRACTUAL** | | **$103,317.00** |
| | A. | Administrative | |
| | | Office Space Lease | $24,000.00 |
| | | Utilities (Phone, long distance and cable) | $4,400.00 |
| | | Postage | $500.00 |
| | | Courier Service | $200.00 |
| | | Equipment Maintenance | $1,300.00 |
| | | Transcription Services | $1,000.00 |
| | | Computer Service lan/wan ETS/SPR | $2,700.00 |
| | | TC Meeting Expenses | $250.00 |
| | | PAC Meeting Expenses | $300.00 |
| | | TC Meeting Public Notices | $3,000.00 |
| | | Office Supplies | $2,834.00 |
| | | Habitat Catalogue | $22,000.00 |
| | | Subtotal........ | $62,484.00 |
| | B. | Science Management | |
| | | Applied Marine Science (Spies Contract) | $15,833.00 |
| | | Marine Science Symposium | $25,000.00 |
| | | Subtotal......... | $40,833.00 |
| IV. | **COMMODITIES** | | **$2,000.00** |
| | A. | Science Management | |
| | | Software licenses and equipment replacement | $2,000 |
| V. | **GENERAL ADMINISTRATION** | | **$28,889.28** |
| | ADEC | | $180.00 |
| | ADF&G | | $19,808.31 |
| | DOI/USGS | | $3,417.00 |
| | ADNR | | $3,530.97 |
| | NOAA | | $1,728.00 |
| | DOL | | $225.00 |

Attachment _A_

Page _18_ of _20_ Pages

| TOTAL EXPENSES FOR JANUARY AND FEBRUARY | | $349,881.32 |
|---|---|---|

## ATTACHMENT B
## FUND DISTRIBUTION TO AGENCIES

**ADF&G**
| | | |
|---|---|---|
| Personnel – Internal | | $148,183.36 |
| Project Management | | $ 15,000.00 |
| Contractual – Administrative | | $ 41,484.00 |
| Travel | | $ 13,425.00 |
| Commodities | | $ 2,000.00 |
| GA | | $ 19,808.31 |
| | TOTAL | $239,900.67 |

**DOI/USGS**
| | | |
|---|---|---|
| Project Management | | $ 7,466.68 |
| Administrative Support | | $ 3,000.00 |
| Contractual* | | $ 24,000.00 |
| Travel | | $ 3,500.00 |
| GA | | $ 3,417.00 |
| | TOTAL | $ 41,383.68 |

**ADNR**
| | | |
|---|---|---|
| Project Management | | $ 1,400.00 |
| Contractual** | | $ 15,833.00 |
| Contractual --- Habitat Catalog | | $ 22,000.00 |
| GA | | $ 3,530.97 |
| | TOTAL | $ 42,763.97 |

**NOAA**
| | | |
|---|---|---|
| Project Management | | $ 15,200.00 |
| Travel | | $ 4,000.00 |
| GA | | $ 1,728.00 |
| | TOTAL | $ 20,928.00 |

**ADEC**
| | | |
|---|---|---|
| Travel | | $ 2,000.00 |
| GA | | $ 180.00 |
| | TOTAL | $ 2,180.00 |

**DOL**
| | | |
|---|---|---|
| Travel | | $ 2,500.00 |
| GA | | $ 225.00 |
| | TOTAL | $ 2,725.00 |

| TOTAL FUNDS TO AGENCIES | $349,881.32 |
|---|---|

Attachment _A_
Page _19_ of _20_ Pages

\*  DOI/USGS – Funds to support 1 month of EVOS office space
\*\* ADNR – Funds to support 2 months of Applied Marine Science Contract

Attachment _A_
Page 20 of 20 Pages