# Exxon Valdez Oil Spill Trustee Council

441 W. 5" Ave., Suite 500 • Anchorage, Alaska 99501-2340 • 907/278-8012 • fax 907/276-7178

## TRUSTEE COUNCIL MEETING NOTES
Anchorage, Alaska
December 2, 2005
Continued to December 15, 2005

DRAFT - *12/15/05 1:50 pm*                                           DRAFT

Chaired by: Kurt Fredriksson
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Joe Meade, USFS | McKie Campbell, ADF&G |
| Drue Pearce, DOI | •Kurt Fredriksson, ADEC |
| Craig O'Connor, NMFS * | Scott Nordstrand, ADOA |

• Chair
* Craig O'Connor alternate for James Balsiger

Meeting convened at 8:10 a.m., December 2, 2005 in Anchorage at the EVOS Conference Room.

1.  Approval of the Agenda

    APPROVED MOTION:   Approval of the December 2, 2005 agenda

    Motion by Pearce, second by Nordstrand

2.  Approval of November 10, 2005 meeting notes

    APPROVED MOTION:   Approval of November 10, 2005 meeting notes

    Motion by Nordstrand, second by Pearce

Public comment period began at 8:10 a.m.

**Three individuals offered public comment.**

Public comment period closed at 8:25 a.m.

Public Advisory Committee (PAC) and Trustee Council dialogue began at 8:25 a.m.

Federal Trustees                State Trustees
U.S. Department of the Interior          Alaska Department of Fish and Game
U.S. Department of Agriculture           Alaska Department of Environmental Conservation
National Oceanic and Atmospheric Administration   Alaska Department of Law

Attachment B
Page 1 of 3 Pages

**Comments were offered by three PAC members: Dr. John Gerster, Co-chair; Stacy Studebaker, Co-chair; and Jason Brune**

PAC dialogue closed at 8:40 a.m.

3. Request for Amendment to Ballachey and Bodkin Project 040620-2

   APPROVED MOTION: Motion to amend Project 040620-2 for additional field work and analysis with additional funding of $87,200

   Motion by O'Connor, second by Meade

Off the record: 9:30 a.m.
On the record: 9:40 a.m.

4. Executive Session

   APPROVED MOTION: Motion to move to Executive Session to discuss personnel issues

   Motion by Nordstrand, second by O'Connor

Off the record: 9:55 a.m.
On the record: 10:50 a.m.

5. Annual Budget

   APPROVED MOTION: The Trustee Council retains all hiring, termination and classification authority of EVOS personnel including placement on State of Alaska pay chart

   Motion by Nordstrand, second by O'Connor

   APPROVED MOTION: All changes to the budget categories and subcategories in the continuing budget resolutions passed by the Trustee Council for FY '06 must be reviewed by the Alaska Department of Fish and Game Commissioner or Commissioner's designee subject to override by the EVOS Trustee Council itself

   Motion by Nordstrand, second by O'Connor

6. <u>Executive Session</u>

    APPROVED MOTION:    Motion to move to Executive Session to discuss personnel issues. The Trustees will recess from the Executive Session without returning to a public forum.

        Motion by Nordstrand, second by Meade

Off the record: 11:25 a.m.
Meeting recessed at 11:55 a.m.

NOTE: The Council came out of executive session, having no further business.

        Motion by Pearce, second by O'Connor

**December 15, 2005**

Teleconference reconvened on the record: 11:35 a.m.

7. <u>Annual Budget</u>

    APPROVED MOTION:    Motion to adopt Resolution 06-06 *Exxon Valdez* Oil Spill Trustee Council regarding the FY 2006 Work Plan – Project 060100 Interim EVOS Administrative Budget for January and February 2006

        Motion by O'Connor, second by Nordstrand

Meeting adjourned at 11:45 a.m.

        Motion by Campbell, second by O'Connor