DAVID W. MÁRQUEZ
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

RITA H. LOVETT
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska  99501-1994
Telephone:  (907) 269-5274
Facsimile:   (907) 278-7022
Email:  Rita_Lovett@law.state.ak.us

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,                         ) | |
| ) | |
| Plaintiff,               ) | No. 3:91-CV-0083 (HRH) |
| ) | |
| v.                           ) | **SEVENTEENTH JOINT** |
| ) | **NOTICE OF** |
| EXXON CORPORATION, and EXXON   ) | **EXPENDITURES FROM** |
| SHIPPING COMPANY,                     ) | **THE INVESTMENT** |
| ) | **FUND** |
| Defendants.          ) | |
| ) | |

The State of Alaska and the United States (the "Governments") jointly provide

notice of the expenditure of $1,041,885.00 from the EXXON VALDEZ Oil Spill Investment

Fund ("Investment Fund"), namely the Research Investment Sub-Account. The

Governments' natural resource trustee agencies will use these funds for purposes consistent

SEVENTEENTH JOINT NOICE OF
EXPENDITURES FROM INVESTMENT FUND
1

with the Memorandum of Agreement and Consent Decree entered by this Court in *United States v. State of Alaska,* No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account as the Trustee Council determines appropriate. On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit:

the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this seventeenth expenditure from the Investment Fund for: necessary natural resource damage assessment and restoration activities during federal fiscal year 2006.[2] Of the $1,041,885.00 that is the subject of this

---

[1] A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1 - 2.

[2] The resolutions of the Trustee Council documenting its unanimous agreement, at its February 8, 2006 meeting, to provide $1,045,070.00 in supplemental funding for the Annual Program Development and Implementation Budget for FY 2006

notice, $285,428.40 will be provided to the United States and $756,456.60 will be provided to the State of Alaska.

A complete summary of the Council's activities since approval of the settlement was appended to our Second Application, filed January 19, 1993, as Attachment B, and interim updates of activities appeared as Attachments to each of the Governments' Third through Sixth, Eighth through Twelfth, Fifteenth, Nineteenth, Twenty-First, Twenty-Second, Twenty-Fourth through Twenty-Ninth, Thirty-First, and Thirty-Third through Forty-Fifth applications for disbursement, the Fifth through Seventh and Tenth through Fourteenth Joint Notices of Expenditure From Settlement Account Monies Previously Disbursed, and the First, Second, Fourth, and Seventh through the Sixteenth Joint Notice of Expenditures From Investment Fund. The Trustee Council has met once since the Governments' filing on January 9, 2006 of their Sixteenth Joint Notice of Expenditures from Investment Fund and from Monies Previously Disbursed. The meeting notes for the Trustee Council's February 8, 2006 meeting appear in Attachment B, pp. 1-3.

RESPECTFULLY SUBMITTED this 16th day of March, 2006 at Anchorage, Alaska.

---

(Resolution 06-08) and to expend $6,000.00 to supplement funding for Project 040620-2 (Resolution 06-09) are appended to this Notice at Attachment A, pp. 3-32. Per the terms of Resolution 06-08, the amount to be distributed has been adjusted downward slightly B to $1,035,885.00 B to reflect the difference in salary and benefits figures between the Council=s prior Executive Director and its Interim Executive Director for the first quarter of calendar year 2006. The change of Executive Director has also precipitated a change in the amounts allocated within Attachment A to Resolution 06-08 to the Alaska Department of Fish and Game, which employed the prior Executive Director, and the United States Department of the Interior, which employs the Interim Executive Director.

SEVENTEENTH JOINT NOICE OF
EXPENDITURES FROM INVESTMENT FUND
4

FOR THE STATE OF ALASKA

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/Rita H. Lovett
      Assistant Attorney General
      State of Alaska
      Department of Law
      1031 West Fourth Avenue, Suite 200
      Anchorage, Alaska  99501-1994
      Telephone:  (907) 269-5274
      Facsimile:  (907) 278-7022
      Email: Rita_Lovett@law.state.ak.us
      Alaska Bar #9911065

FOR THE UNITED STATES OF AMERICA
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

WILLIAM D. BRIGHTON, Asst. Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530


By:   s/Regina R. Belt (consent)
      Environmental Enforcement Section
      Environment & Natural Resources Division
      U.S. Department of Justice
      801 B Street, Suite 504
      Anchorage, Alaska  99501-3657
      (907) 271-3456

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of March, 2006, a copy of the foregoing SEVENTEENTH JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT FUND, together with attachments A and B thereto were served by U.S. mail, first class, postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK  99501-3657

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK  99501

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA  90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK  99821-1187


s/Rita H. Lovett

SEVENTEENTH JOINT NOICE OF
EXPENDITURES FROM INVESTMENT FUND
6