**STATE OF ALASKA**

FRANK H. MURKOWSKI,
GOVERNOR

**DEPARTMENT OF LAW**

*OFFICE OF THE ATTORNEY GENERAL*

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:   (907) 269-5274*
*FAX:       (907) 278-7022*

March 16, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK 99811-0405

Re:   Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $1,041,885.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. The entire amount will come from the Research Investment Sub-Account. The Research Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
    Amount:    $756,456.60
                   State of Alaska
                   Exxon Valdez Settlement Account
                   GeFONSI 33070
                   Account 22177

**Attachment A**
**Page 1 of 32**

Mr. Gary Bader  
Treasury Division, Department of Revenue

Page Two  
March 16, 2006

**United States**

    Amount:    $285,428.40

Beneficiary

    account:    14X5198  
    name:    Natural Resource Damage Assessment and Restoration Fund (NRDAR)

    Beneficiary  
    account:    14010001  
    name:    Department of the Interior  
    Financial Management Services National Business Center

    Beneficiary Bank  
    account:    021030004  
    name:    Treasury, NYC

OBI Text  
Natural Resource Damage Assessment Restoration Fund 14X5198  
EVOS Exxon Valdez, Civil Settlement, FY04 Joint Funds

*Beneficiary Reference*  
A91-082Civil

    The transfer should take place when most financially advantageous, but no later than March 23, 2006 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

*Rita Lovett*  
Rita H. Lovett  
Assistant Attorney General  
State of Alaska

*Rita Lovett*  
for Regina R. Belt  
Environmental Enforcement Section  
Environment & Natural Resources Division  
U.S. Department of Justice  
United States of America

cc:    Divina Pelayo, ADF&G    Sue Bump  
       Bob Mitchell                Michael Baffrey

Attachment A  
Page 2 of 32

RESOLUTION 06-08 OF THE
*EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
REGARDING THE FY 2006 WORK PLAN – PROJECT 060100
FY 2006 ANNUAL PROGRAM DEVELOPMENT AND IMPLMENTATION BUDGET
MARCH 1, 2006 – SEPTEMBER 30, 2006

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2006, as described in Attachment A. This portion of the Work Plan is funded at $1,045,070. The monies are to be distributed according to the following schedule:

| | |
|---|---:|
| Alaska Department of Fish & Game | $554,526 |
| Alaska Department of Law | 2,725 |
| Alaska Department of Natural Resources | 154,690 |
| Alaska Department of Environmental Conservation | 87,745 |
| **SUBTOTAL TO STATE OF ALASKA** | **$799,686** |
| | |
| U.S. Department of the Interior | $172,899 |
| U.S. Forest Service | 49,050 |
| National Oceanic & Atmospheric Administration | 23,435 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$245,384** |
| | |
| **TOTAL APPROVED** | **$1,045,070** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.

_____  
JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____  
DAVID W. MÁRQUEZ  
Attorney General  
State of Alaska

_____  
DRUE PEARCE  
Senior Advisor to the Secretary  
  for Alaska Affairs  
U.S. Department of the Interior

_____  
CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric  
  Administration  
U.S. Department of Commerce

_____  
McKIE CAMPBELL  
Commissioner  
Alaska Department of Fish and Game

_____  
KURT FREDRIKSSON  
Commissioner  
Alaska Department of Environmental  
  Conservation

Attachment A: FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

Attachment A: FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.

---

JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

DAVID W. MÁRQUEZ  
Attorney General  
State of Alaska

---

DRUE PEARCE  
Senior Advisor to the Secretary  
  for Alaska Affairs  
U.S. Department of the Interior

CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric  
Administration  
U.S. Department of Commerce

---

McKIE CAMPBELL  
Commissioner  
Alaska Department of Fish and Game

KURT FREDRIKSSON  
Commissioner  
Alaska Department of Environmental  
  Conservation

Attachment A: FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.

---

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

---

DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

---

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

Attachment A:  FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

Attachment A:  FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

# Exxon Valdez Oil Spill Trustee Council
## FY 2006 Annual Program Development and Implementation Budget
### October 1, 2005 – September 30, 2006

The Council has adopted a new budget structure for FY 2006 in order to more clearly identify the allocation of funds supporting Trustee Council activities. The Annual Program Development and Implementation Budget reflects the estimated costs associated with a variety of Trustee Council activities designed to support community involvement, independent peer review, high levels of public, scientific, and technical involvement in the development of Trustee Council funded programs with an emphasis in 2006, on lingering oil, injured resources and services, continuation of the Small Parcel Program, a synthesis of restoration actions previously taken, and identification of future actions that will further the restoration goals of the Trustee Council.

The Program Development and Implementation Budget includes the following components:
- *Administration Management*
- Data Management
- *Science Management*
- Community Involvement
- Public Advisory Committee (PAC)
- Scientific and Technical Advisory Committee (STAC)
- *Small Parcel Program*
- *Trustee Council Member Direct Expenses*
- *Program Support by Agencies*

Various aspects of the italicized components are undertaken by trustee agencies providing program development and administrative support. The Restoration Office is administratively located within the Alaska Department of Fish and Game. Allocation of funds by agency is detailed in Attachment A.

This budget has been developed over a six month period and takes into account the FY 2006 budget authorizations adopted by the Exxon Valdez Oil Spill Trustee Council at the meetings held in September, November, and December of 2005:
- Resolution 06-03 for the months of October and November, 2005.
- Resolution 06-04 for the month of December, 2005.
- Resolution 06-06 for the months of January and February 2006.

As indicated in Attachment A, the line item allocations appearing herein supersede the line item allocations appearing in Trustee Council Resolutions 06-03, 06-04, and 06-06, to the extent that they are inconsistent.

Note: Any unexpended funds, whether resulting from unfilled personnel vacancies or from canceled or modified activities, lapse and are available for use in funding other Trustee Council-authorized activities.

*Date Prepared: 1/6/06*                                                              Page 1 of 18

# TABLE OF CONTENTS

Budget Summary Information ........................................................................................... 3
Administration Management .......................................................................................... 4
Data Management ............................................................................................................ 7
Science Management ....................................................................................................... 9
Community Involvement ................................................................................................ 11
Public Advisory Committee (PAC) ................................................................................ 12
Scientific and Technical Advisory Committee (STAC) ................................................ 13
Trustee Council Member Expenses ............................................................................... 14
Small Parcel Program ..................................................................................................... 15
Program Support /Project Management ....................................................................... 16
Attachment A: Allocation of EVOS Funds By Agency ............................................... 17

## BUDGET SUMMARY INFORMATION

The Exxon Valdez Oil Spill Restoration Annual Program Development and Implementation Budget for 2006 will be funded through two funding sources. The majority of funds will come from the *Exxon Valdez* Oil Spill Investment Fund managed by the Alaska Department of Revenue. A grant to the Alaska Department of Fish and Game by the National Ocean Service (NOS) of the US Department of Commerce provides $234,000 in FFY 06. This budget document presents the total budget for FY 2006. The following summary tables show budget allocations by component, line item, and funding source. The remainder of the document specifies the uses to which the monies for each component of the budget will be put and the funding sources for each item.

**Budget Summary Information by Component**

| Component | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Administration Management | $773,215 | $62,800 | $836,015 |
| Data Management | $151,214 | $54,000 | $205,214 |
| Science Management | $406,185 | $66,000 | $472,185 |
| Community Involvement | $19,947 | $0 | $19,947 |
| Public Advisory Committee (PAC) | $28,286 | $0 | $28,286 |
| Scientific & Technical Advisory Committee (STAC) | $0 | $51,600 | $51,600 |
| Small Parcel Program | $98,100 | $0 | $98,100 |
| Trustee Council Member Direct Expenses | $34,880 | $0 | $34,880 |
| Program Support by Agencies | $354,130 | $0 | $354,130 |
| Total | $1,865,957 | $234,400 | $2,100,357 |

**Budget Summary Information by Line Item:**

| Line Item | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Personnel | $1,034,402 | $164,700 | $1,199,102 |
| Travel | $81,730 | $23,300 | $105,030 |
| Contractual | $562,755 | $40,000 | $602,755 |
| Commodities | $18,000 | $6,400 | $24,400 |
| Equipment | $15,000 | $0 | $15,000 |
| G&A | $154,070 | $0 | $154,070 |
| Total | $1,865,957 | $234,400 | $2,100,357 |

## ADMINISTRATION MANAGEMENT - $836,015

|             | Total Budget | NOS Grant | EVOS Funds |
|-------------|--------------|-----------|------------|
| Personnel   | $466,637     | $51,300   | $415,337   |
| Travel      | $10,480      | $5,100    | $5,380     |
| Contractual | $261,655     | $0        | $261,655   |
| Commodities | $18,400      | $6,400    | $12,000    |
| Equipment   | $15,000      | $0        | $15,000    |
| G&A         | $63,843      | $0        | $63,843    |
| Total       | $836,015     | $62,800   | $773,215   |

### PERSONNEL – $466,637

| Position | Range/Step | Months | Monthly Cost | Annual Costs |
|----------|------------|--------|--------------|--------------|
| Exec Director | 28L | 12.0 | $13,220.00 | $158,640.00 |
| Admin Officer* | 18E | 12.0 | $6,889.48 | $82,673.76 |
| Research Analyst | 18B | 12.0 | $6,321.22 | $75,854.64 |
| Admin Officer | 18A | 12.0 | $6,134.49 | $73,613.88 |
| Admin Assistant | 18B | 12.0 | $6,321.22 | $75,854.64 |
| **Total Personnel** | | | $38,886.41 | $466,636.92 |

*The NOS Grant covers a portion of the salary ($51,300) for the Administrative Officer.

### TRAVEL – $10,480

- **One Week Per Diem, Airfare, Hotel Stay for Admin Officer**     $2,000

Travel support for new Admin Officer to spend one week in Juneau for training on State accounting procedures.

- **Audit Review and Financial Administrative Issues**     $3,380

Travel support for meetings in Juneau to participate in audit reviews and contend with financial and administrative issues. Support consists of four two-day trips, at approximately $845 per trip, to include, airfare, ground transportation, *per diem* and lodging.

- **National Meetings**     $5,100

Travel support for staff to attend national meetings relative to scientific planning and management of long term monitoring provided by NOS grant funds, as determined necessary by the Executive Director.

### CONTRACTUAL – $261,655

- *Trustee Council Restoration Office Space*     $144,000

The lease for EVOS TC office space is administered by Government Services Administration through the U.S. Geological Survey of the Department of the Interior.

- **Annual parking fees for office staff.**                     $4,300

- **Audit Contract**                                             $17,500

Funds to support a contract with Elgee, Rehfeld Mertz, LLC (accounting firm) to conduct financial audit of the FY05 records of the EVOS Restoration Office and all agencies receiving EVOS funds at a cost of $17,500.

- **Publication Development**                                    $4,000

These funds are to support the cost to develop and publish the EVOS annual report.

- **Telephone Service**                                          $26,400

These funds are to cover telephone, teleconferencing meetings, long distance, and cell phone services at an estimated cost of $2,200.00 per month.

- **Trustee Council Meetings**                                   $1,500

These funds are to cover expenses for five Trustee Council meetings, at an estimated cost of $300.00 per meeting.

- **Public Notices**                                             $7,100

These funds are to cover the cost of advertising public meetings and workshops in newspapers in the spill affected area newspapers.

- **Postage**                                                    $3,000

These funds are to cover cost of US Postal Service mailings.

- **Courier Services**                                           $1,200

These funds are to cover the cost of express mailings and courier services, at an estimated cost of $100 per month.

- **Equipment Maintenance and agreements**                       $5,850

These funds are to cover the cost of the maintenance agreement for the Savin Printer/copier ($4500.00), and any unforeseen maintenance expenses on other office equipment ($1000.00), as well as postage meter usage fees etc. ($350.00).

- **ADA Compliance**                                             $1,225

These funds are required by State agency regulations to cover the expense of any ADA needs necessary to accommodate access to EVOS sponsored meetings.

- **Transcription**                                              $6,000

These funds are to cover a contract with Computer Matrix for transcription services.

- **Computer Service and EPR Telecommunications**                $14,580

These funds are to cover the Restoration Office share of the EPR Telecommunications and computer serves paid by all ADF&G divisions. These costs are based on the number of full time positions divided by the total cost. The estimated cost per position (nine full time positions) per year per person is $1,620.00.

- **Staff Training and Conference Registration**               $3,000

These funds are to pay for the cost of various administrative staff training.

- **Habitat Parcels Catalog Production**               $22,000

These funds will be used to publish a catalog of all parcels acquired pursuant to the Trustee Council's restoration program. Level of effort is estimated at one month each of a project manager/editor writer and a cartographer. Publication costs are estimated at $5,000 for black and white document with full color map inserts, spiral bound. Information such as location, description, total acreage, rights acquired and benefits to injured resources and services will be included in text. (ADNR)

## COMMODITIES - $18,400.00

- **Office supplies**               $18,400

These funds are to cover the cost of miscellaneous office supplies, paper, toner, meeting materials etc.

> (The NOS grant absorbs $6,400.00 for miscellaneous office supplies for Science Management and Administrative related expenses.)

## EQUIPMENT - $15,000.00

- **Copier**               $15,000

These funds are needed to purchase a replacement for the existing copier that is nearing the end of its life cycle.

## AGENCY DISTRIBUTION

| Admin Mgmt | ADF&G* | ADNR | USDOI |
|---|---|---|---|
| Personnel | $415,337 | $0 | $0 |
| Travel | $5,380 | $0 | $0 |
| Contractual | $95,655 | $22,000 | $144,000 |
| Commodities | $12,000 | $0 | $0 |
| Equipment | $15,000 | $0 | $0 |
| G&A | $48,903 | $1,980 | $12,960 |
| Total | $592,275 | $23,980 | $156,960 |

*The figures for ADF&G *EXCLUDE* the following line items provided by the NOS grant:
  o $51,300 in personnel for the Administrative Officer position,
  o $5,100 in travel, and
  o $6,400 in commodities.

## DATA MANAGEMENT - $205,241

|  | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $182,728 | $128,728 | $54,000 |
| Travel | $0 | $0 | $0 |
| Contractual | $4,000 | $4,000 | $0 |
| Commodities | $6,000 | $6,000 | $0 |
| Equipment | $ 0 | $0 | $0 |
| G&A | $12,486 | $12,486 | $0 |
| Total Data Mgmt. | $205,214 | $151,214 | $54,000 |

### PERSONNEL - $182,728

| Position | Range/Step | Months | Monthly Cost | Annual Costs |
|---|---|---|---|---|
| Data Systems Manager | 22E | 12.0 | $8,751.43 | $105,017.16 |
| Analyst/Programmer III* | 18C | 12.0 | $6,475.92 | $77,711.04 |
| Total Personnel |  |  | $15,227 | $182,728 |

*The NOS Grant covers a portion of the salary ($54,000) for the Analyst Programmer.

### TRAVEL – $0

### CONTRACTUAL -$4,000

- **Data Management Training**  $4,000

These funds are to cover the cost of training for data management staff and other restoration office staff in the use and/or management of computer software, hardware, or networks.

### COMMODITIES - $6,000

- **Computer Software and Hardware**  $6,000

These funds are to cover any software licenses and/or maintenance for the entire office. Software purchases include Microsoft Office and Adobe Acrobat license upgrades for the restoration office at approximately $250 and $100 respectively per user. Additional purchases are needed for 2 Macromedia Dreamweaver Licenses ($400 each) as well as upgrades to 2 existing licenses ($125 each). Some software and hardware needs are unforeseen and include equipment failure and the acquisition of software to assist in performing certain duties.

## AGENCY DISTRIBUTION

|  | ADF&G* |
|---|---|
| Personnel | $128,728 |
| Travel | $0 |
| Contractual | $4,000 |
| Commodities | $6,000 |
| Equipment | $0 |
| G&A | $12,486 |
| Total Data Mgmt. | $151,214 |

*This distribution does not include the $54,000 provided by the NOS grant for the Analyst Programmer III position.