## SCIENCE MANAGEMENT  - $472,185

|  | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $218,347 | $158,947 | $59,400 |
| Travel | $15,800 | $9,200 | $6,600 |
| Contractual | $204,500 | $204,500 | $0 |
| Commodities | $ 0 | $0 | $0 |
| Equipment | $ 0 | $0 | $0 |
| G&A | $33,538 | $33,538 | $0 |
| Total | $472,185 | $406,185 | $66,000 |

## PERSONNEL - $218,347

| Position | Range/Step | Months | Monthly Cost | Annual Costs |
|---|---|---|---|---|
| Science Director | 26E | 9.0 | $10,931.77 | $98,385.93 |
| Science Coordinator* | 22L | 12.0 | $9,996.77 | $119,961.24 |
| Total Personnel |  |  | $20,929 | $218,347 |

*The NOS Grant covers a portion of the salary ($59,400) for the Science Coordinator.

## TRAVEL – $15,800

- **Annual Marine Science Symposium**               **$2,000**

Travel support for keynote speaker, to include airfare, ground transportation, *per diem* and lodging.

- **IGD - Injured Species Review Team**             **$4,000**

Travel support for the Injured Species Review team (Outside of Agency Staff) to attend meetings in Anchorage. Expenses will include airfare, ground transportation, *per diem* and lodging as necessary.

- **National Conferences and Meetings**             **$9,800**

Travel support for Science Director to attend national conferences/meetings, estimated to cost $1,600.00 per trip, to include airfare, ground transportation, *per diem* and lodging. (The NOS Grant covers a portion of Science staff travel to national conferences/meetings.)

## CONTRACTUAL - $204,500

- **Science Director Conference Registration**        **$1,000**

These funds are to pay of the cost of conference registration or training for the Science Director.

- **Annual Marine Science Symposium**               **$25,000**

These funds to support the Annual Marine Science Symposium include meeting space and equipment rental. The symposium's total estimated cost is $60,000.00; costs will be offset by other funding sources.

- **Science Management Workshops**                       $1,000

These funds are to support miscellaneous meeting costs for an EVOS sponsored watershed workshop.

- **Injured Species update publication**                 $9,500

Publication and printing cost associated with the Injured Species Update. Estimate includes $5,500 for technical writing and $4,000 for publication.

- *Applied Marine Science contract*                      $95,000

This contractual line item provides for scientific and technical support to the Executive Director, principle investigators and agency liaisons as needed. (ADNR)

- *Peer Review Contract*                                 $33,000

Final reports are the required deliverable for most Trustee Council-funded scientific projects. To Ensure the scientific integrity of the findings in these reports, the Council requires scientific peer review by nationally recognized experts in the appropriate fields. This contract line item provides compensation for the scientific and technical review of EVOS final reports. This review is coordinated by Applied Marine Sciences. (ADNR)

- *Lingering Oil Committee Meetings*                     $40,000

$20,000 for two 2-day meetings of the Lingering Oil Committee in Anchorage . Should additional meetings be needed, tele- or video-conferencing will be utilized and coordinated by the Restoration Office. The Lingering Oil Committee will be coordinated by Applied Marine Sciences and chaired by Dr. Bob Spies. (ADNR)

## AGENCY DISTRIBUTION

|             | ADF&G*    | ADNR      |
|-------------|-----------|-----------|
| Personnel   | $158,947  | $0        |
| Travel      | $9,200    | $0        |
| Contractual | $36,500   | $168,000  |
| Commodities | $0        | $0        |
| Equipment   | $0        | $0        |
| G&A         | $18,418   | $15,120   |
| Total       | $223,065  | $183,120  |

*The figures for ADF&G *EXCLUDE* the following line items provided by the NOS grant:
- o   $59,400 in personnel for the Science Coordinator position, and
- o   $6,600 in travel.

## COMMUNITY INVOLVEMENT - $19,947

|  | EVOS Funds |
|---|---|
| Personnel | $0 |
| Travel | $16,300 |
| Contractual | $2,000 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $1,647 |
| Total | $19,947.00 |

### TRAVEL - $16,300

- **Spill Area Community Meetings/Conferences**          **$4,200**

Travel support for three staff persons to attend and or participate in minimum of two community sponsored meetings in the spill effected area at an estimated cost of $700.00 per trip, to include airfare, ground transportation, *per diem* and lodging.

- **Injured Species Workshops**          **$12,100**

Travel support for a series of one day workshops in the spill affected areas to assist Science Staff in the development of an update to the Injured Resources and Services list, to include airfare, ground transportation, *per diem* and lodging for 2 EVOS staff plus one Trustee.

### CONTRACTUAL - $2,000

- **Spill Area Community Meetings/Contract Costs**          **$2,000**

Meeting expenses.

### AGENCY DISTRIBUTION

|  | ADF&G |
|---|---|
| Personnel | $0 |
| Travel | $16,300 |
| Contractual | $2,000 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $1,647.00 |
| Total | $19,947.00 |

## PUBLIC ADVISORY COMMITTEE (PAC) - $28,286

|  | EVOS Funds |
| --- | --- |
| Personnel | $6,500 |
| Travel | $18,850 |
| Contractual | $600 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $2,336 |
| Total | $28,286 |

## PERSONNEL - $6,500

Funds are provided for the Designated Federal Officer assigned to the PAC as required by FACA. This individual coordinates the scheduling of meetings, development of the agenda and meeting minutes, and provides assistance to the Chair and the Restoration Office as needed.

## TRAVEL - $18,850

- **PAC Meetings**                                                                                   **$18,850**

Travel support for 13 out-of-town PAC members to attend approximately two meetings in Anchorage (one meeting to be held during the annual Marine Science Symposium) for a total of 26 two-day trips at an estimated average cost of $725.00 per person per trip to include: airfare, ground transportation, *per diem* and lodging.

## CONTRACTUAL - $600

- **PAC Meetings**                                                                                   **$600**

These funds will cover meeting expenses.

## AGENCY DISTRIBUTION

|  | ADF&G | DOI |
| --- | --- | --- |
| Personnel | $0 | $6,500 |
| Travel | $18,850 | $0 |
| Contractual | $600 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| G&A | $1,751 | $ 585 |
| Total | $21,201 | $7,085 |

## SCIENTIFIC AND TECHNICAL ADVISORY COMMITTEE (STAC) – $51,600

|  | EVOS Funds | NOS Grant |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $0 | $11,600 |
| Contractual | $0 | $40,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| G&A | $0 | $0 |
| Total | $0 | $51,600 |

### TRAVEL - $11,600

Travel support funds are provided for up to three STAC members to attend
approximately two meetings in Anchorage to review and develop recommendations
relative to the draft work plan and proposals, attend the annual symposium and PAC
meetings as requested by the Executive Director.

### CONTRACTUAL - $40,000

The STAC meets to evaluate proposals received under the FY07 Invitation. The STAC
reviews, synthesizes, and makes funding and programmatic recommendations based on
the scientific and technical peer review comments obtained for each proposal.
Contractual funds are required to compensate non-governmental STAC members for
participation in STAC committee meetings, coordinate voluntary peer review of project
proposals, and develop recommendations relative to the annual work plan as requested by
the Executive Director.

### AGENCY DISTRIBUTION

|  | ADF&G* |
|---|---|
| Personnel | $0 |
| Travel | $0 |
| Contractual | $0 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $0 |
| Total | $0 |

*All Funds are provided by the NOS Grant

*Date Prepared: 1/6/06*

## TRUSTEE COUNCIL MEMBER EXPENSES- $34,880

|  | EVOS Funds |
|---|---|
| Personnel | $0 |
| Travel | $32,000 |
| Contractual | $0 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $2,880 |
| Total | $34,880 |

### TRAVEL - $32,000

- **ADFG Trustee Council Member Travel**      **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage at a cost of approximately $1000.00 per trip.

- **DOI Trustee Council Member Travel**      **$8,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1,600.00 per trip.

- **NOAA Trustee Council Member Travel**      **$9,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,800.00 per trip.

- **ADEC Trustee Council Member Travel**      **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1000.00 per trip.

- **DOL Trustee Council Member Travel**      **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1000.00 per trip

### AGENCY DISTRIBUTION

|  | ADF&G | DOI | NOAA | ADEC | ADOL |
|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,000 | $8,000 | $9,000 | $5,000 | $5,000 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $ 450 | $ 720 | $ 810 | $ 450 | $ 450 |
| Total | $5,450 | $8,720 | $9,810 | $5,450 | $5,450 |

## SMALL PARCEL PROGRAM - $98,100

|  | EVOS Funds |
|---|---|
| Personnel | $0 |
| Travel | $0 |
| Contractual | $90,000 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $8,100 |
| Total | $98,100 |

### CONTRACTUAL - $90,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. Expenditures are listed under the Contractual line item but due diligence may be accomplished through the use of contractors or in-house staff as determined by the agency to be most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

### AGENCY DISTRIBUTION

|  | ADNR | DOI | USFS |
|---|---|---|---|
| Personnel | $0 | $0 | $0 |
| Travel | $0 | $0 | $0 |
| Contractual | $45,000 | $22,500 | $22,500 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| G&A | $4,050 | $2,025 | $2,025 |
| Total | $49,050 | $24,525 | $24,525 |

*Date Prepared: 1/6/06*

## PROGRAM SUPPORT /PROJECT MANAGEMENT - $354,130

|  | EVOS Funds |
|---|---|
| Personnel | $324,890 |
| Travel | $0 |
| Contractual | $0 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $29,240 |
| Total | $354,130 |

### PERSONNEL - $324,890

**Project Management**

Project Management funds provide agencies managing contracts or projects in support of the EVOS Trustee Council Restoration program with funds necessary to manage contracts, report on the status of projects, facilitate communication between the agencies and the restoration office, and perform other administrative functions necessary for the implementation of projects authorized by the Trustee Council

| | |
|---|---|
| ADFG (Liaison) (10 Months) | $ 72,000 |
| DOI/USGS (Liaison – Bohn) | 46,200 |
| NOAA (Liaison – Hagen) | 45,000 |
| ADNR (Liaison – Fries) | 25,000 |
| TOTAL | $188,200 |

### TC Council Support

Funds provided for Trustee Council Support provide trustees with staff and support necessary to prepare for meetings, communicate trustee agency positions, and coordinate with other trustee agencies, as determined necessary by the Trustees.

| | |
|---|---|
| USDA/USFS (Liaison – Zemke) | $22,500 |
| ADEC (Technical Support Staff & Liaison – Dietrick) | $78,000 |
| DOI/USFWS (Liaison – Kohout) | $10,440 |
| DOI/USGS (Federal Budget Officer – Nesslage) | $15,750 |
| NOAA (O'Connor) | $10,000 |
| TOTAL | $136,690 |

### AGENCY DISTRIBUTION

|  | ADEC | ADF&G | ADNR | DOI | NOAA | USFS |
|---|---|---|---|---|---|---|
| Personnel | $78,000 | $72,000 | $25,000 | $72,390 | $55,000 | $22,500 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| G&A | $7,020 | $6,480 | $2,250 | $6,515 | $4,950 | $2,025 |
| Total | $85,020 | $78,480 | $27,250 | $78,905 | $59,950 | $24,525 |

## ATTACHMENT A:  ALLOCATION OF EVOS FUNDS BY AGENCY

| ADF&G | Total Budget* | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $775,012 | $162,698.83 | $81,591.68 | $163,183.36 | $367,538 |
| Travel | $54,730 | $0 | $4,300.00 | $13,425 | $37,005 |
| Contractual | $138,755 | $17,483 | $6,592.00 | $41,484 | $73,196 |
| Commodities | $18,000 | $0 | $0 | $2,000 | $16,000 |
| Equipment | $15,000 | $0 | $0 | $0.0 | $15,000 |
| G&A | $90,135 | $16,216.36 | $8,323.53 | $19,808.31 | $45,787 |
| Total | $1,091,632 | $196,398.19 | $100,807.21 | $239,900.67 | $554,526 |

*The figures for ADF&G *EXCLUDE* previously allocated *NOS Funds* in the following line items:
$164,700 in personnel, $23,300 in travel, $40,000 in contractual, $6,400 in commodities

| ADEC | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $78,000 | $0 | $0 | $0 | $78,000 |
| Travel | $5,000 | $0 | $500 | $2,000 | $2,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $7,470 | $ 0 | $ 45 | $ 180 | $7,245 |
| Total | $90,470 | $ 0 | $ 545 | $2,180 | $87,745 |

| ADNR | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $25,000 | $1,400 | $700 | $1,400 | $21,500 |
| Travel | $0 | $0 | $0 | $0 | $0 |
| Contractual | $235,000 | $15,833 | $60,916 | $37,833 | $120,417 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $23,400 | $1,551 | $5,545 | $3,531 | $12,773 |
| Total | $283,400 | $18,784 | $67,162 | $42,764 | $154,690 |

| ADOL | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,000 | $0 | $0 | $2,500 | $2,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $ 450 | $ 0 | $ 0 | $ 225 | $ 225 |
| Total | $5,450 | $ 0 | $ 0 | $2,725 | $2,725 |

*Date Prepared: 1/6/06*

| NOAA | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $55,000 | $15,200 | $7,600 | $15,200 | $17,000 |
| Travel | $9,000 | $0 | $500 | $4,000 | $4,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $5,760 | $1,368 | $ 729 | $1,728 | $1,935 |
| Total | $69,760 | $16,568 | $8,829 | $20,928 | $23,435 |

| USDOI | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $78,890 | $15,066.67 | $5,233.34 | $10,466.68 | $48,123 |
| Travel | $8,000 | $0 | $500 | $3,500 | $4,000 |
| Contractual | $166,500 | $24,000 | $12,000 | $24,000 | $106,500 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $22,805 | $3,516 | $1,596 | $3,417 | $14,276 |
| Total | $276,195 | $42,583 | $19,329 | $41,384 | $172,899 |

| USFS | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $22,500 | $0 | $0 | $0 | $22,500 |
| Travel | $0 | $0 | $0 | $0 | $0 |
| Contractual | $22,500 | $0 | $0 | $0 | $22,500 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $4,050 | $0 | $0 | $0 | $4,050 |
| Total | $49,050 | $0 | $0 | $0 | $49,050 |

*Date Prepared: 1/6/06*

**Attachment A**
**Page 26 of 32**

# RESOLUTION 06-09 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## REGARDING THE FY 2006 WORK PLAN
## PROJECT 040620-2 (Ballachey/Bodkin)

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule:

### FY 2006 Fund Distribution

| | |
|---|---|
| **SUBTOTAL TO STATE OF ALASKA** | **$ 0** |
| U.S. Department of the Interior | $ 6,000 |
| National Oceanic & Atmospheric Administration | $ 0 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ 6,000** |

Funds must be spent in accordance with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating his or her

1

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


for JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MARQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2

Resolution 06-09

**Attachment A**
**Page 29 of 32**

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

2

Resolution 06-09

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2

Resolution 06-09

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

2

Resolution 06-09