# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, Alaska 99501-2340 • 907/278-8012 • fax 907/276-7178

## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### Feb 8, 2006

DRAFT - 2/22/06                                                                 DRAFT

Chaired by: Drue Pearce
Trustee Council Member

Trustee Council Members Present:

Maria Lisowski, USFS **               McKie Campbell, ADF&G***
•Drue Pearce, DOI                     Kurt Fredriksson, ADEC
Craig O'Connor, NMFS *                David Márquez, ADOL

• Chair
\* Craig O'Connor alternate for James Balsiger
\*\* Maria Lisowski alternate for Joe Meade
\*\*\* Heather Brandon alternate for McKie Campbell after 12:00 p.m.

The teleconferenced meeting convened at 10:10 a.m., February 8, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Approval of the February 8, 2006 agenda

    Motion by Márquez, second by O'Connor

2. Approval of December 5, 2005 meeting notes

    APPROVED MOTION:    Approval of December 5, 2005 meeting notes

    Motion by Márquez, second by Lisowski

**Public Advisory Committee (PAC) comments:** Dr. John Gerster, Chairman, reported on the January 26, 2006 PAC meeting. Additional comments were offered by: Stacy Studebaker, Co-chairman, Pat Lavin and Mead Treadwell

Public comment period began at 10:20 a.m.

**Eleven individuals offered public comment.**

Federal Trustees                          State Trustees
U.S. Department of the Interior           Alaska Department of Fish and Game
U.S. Department of Agriculture            Alaska Department of Environmental Conservation
National Oceanic and Atmospheric Administration    Alaska Department of Law

Attachment B
Page 1 of 3

Public comment period closed at 11:45 a.m.

Off the record: 11:45 a.m.
On the record: 11:50 a.m.

Commissioner McKie Campbell left the meeting at 12:00 p.m. Heather Brandon, Ocean Policy Coordinator, State of Alaska was verbally designated by Commissioner Campbell as his Alternate and sat in as Alternate for the rest of the meeting.

3. Amendments for FY 07 Projects

   APPROVED MOTION:   Motion to defer until the next Trustee Council meeting the proposed one-year extension amendments funding four FY 07 projects: Batton-040624, Cokelet-040699, Okkonen-040614, and Weingartner-040340. Deferring the projects allows the Trustees to identify their concerns and issues to the Interim Executive Director so they may be addressed prior to the meeting. The next Trustee Council meeting is to be scheduled within 45-60 days.

   Motion by Fredriksson, second by Márquez

4. Amendment to Ballachey and Bodkin Project 040620-2

   APPROVED MOTION:   Motion to approve a $6,000 increase in the FY 06 funding for Project 040620-2, Lingering Oil and Sea Otters-pathways of exposure and recovery status

   Motion by Márquez, second by O'Connor

5. FY 2006 Annual Program Development and Implementation Budget

   APPROVED MOTION:   Motion to appoint Michael Baffrey as Interim Executive Director for the first quarter of calendar year 2006

   Motion by Pearce, second by O'Connor

   APPROVED MOTION:   Motion to adopt Resolution 06-08 of the *Exxon Valdez* Oil Spill Trustee Council regarding the FY 06 Work Plan-Project 060100 FY 06 Annual Program Development and Implementation

        Budget from March 1, 2006 through September 30, 2006 in the amount of $1,045.070

        Motion by O'Connor, second by Márquez

PRESENTATION: Carol Fries, Alaska Department of Natural Resources and Dede Bohn, US Geological Survey, were presented with Letters of Recognition signed by the Trustee Council for their tireless efforts in preparing the FY 2006 Annual Program and Implementation Budget.

  APPROVED MOTION:  Motion to repeal the December 15, 2005 motion that removed all hiring and termination authority and changes to the FY 2006 budget categories and subcategories from the past Executive Director to the current Interim Executive Director with the exception of classification authority. The Interim Executive Director will not fill the Science Director position without Trustee Council approval.

        Motion by Fredriksson, second by Márquez

6.  Executive Session

  APPROVED MOTION:  Motion to move to Executive Session to discuss personnel issues

        Motion by O'Connor, second by Márquez

Off the record: 1:45 p.m.

Adjourned

NOTE: The Trustees adjourned from executive session at 2:25 pm without going back on the record.

        Motion by Márquez, second by Lisowski

3