DAVID W. MÁRQUEZ
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

RITA H. LOVETT
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska  99501-1994
Telephone:  (907) 269-5274
Facsimile:   (907) 278-7022
Email:  Rita_Lovett@law.state.ak.us

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,           )<br>                                          )<br>          Plaintiff,              )<br>                                          )<br>     v.                                 )<br>                                          )<br>EXXON CORPORATION, and EXXON )<br>SHIPPING COMPANY,      )<br>                                          )<br>          Defendants.          )<br>_____ ) | No. 3:91-CV-0083 (HRH)<br><br>**NOTICE OF NAME CHANGE** |

   The State of Alaska, by authority of and through the Office of the Attorney General, hereby notifies all parties to this action that Assistant Attorney General Rita Hoffmann's name has changed to Rita H. Lovett. The mailing address, telephone and facsimile numbers for the State's counsel remain the same.

NOICE OF NAME CHANGE
1

RESPECTFULLY SUBMITTED this 16th day of March, 2006 at Anchorage, Alaska.

FOR THE STATE OF ALASKA

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:    s/Rita H. Lovett
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5274
Facsimile: (907) 278-7022
Email: Rita_Lovett@law.state.ak.us
Alaska Bar #9911065

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of March, 2006, a copy of the foregoing SEVENTEENTH JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT FUND, together with attachments A and B thereto were served by U.S. mail, first class, postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK 99501-3657

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

NOICE OF NAME CHANGE

3

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA  90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK  99821-1187


s/Rita H. Lovett

NOICE OF NAME CHANGE

3