# STATE OF ALASKA

*FRANK H. MURKOWSKI,*
*GOVERNOR*

## DEPARTMENT OF LAW

*OFFICE OF THE ATTORNEY GENERAL*

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:      (907) 269-5274*
*FAX:        (907) 278-7022*

July 6, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK 99811-0405

   Re: Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

  The Exxon Valdez Trustee Council has unanimously determined to expend $129,300.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. Of this amount, $44,000.00 will come from the Habitat Sub-Account, which is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. The remaining $85,300 will come from lapsed funds and accrued interest on settlement monies previously disbursed that are within the State of Alaska's General Funds and Other Non-Segregated Investments Account ("GeFONSI Account") and the Natural Resource Damage Assessment and Restoration Fund managed by the U.S. Department of Interior. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
  Amount: $44,000.00
      State of Alaska
      Exxon Valdez Settlement Account
      GeFONSI 33070
      Account 22177

Exhibit  A
Page  1  of  23

Mr. Gary Bader                                                          Page Two
Treasury Division, Department of Revenue                                July 6, 2006

     The transfer should take place when most financially advantageous, but no later than July 13, 2006, or as soon thereafter as possible.  If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

Rita H. Lovett
Assistant Attorney General
State of Alaska

    for Regina R. Belt
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
United States of America

cc:    Divina Pelayo, Alaska Department of Fish and Game
      Sue Bump, Alaska Department of Revenue
      Bob Mitchell, Alaska Department of Revenue
      Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

Exhibit ___A___
Page _2_ of _23_

### RESOLUTION 06-10 OF THE
### *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
### REGARDING THE FY 2006 WORK PLAN
### PROJECT 060100 – EVOS Administration

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule for Trustee Council members' travel expenditures due to additional necessary trustee council meetings:

### FY 2006 Fund Distribution

| | |
|---|---|
| Department of Environmental Conservation | $ 1,000 |
| **SUBTOTAL TO STATE OF ALASKA** | **$ 1,000** |
| | |
| U.S. Department of the Interior | $ 4,800 |
| National Oceanic & Atmospheric Administration | $ 4,500 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ 9,300** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $10,300 from the appropriate account as designated by the Executive Director.

Resolution 06-10

Exhibit _____A_____
Page _3__ of _23_

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_for_ _[signature]_

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-10

Exhibit ___A___
Page __4__ of __23__

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
    Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-10

Exhibit _____A_____
Page _5_ of _23_

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

2

Resolution 06-10

Exhibit _____A_____
Page __6__ of __23__

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

2

Resolution 06-10

Exhibit ____A____
Page __7__ of _23_

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-10

Exhibit ___A___
Page __8__ of __23__