Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-10

Exhibit _____A_____
Page __9__ of _23_

## RESOLUTION 06-11 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## REGARDING THE FY 2006 WORK PLAN
## PROJECT 060100 – EVOS Administration

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule for the Trustee Council Restoration Office to develop a Pacific Herring Restoration Plan for Prince William Sound. Funds will be used to support travel and logistics work sessions by a 6 – 8 person restoration team to initiate planning efforts; pay for services of non-agency personnel to write, edit and review drafts of the plan as it is developed; and if sufficient funds remain upon completion, to print, bind and distribute the plan.

### FY 2006 Fund Distribution

| | |
|---|---|
| Department of Fish & Game | $ 75,000 |
| **SUBTOTAL TO STATE OF ALASKA** | **$ 75,000** |
| | |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ .00** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to

Resolution 06-11

Exhibit ___A___

Page __10__ of __23__

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

Exhibit ___A___
Page _12_ of _23_

JUN-30-2006 10:34 DOI/ALASKA OFFICE 202 219 0229 P.05/07
Case 3:91-cv-00083-HRH   Document 272-3   Filed 07/06/2006   Page 5 of 8

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

Exhibit A
Page 13 of 23

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2

Resolution 06-11

Exhibit _____ A
Page __14__ of 23

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
    Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

Exhibit ___A___
Page _15_ of _23_

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

Exhibit ___A___
Page _16_ of _23_