## Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, Alaska 99501-2340 • 907/278-8012 • fax 907/276-7178

### TRUSTEE COUNCIL MEETING NOTES
Anchorage, Alaska
March 29, 2006

Chaired by: David Márquez
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Joe Meade, USFS | Heather Brandon, ADF&G ** |
| Drue Pearce, DOI | Kurt Fredriksson, ADEC |
| Craig O'Connor, NMFS * | •David Márquez, ADOL |

• Chair
\* Craig O'Connor alternate for James Balsiger
\*\* Heather Brandon alternate for McKie Campbell

The teleconferenced meeting convened at 10: 05 a.m., March 29, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:   Approval of the March 29, 2006 agenda

    Motion by O'Connor, second by Fredriksson

2. Approval of February 8, 2006 meeting notes

    APPROVED MOTION:   Approval of February 8, 2006 meeting notes

    Motion by O'Connor, second by Pearce

**Public Advisory Committee (PAC) comments:** Lisa Ka'aihue reported on the March 6, 2006 PAC teleconference meeting.

Public comment period began at 10:12 a.m.

**No public comments were received.**

U.S. Department of the Interior    Alaska Department of Fish and Game
U.S. Department of Agriculture    Alaska Department of Environmental Conservation
National Oceanic and Atmospheric Administration    Alaska Department of Law

Exhibit  B
Page  1  of  4

3. Amendments for FY 07 Projects

    FAILED MOTION:    Motion to approve extended funding for FY 07 for: Batton-040624, Cokelet-040699, Okkonen-040614, and Weingartner-040340.

    Motion by O'Connor, second by Pearce

    APPROVED MOTION:    Motion to defer until the next Trustee Council meeting the proposed one-year extension funding four FY 07 projects: Batton-040624, Cokelet-040699, Okkonen-040614, and Weingartner-040340.

    Motion by O'Connor, second by Fredriksson

4. Herring Work Shop

    APPROVED MOTION:    Motion to sponsor a Herring Work Shop in Anchorage April 24-25, 2006

    Motion by O'Connor, second by Pearce

5. Executive Session

    APPROVED MOTION:    Motion to move to Executive Session to discuss personnel issues

    Motion by Pearce, second by O'Connor

Off the record: 11:40 a.m.

Adjourned

NOTE: The Trustees adjourned from executive session at 11:50 a.m. without going back on the record. No action was taken.

    Motion by Fredriksson, second by Meade

Exhibit B
Page 2 of 4

# Exxon Valdez Oil Spill Trustee Council

441 W. 5" Ave., Suite 500 • Anchorage, Alaska 99501-2340 • 907/278-8012 • fax 907/276-7178

## TRUSTEE COUNCIL MEETING NOTES
Anchorage, Alaska
May 9, 2006

Chaired by: Craig O'Connor
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Joe Meade, USFS | McKie Campbell, ADF&G |
| Drue Pearce, DOI | Kurt Fredriksson, ADEC |
| •Craig O'Connor, NMFS * | David Márquez, ADOL |

• Chair
\* Craig O'Connor alternate for James Balsiger

The teleconferenced meeting convened at 10:05 a.m., May 9, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:   Approval of the May 9, 2006 agenda with the following revisions: go into executive session immediately following public comment, and defer March 29, 2006 meeting notes, Public Advisory Committee comments, and Executive Director's report until May 23, 2006 meeting

    Motion by Pearce, second by Campbell

Public comment period began at 10:05 a.m.

**One public comment was received.**

Public comment closed at 10:10 a.m.

2. Executive Session

    APPROVED MOTION:   Motion to move to Executive Session to discuss personnel issues

    Motion by Pearce, second by Meade

Exhibit B
Page 3 of 4

1
U.S. Department of the Interior          Alaska Department of Fish and Game
U.S. Department of Agriculture           Alaska Department of Environmental Conservation
National Oceanic and Atmospheric Administration   Alaska Department of Law

Off the record: 10:15 a.m.
On the record: 10:50 a.m.

    APPROVED MOTION: Motion to approve offering Michael Baffrey the Executive Director's position subject to negotiations to bring together an adequate compensation package whether through IPA as Michael is a federal employee and that would then carry forward within Interior and their legal ability to do so. Or absent that a comparable State package with associated benefits.

    Motion by Meade, second by Campbell

3.   Project Amendment

    APPROVED MOTION: Motion to defer Project 050778, Jacqui Michel, Identify and Evaluate Oil Remediation Technologies until a later date when the Trustees have had an opportunity to discuss the parameters.

    Motion by Pearce, second by Fredriksson

Adjourned     Motion by Fredriksson, second by Meade

Exhibit B
Page 4 of 4