**STATE OF ALASKA**

FRANK H. MURKOWSKI,
GOVERNOR

**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

*Environmental*
1031 WEST 4th AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:  (907) 269-5274
FAX:     (907) 278-7022

August 24, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

      Re:   Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

    The Exxon Valdez Trustee Council has unanimously determined to expend $472,567.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. This entire amount will come from the Koniag Investment Sub-Account, which is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amount from cash held in the Exxon Valdez Oil Spill Investment Fund to the account described below:

**United States**
    Amount:   $472,567.00

Beneficiary
    account:   14X5198
    name:      Natural Resource Damage Assessment and Restoration Fund
    (NRDAR)

        <u>Beneficiary</u>
        account:     14010001
        name:        Department of the Interior
        Financial Management Services National Business Center

Attachment A
Page 1 of 2

Mr. Gary Bader  
Treasury Division, Department of Revenue

Page Two  
August 24, 2006

    **Beneficiary Bank**  
    account:    021030004  
    name:    Treasury, NYC

    OBI Text  
    Natural Resource Damage Assessment Restoration Fund 14X5198  
    EVOS Exxon Valdez, Civil Settlement, FY06 Joint Funds

    *Beneficiary Reference*  
    A91-082Civil

The transfer should take place when most financially advantageous, but no later than August 31, 2006, or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

Rita H. Lovett  
Assistant Attorney General  
State of Alaska

Regina R. Belt  
Environmental Enforcement Section  
Environment & Natural Resources Division  
U.S. Department of Justice  
United States of America

cc:    Divina Pelayo, Alaska Department of Fish and Game  
       Sue Bump, Alaska Department of Revenue  
       Bob Mitchell, Alaska Department of Revenue  
       Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office