*Exxon Valdez* Oil Spill Trustee Council
FY 2007 Annual Program Development and Implementation Budget
October 1, 2006 – September 30, 2007

The Council adopted a new budget structure in FY 2006 in order to more clearly identify the allocation of funds supporting Trustee Council activities. The presentation of the initial Annual Program Development and Implementation Budget instituted in FY 2006 is being mirrored within the submittal of this funding request for FY 2007. The intent is to continue emphasizing the estimated costs associated with the current activities and directives of the Trustee Council.

This budget has been developed with the focus on completing the Trustee Council's planned activities detailed within the "Interim Guidance Document" implemented in August of 2005 and effective through December 2006, as well as initiating any restoration planning efforts resulting from the determinations regarding the fate and impact of lingering oil in the spill area and the status of injured resources and services identified in the updated list.

In addition, this budget expands upon activities started in FY 2006 toward developing a plan for herring recovery; and includes estimates of the direct and indirect costs of the Trustee Council's agencies and administrative office, in providing services for the Trustee Council's programs and approved projects of FY 07.

The "Program Development and Implementation Budget" includes the following components:

- *Administration Management*
- Data Management
- *Science Management*
- Community Involvement
- Public Advisory Committee (PAC)
- *Small Parcel Program*
- *Trustee Council Member Direct Expenses*
- *Program Support/Project Management by Agencies*
- Alaska Resource Library & Information Services

Various aspects of the *italicized* components are undertaken by Trustee Council agencies providing program development and administrative support.

Although funding for liaisons, project managers, and other support staff is included in the Program Support and Project Management component, the final budget for this component cannot be accurately determined until the Trustee Council takes action on the FY 07 Work Plan. This component is an initial funding request. Upon adoption of the FY 07 Work Plan, additional project management funds for each agency will be requested in proportion to the number and complexity of funded projects assigned to each agency for management. At that time the budget will be revised to reflect this additional expense.

The Trustee Council Office is administratively located within the Alaska Department of Fish and Game. Allocation of funds by agency is detailed within the Budget Summary.

# TABLE OF CONTENTS

Budget Summary Information ................................................................................. 3

Administration Management .................................................................................. 4

Data Management .................................................................................................. 6

Science Management ............................................................................................. 8

Community Involvement ..................................................................................... 10

Public Advisory Committee (PAC) ..................................................................... 11

Trustee Council Member Expenses .................................................................... 12

Small Parcel Program .......................................................................................... 13

Program Support /Project Management ............................................................. 14

Alaska Resource Library & Information Services ............................................. 16

## BUDGET SUMMARY INFORMATION

The *Exxon Valdez* Oil Spill Restoration Annual Program Development and Implementation Budget for 2007 will be funded by the *Exxon Valdez* Oil Spill Investment Fund managed by the Alaska Department of Revenue. A grant to the Alaska Department of Fish and Game by the National Ocean Service (NOS) of the US Department of Commerce, which in FY 06 funded portions of the Annual Program Development and Implementation Budget, is due to expire on September 30, 2006. Requests have been submitted to NOAA for a one year extension to this grant, along with an approval request for a modified scope. If the request is approved, the lapsed balance of approximately $191K from FY 06 will be applied specifically to the FY 07 Science Management Component for the Herring Restoration Planning activities.

This budget document presents the total budget for FY 2007. The following summary tables show budget allocations by component, cost type, funding source and agency. The remainder of the document specifies the uses to which the monies for each component of the budget will be applied and the funding sources for each item.

| Budget Summary by Component | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Administration Management | $709,517 | $0 | $709,517 |
| Data Management | $202,555 | $0 | $202,555 |
| Science Management | $467,200 | $79,500 | $546,700 |
| Community Involvement | $36,515 | $0 | $36,515 |
| Public Advisory Committee (PAC) | $30,738 | $0 | $30,738 |
| Small Parcel Program | $98,100 | $0 | $98,100 |
| Trustee Council Member Direct Expenses | $27,250 | $0 | $27,250 |
| Program Support by Agencies | $259,382 | $0 | $259,382 |
| Alaska Resource Library & Information Services | $151,690 | $0 | $151,690 |
| **FY 07 TOTAL** | **$1,831,257** | **$79,500** | **$2,062,447** |

| Budget Summary by Cost Type | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Personnel | $1,103,717 | $0 | $1,103,717 |
| Travel | $94,500 | $0 | $94,500 |
| Contractual | $597,000 | $75,000 | $672,000 |
| Commodities | $24,000 | $0 | $24,000 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $1,819,217 | $75,000 | $1,894,217 |
| G&A – (EVOS 9%; NOS 6%) | $163,730 | $4,500 | $168,230 |
| **FY 07 TOTAL** | **$1,982,947** | **$79,500** | **$2,062,447** |

| Cost Type | \multicolumn{7}{c}{Budget Summary by Agency} | Total Budget |

| Cost Type | ADF&G | ADEC | ADNR | ADOL | NOAA | USDOI | USFS | Total Budget |
|---|---|---|---|---|---|---|---|---|
| Personnel | $904,079 | $37,100 | $37,438 | $0 | $38,250 | $62,300 | $24,550 | $1,103,717 |
| Travel | $74,500 | $5,000 | $0 | $5,000 | $5,000 | $5,000 | $0 | $94,500 |
| Contractual | $342,000 | $0 | $45,000 | $0 | $0 | $187,500 | $22,500 | $597,000 |
| Commodities | $24,000 | $0 | $0 | $0 | $0 | $0 | $0 | $24,000 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-Total | $1,344,579 | $42,100 | $82,438 | $5,000 | $43,250 | $254,800 | $47,050 | $1,819,217 |
| G&A – 9% | $121,012 | $3,789 | $7,419 | $450 | $3,893 | $22,932 | $4,235 | $163,730 |
| Total w/o NOS | $1,465,591 | $45,889 | $89,857 | $5,450 | $47,143 | $277,732 | $51,285 | $1,982,947 |
| NOS Grant | $79,500 | $0 | $0 | $0 | $0 | $0 | $0 | $79,500 |
| **FY 07 TOTAL** | **$1,545,091** | **$45,889** | **$89,857** | **$5,450** | **$47,143** | **$277,732** | **$51,285** | **$2,062,447** |

## ADMINISTRATION MANAGEMENT - $709,517

| Cost Category | Total Budget | NOS Grant | EVOS Funds |
|---|---|---|---|
| Personnel | $367,533 | $0 | $367,533 |
| Travel & Training | $7,000 | $0 | $7,000 |
| Contractual | $261,400 | $0 | $261,400 |
| Commodities | $15,000 | $0 | $15,000 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $650,933 | $0 | $650,933 |
| G&A - 9% | $58,584 | $0 | $58,584 |
| **Component Total** | $709,517 | $0 | $709,517 |

### PERSONNEL - $367,533

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Executive Director | 28A | 12 | $11,029 | $132,348 |
| Administrative Manager | 19D | 12 | $7,536 | $90,434 |
| Administrative Officer | 18F | 12 | $7,484 | $89,813 |
| Administrative Clerk | 10E | 12 | $4,578 | $54,938 |
| Personnel Total | | | $30,628 | $367,533 |

### TRAVEL – $7,000

- **In-state Meetings & Training**                                                                 $7,000

Reorganization within the EVOS office redistributed supervisory responsibilities and vacant positions are now filled with new staff. Travel is budgeted for quarterly trips to Juneau to meet with state and federal agency representatives on administrative, program and budget issues. A semi-annual trip is budgeted for annual audit coordination. Training funds are budgeted for professional development and will be utilized for in-state training opportunities. The Executive Director's travel expenses for EVOS are fully funded by EVOS.

### CONTRACTUAL – $261,400

- **Trustee Council's Office Space**                                                                  $165,000

The lease for the Trustee Council's office space is administered by Government Services Administration through the U.S. Geological Survey of the Department of the Interior. The Trustee Council approved the 5-yr renewal option effective January 2007. (1st Qtr $35,200; 2nd – 4th Qtrs = $129,400); Homeland security fees may be adjusted slightly ($178/mo)

- **Annual Parking Fees for Trustee Office Staff**                                                    $3,700

EVOS has nine (9) parking permits; 3 provided with the building lease and 6 paid directly to the Anchorage Parking Authority by EVOS ($51/mo per space).

- **Audit Contract**                                                                                  $27,500

Funds to support a renewal option contract with Elgee, Rehfeld Mertz, LLC (accounting firm) to conduct financial audit of the FY06 records of the Trustee Office and all agencies receiving EVOS funds (SY 06 Actuals for 2 Yrs. Audits = $55K).

- **Telephone Service**                                               $24,000

These funds are to cover telephone, teleconferencing meetings, long distance, and cell phone services

- **Trustee Council Meetings**                                        $1,800

These funds are to cover expenses for six Trustee Council meetings, at an estimated cost of $300.00 per meeting.

- **Public Notices**                                                  $10,000

These funds are to cover the cost of advertising public meetings and workshops in newspapers in the spill affected areas (Actuals FY 05, 19.2K; Actuals FY 06 – Qtrs 1-3, $8.8K).

- **Postage & Courier Services**                                      $2,500

These funds are to cover cost of US Postal Service mailings, express mailings and courier services.

- **Equipment Maintenance and Agreements**                            $5,900

These funds are to cover the cost of the maintenance agreement for the Savin Printer/copier ($4.5K), postage meter annual rental ($.4K), and any unforeseen maintenance expenses on other office equipment ($1K).

- **Transcription**                                                   $6,000

These funds are to cover a contract with Computer Matrix for transcription services.

- **Interagency Contracted Services**                                 $15,000

These funds are to cover the Trustee Office's share of the Reimbursable Services Agreement Costs for the EPR Telecommunications, Computer Services, ADA, Central Mail and AKSAS & AKPAY Charge-backs paid by all ADF&G divisions. These costs are based on the number of full time positions divided by the total cost.

## COMMODITIES - $15,000

- **Office supplies**                                                 $15,000

These funds are to cover the cost of miscellaneous office supplies, paper, toner, meeting materials etc.

## EQUIPMENT - $.0

## AGENCY DISTRIBUTION:

| Admin Mgmt | ADF&G | USDOI | Total |
|---|---|---|---|
| Personnel | $367,533 | $0 | $367,533 |
| Travel & Training | $7,000 | $0 | $7,000 |
| Contractual | $96,400 | $165,000 | $261,400 |
| Commodities | $15,000 | $0 | $15,000 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $485,933 | $165,000 | $650,933 |
| G&A - 9% | $43,734 | $14,850 | $58,584 |
| **Component Total** | $529,667 | $179,850 | $709,517 |

## DATA MANAGEMENT - $202,555

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $170,030 | $170,030 |
| Travel | $5,000 | $5,000 |
| Contractual | $1,800 | $1,800 |
| Commodities | $9,000 | $9,000 |
| Equipment | $0 | $0 |
| Sub-total | $185,830 | $185,830 |
| G&A - 9% | $16,725 | $16,725 |
| **Component Total** | **$202,555** | **$202,555** |

## PERSONNEL - $170,030

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Data Systems Manager | 21A | 12 | $7,692 | $92,298 |
| Program Analyst III | 18A | 12 | $6,478 | $77,732 |
| Personnel Total | | 12 | $14,169 | $170,030 |

*The NOS Grant no longer covers a portion of the salary for the Analyst Programmer.

## TRAVEL - $5,000

- **In-state Travel, Meetings & Training**  $5,000

Travel support and registration fees for Data Management staff to attend meetings and participate in data management training. Travel is primarily budgeted for data management's participation in the development of the Nearshore Monitoring System.

## CONTRACTUAL -$1,800

- **GIS Workshop**  $1,800

Data Management plans to host a one to two-day GIS Workshop in Anchorage. This workshop will focus on the capabilities of different GIS platforms and evaluate their visualization potential in relation to EVOS data. Costs include airfare, hotel, and per diem for one to two individuals to attend from outside the local area; as well, as any miscellaneous meeting expenses.

## COMMODITIES - $9,000

- **Computer Software, Hardware & Upgrades**  $9,000

These funds are to cover any computer hardware, software, and networking equipment purchases or upgrades for the Trustee Council Office; including the replacement of two computers, purchase of Microsoft Visual Studio software development tools, and any necessary equipment changes or upgrades required for compatibility with the State of Alaska enterprise active directory and e-mail system.

**AGENCY DISTRIBUTION**

| Cost Category | ADF&G |
|---|---|
| Personnel | $170,030 |
| Travel | $5,000 |
| Contractual | $1,800 |
| Commodities | $9,000 |
| Equipment | $0 |
| Sub-total | $185,830 |
| G&A – 9% | $16,725 |
| **Component Total** | $202,555 |

## SCIENCE MANAGEMENT – $546,700

| Cost Category | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $206,124 | $206,124 | $0 |
| Travel | $5,000 | $5,000 | $0 |
| Contractual | $292,500 | $217,500 | $75,000 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $503,624 | $428,624 | $75,000 |
| G&A (EVOS 9%; NOS 6%) | $43,076 | $38,576 | $4,500 |
| **Component Total** | **$546,700** | **$467,200** | **$79,500** |

\* The NOS Grant is not funding any EVOS staff personnel or travel costs in FY 07

## PERSONNEL – $206,124

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Science Director | 26A | 12 | $10,129 | $121,548 |
| Program Coordinator | 18D | 12 | $7,048 | $84,576 |
| Personnel Total | | 12 | $17,177 | $206,124 |

\* These positions are fully funded with EVOS Funds

## TRAVEL - $5,000

- **National Conferences, Meetings & Training**                                  $5,000

Travel support and registration fees for Science Management to attend national conferences, meetings and participate in scientific training.

## CONTRACTUAL - $292,500

- **Annual Marine Science Symposium**                                           $10,000

These funds are to assist with the support of the Annual Marine Science Symposium. This amount has been reduced by 60% from that of FY 06 and will be used to support an increase in presentation of EVOS science at the January 2007 Symposium.