- **Herring Recovery Plan/Team Development**   $75,000

The Trustee Council approved this item in May. However, approval from NOAA is still pending on this revised scope item and the extension of the agreement request for the NOS Grant. EVOS funding will need to be made available if the NOS Grant requests are declined.

- **International Herring Symposium**   $90,000

To facilitate Herring Recovery in Prince William Sound, it is necessary to understand restoration and enhancement techniques and methods that have been used in other countries and within the U.S. This funding would be used to host a 3-day International Symposium on Herring Restoration. The funding would be used for travel of International and National speakers, logistics for the meeting, and publication of the proceedings. This will be partially reimbursed with all remaining lapsed NOS Grant funds, if the revised scope item and extension of the agreement request for the NOS grant is approved. EVOS funding will initially fund this event.

- **Science Panel**   $45,000

The Science Panel meets to provide coordinated higher-level expertise specific to disciplines represented in injured resources and services and with historical knowledge of EVOS, its effects, and previous Trustee Council efforts; as well as experts in disciplines who may or may not have previous experience with EVOS effects and efforts. The objective of this panel, with a dynamic membership, is to provide objectivity and scientific credibility.

- **Injured Resources and Services Update Publication**   $9,500

Editing, publication and printing costs associated with the Injured Resources and Services Update.

- **Peer Review Contracts**   $63,000

Final reports are the required deliverable for most Trustee Council-funded scientific projects. To ensure the scientific integrity of the findings in these reports, the Council requires scientific peer review by nationally recognized experts in the appropriate disciplines. This contract line item provides compensation for the scientific and technical review of EVOS final reports. This review was previously contracted with Applied Marine Sciences and is now being coordinated in-house by the Project Coordinator and Science Director.

**AGENCY DISTRIBUTION:**

| Cost Category | ADF&G |
|---|---|
| Personnel | $206,124 |
| Travel | $5,000 |
| Contractual | $292,500 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $503,624 |
| G&A – 9% | $43,076 |
| **Component Total** | $546,700 |

## COMMUNITY INVOLVEMENT - $36,515

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $31,500 | $31,500 |
| Contractual | $2,000 | $2,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $33,500 | $33,500 |
| G&A – 9% | $3,015 | $3,015 |
| **Component Total** | $36,515 | $36,515 |

### TRAVEL - $31,500

- Spill Area Community Meetings/Conferences/Workshops       $31,500

Travel support for three staff persons to attend and/or participate in a minimum of three trips each to five locations for community sponsored events in the spill effected area at an estimated cost of $700.00 per trip, to include airfare, ground transportation, *per diem* and lodging.

### CONTRACTUAL - $2,000

- Spill Area Community Meetings/Contract Costs       $2,000

Meeting expenses.

### AGENCY DISTRIBUTION

| Cost Category | ADF&G |
|---|---|
| Personnel | $0 |
| Travel | $31,500 |
| Contractual | $2,000 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $33,500 |
| G&A – 9% | $3,015 |
| **Component Total** | $36,515 |

## PUBLIC ADVISORY COMMITTEE (PAC) - $30,738

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $6,500 | $6,500 |
| Travel | $21,000 | $21,000 |
| Contractual | $700 | $700 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $28,200 | $28,200 |
| G&A - 9% | $2,538 | $2,538 |
| **Component Total** | $30,738 | $30,738 |

### PERSONNEL - $6,500

Funds are provided for the Designated Federal Officer assigned to the PAC as required by FACA. This individual coordinates the scheduling of meetings, development of the agenda and meeting minutes, and provides assistance to the Chair and the Restoration Office as needed.

### TRAVEL - $21,000

- PAC Meetings                                                              $21,000

Travel support for 15 out-of-town PAC members to attend approximately two meetings in Anchorage (one meeting to be held during the annual Marine Science Symposium) for an estimated average cost of $700 per person per trip to include: airfare, ground transportation, *per diem* and lodging.

### CONTRACTUAL - $700

- PAC Meetings                                                              $700

These funds will cover meeting expenses.

### AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI | Total |
|---|---|---|---|
| Personnel | $0 | $6,500 | $6,500 |
| Travel | $21,000 | $0 | $21,000 |
| Contractual | $700 | $0 | $700 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $21,700 | $6,500 | $28,200 |
| G&A - 9% | $1,953 | $585 | $2,538 |
| **Component Total** | $23,653 | $7,085 | $30,738 |

## TRUSTEE COUNCIL MEMBER EXPENSES- $27,250

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $25,000 | $25,000 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $25,000 | $25,000 |
| G&A - 9% | $2,250 | $2,250 |
| **Component Total** | $27,250 | $27,250 |

### TRAVEL - $25,000

- **ADFG Trustee Council Member Travel**　　　　$5,000

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage at a cost of approximately $1000.00 per trip.

- **DOI Trustee Council Member Travel**　　　　$5,000

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,000.00 per trip.

- **NOAA Trustee Council Member Travel**　　　　$5,000

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,000.00 per trip.

- **ADEC Trustee Council Member Travel**　　　　$5,000

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1000.00 per trip.

- **DOL Trustee Council Member Travel**　　　　$5,000

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1000.00 per trip

### AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI | NOAA | ADEC | ADOL | Total |
|---|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| G&A - 9% | $450 | $450 | $450 | $450 | $450 | $2,250 |
| **Component Total** | $5,450 | $5,450 | $5,450 | $5,450 | $5,450 | $27,250 |

## SMALL PARCEL PROGRAM - $98,100

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $0 | $0 |
| Contractual | $90,000 | $90,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $90,000 | $90,000 |
| G&A - 9% | $8,100 | $8,100 |
| **Component Total** | **$98,100** | **$98,100** |

### CONTRACTUAL - $90,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. Expenditures are listed under the Contractual line item but due diligence may be accomplished through the use of contractors or in-house staff as determined by the agency to be most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

### AGENCY DISTRIBUTION

| Cost Category | ADNR | DOI | USFS | Total |
|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 |
| Travel | $0 | $0 | $0 | $0 |
| Contractual | $45,000 | $22,500 | $22,500 | $90,000 |
| Commodities | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 |
| Sub-total | $45,000 | $22,500 | $22,500 | $90,000 |
| G&A - 9% | $4,050 | $2,025 | $2,025 | $8,100 |
| **Component Total** | **$49,050** | **$24,525** | **$24,525** | **$98,100** |

## PROGRAM SUPPORT / PROJECT MANAGEMENT – $259,382

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $237,965 | $237,965 |
| Travel | $0 | $0 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $237,965 | $237,965 |
| G&A - 9% | $21,417 | $21,417 |
| **Component Total** | $259,382 | $259,382 |

### PERSONNEL - $237,965

**Project Management**
Project Management funds provide agencies managing contracts or projects in support of the EVOS Trustee Council Restoration program with funds necessary to manage contracts, report on the status of projects, facilitate communication between the agencies, Principal Investigators, and the restoration office, assist with the annual financial audit, and perform other administrative functions necessary for implementation of projects authorized by the Trustee Council.

Funding for project management is provided to an agency in proportion to the number, size and administrative complexity of the projects funded. The final budget for this component cannot be accurately determined until the Trustee Council takes action on the FY07 Work Plan, anticipated November 2006. To maintain continuity, initial funding equal to 25% of the FY06 funding levels is included in this budget. Upon adoption of the FY07 Work Plan, additional project management funds for each agency will be requested in proportion to the number and complexity of projects assigned to each agency for management. At that time the budget will be revised to reflect this additional expense.

|  | **FY07 First quarter allocation** |
|---|---|
| ADFG | $8,000 |
| DOI/USGS | $11,550 |
| NOAA | $11,250 |
| ADNR | $6,250 |
| TOTAL | $47,050 |

**TC Council Support**
Funds provided for Trustee Council Support provide trustees with staff and support necessary to prepare for meetings, communicate trustee agency positions, represent trustee agency positions in interagency meetings, and coordinate with other trustee agencies, as determined necessary by the trustees. Anticipated tasks include preparation for 6 Trustee Council meetings, public meetings and workshops, participation in the Update of Injured Resources and Services, and development of the Annual Work Plan, FY 08 Invitation, and future program direction at an estimated 3 months of staff involvement per agency.

| | |
|---|---|
| USDA/USFS (Liaison – Zemke (3 months) | $24,550 |
| ADEC (Liaison – Dietrick (3 months) | $37,100 |
| ADFG (Liaison – Brandon (3 months) | $26,827 |
| DOI/ USFWS (Liaison – Kohout (2.5 months) | $24,000 |
| USGS (Liaison – Bohn (0.5 months) | $ 4,500 |
| DOL/ADNR (Liaison – Fries (3 months) | $31,188 |
| NOAA (Liaison – Hagen (3 months) | $27,000 |
| TOTAL: | $175,165 |

| | |
|---|---|
| Other: DOI - Federal Budget Officer (Nesslage) | $15,750 |

**AGENCY DISTRIBUTION:**

| Cost Category | ADEC | ADF&G | ADNR | DOI | NOAA | USFS | Total |
|---|---|---|---|---|---|---|---|
| Personnel | $37,100 | $44,827 | $37,438 | $55,800 | $38,250 | $24,550 | $237,965 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $37,100 | $44,827 | $37,438 | $55,800 | $38,250 | $24,550 | $237,965 |
| G&A – 9% | $3,339 | $4,034 | $3,369 | $5,022 | $3,443 | $2,210 | $21,417 |
| **Component Total** | $40,439 | $48,861 | $40,807 | $60,822 | $41,693 | $26,760 | $259,382 |

# ALASKA RESOURCES LIBRARY & INFORMATION SERVICES – $151,690

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $115,565 | $115,565 |
| Travel | $0 | $0 |
| Contractual | $23,600 | $23,600 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $139,165 | $139,165 |
| G&A - 9% | $12,525 | $12,525 |
| Component Total | $151,690 | $151,690 |

## PERSONNEL – $115,565

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Librarian III | 19K | 12 | $9,630 | $115,565 |
| Personnel Total | | 12 | $9,630 | $115,565 |

Funding provides 1.0 FTE librarian to meet the ongoing information and research needs of the Trustee Council staff, Public Advisory Committee, researchers, and the general public, manage the EVOS collection at ARLIS, and represent the Trustee Council on the ARLIS Management Team.

## CONTRACTUAL – $23,600

- **ARLIS Founding Agency Cash Contribution**                                                 $23,600

This contractual cost is a cash contribution to the ARLIS operating budget, plus 18% university indirect. The resulting budget contribution is more consistent with the level of EVOS related use of ARLIS and brings the EVOS Trustee Council contribution to 7% of the total ARLIS budget.

## AGENCY DISTRIBUTION:

| Cost Category | ADF&G |
|---|---|
| Personnel | $115,565 |
| Travel | $0 |
| Contractual | $23,600 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $139,165 |
| G&A - 9% | $12,525 |
| Component Total | $151,690 |