DAVID W. MÁRQUEZ
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

Rita H. Lovett
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska  99501-1994
Telephone:  (907) 269-5274
Facsimile:   (907) 278-7022
Email:  Rita_Lovett@law.state.ak.us

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | No. 3:91-CV-0083 (HRH) |
| ) | |
| v. ) | **TWENTY-FIRST JOINT** |
| ) | **NOTICE OF** |
| EXXON CORPORATION, and EXXON ) | **EXPENDITURES FROM** |
| SHIPPING COMPANY, ) | **THE INVESTMENT** |
| ) | **FUND AND FROM** |
| Defendants. ) | **MONIES PREVIOUSLY** |
| ) | **DISBURSED** |

The State of Alaska and the United States (the "Governments") jointly

provide notice of the expenditure of $269,000.00 from the EXXON VALDEZ Oil Spill

Investment Fund ("Investment Fund") Research Investment Sub-Account, $22,074.00

from lapsed funds and accrued interest on settlement monies previously disbursed that are

TWENTY-FIRST JOINT NOTICE OF EXPENDITURES FROM
THE INVESTMENT FUND AND FROM MONIES PREVIOUSLY DISBURSED
3:91-CV-0083(HRH)                                                                                                Page 1 of 7

within the State of Alaska's General Funds and Other Non-Segregated Investments Account ("GeFONSI Account"), and $64,439.00 from lapsed funds and accrued interest on settlement monies previously disbursed that are within the Natural Resource Damage Assessment and Restoration Fund ("NRDA-R Fund") managed by the U.S. Department of the Interior.  The Governments' natural resource trustee agencies will use these funds for purposes consistent with the Memorandum of Agreement and Consent Decree entered by this Court in *United States v. State of Alaska,* No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order").  The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury.  On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez

Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account as the Trustee Council determines appropriate. On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit:

the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification

---

[1] A copy of the notice provided to the Investment Fund pursuant to paragraph

is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this twenty-first expenditure from the Investment Fund and from monies previously disbursed for: necessary natural resource damage assessment and restoration activities during federal fiscal year 2007.[2] Of the $269.000.00 that will be withdrawn from the Investment Fund, $91,700.00 will be provided to the United States and $177,300.00 will be provided to the State of Alaska. The previously disbursed settlement monies in the GeFONSI Account and the NRDA-R Fund that are the subject of this notice will be utilized by the state ($22,074.00) and federal ($64,439.00) trustee agencies, respectively.

A complete summary of the Council's activities since approval of the settlement was appended to our Second Application, filed January 19, 1993, as Attachment B, and interim updates of activities appeared as Attachments to each of the Governments' Third through Sixth, Eighth through Twelfth, Fifteenth, Nineteenth, Twenty-First, Twenty-Second, Twenty-Fourth through Twenty-Ninth, Thirty-First, and Thirty-Third through Forty-Fifth applications for

---

27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1 - 2.

[2] The resolutions of the Trustee Council documenting its unanimous agreement, at its September 7, 2006 meeting, to provide $269,000.00 to continue the funding of multi-year projects during FY 2007 (Resolution 06-14) and to provide $86,513.00 to fund the continuation of three monitoring projects for the first quarter of the FY 2007 (Resolution 06-15), are appended to this Notice at Attachment A, pp. 3-13.

TWENTY-FIRST JOINT NOTICE OF EXPENDITURES FROM
THE INVESTMENT FUND AND FROM MONIES PREVIOUSLY DISBURSED
3:91-CV-0083(HRH)                                                      Page 4 of 6

disbursement, the Fifth through Seventh and Tenth through Fourteenth Joint Notices of Expenditure From Settlement Account Monies Previously Disbursed, and the First, Second, Fourth, and Seventh through the Twentieth Joint Notice of Expenditures From Investment Fund. The Trustee Council has not met since the Governments' filing on September 18, 2006 of their Twentieth Joint Notice of Expenditures from Investment Fund. The meeting notes for the Trustee Council's September 7, 2006 meeting, unavailable at the time of that filing, appear in Attachment B.

RESPECTFULLY SUBMITTED this 17th day of October, 2006 at Anchorage, Alaska.

FOR THE STATE OF ALASKA

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/Rita H. Lovett

Rita H. Lovett
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska  99501-1994
Telephone:  (907) 269-5274
Facsimile:  (907) 278-7022
Email: Rita_Lovett@law.state.ak.us
Alaska Bar #9911065

FOR THE UNITED STATES OF AMERICA
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

                WILLIAM D. BRIGHTON, Asst. Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

By:      s/Regina R. Belt (consent)

Regina R. Belt
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-3456

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of October, 2006, a copy of the foregoing TWENTY-FIRST JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT FUND AND FROM MONIES PREVIOUSLY DISBURSED, together with attachments A and B thereto were served by U.S. mail, first class, postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK 99501-3657

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA  90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK  99821-1187

s/Rita H. Lovett