# STATE OF ALASKA

## DEPARTMENT OF LAW

*OFFICE OF THE ATTORNEY GENERAL*

*FRANK H. MURKOWSKI,*
*GOVERNOR*

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:      (907) 269-5274*
*FAX:         (907) 278-7022*

October 17, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK 99811-0405

Re:    Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $355,513.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. Of this amount, $269,000.00 will come from the Research Investment Sub-Account. The Research Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
Amount:    $177,300.00
State of Alaska
Exxon Valdez Settlement Account
GeFONSI 33070
Account 22177

**United States**
Amount:    $91,700.00

Attachment A
Page 1 of 13

Mr. Gary Bader                                          Page Two
Treasury Division, Department of Revenue               October 17, 2006

Beneficiary

    account:    14X5198
    name:    Natural Resource Damage Assessment and Restoration Fund
    (NRDAR)

        Beneficiary
        account:    14010001
        name:    Department of the Interior
        Financial Management Services National Business Center

        Beneficiary Bank
        account:    021030004
        name:    Treasury, NYC

        OBI Text
        Natural Resource Damage Assessment Restoration Fund 14X5198
        EVOS Exxon Valdez, Civil Settlement, FY07 Joint Funds

        *Beneficiary Reference*
        A91-082Civil

    The transfer should take place when most financially advantageous, but no later than October 24, 2006 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

*Rita Lovett*

Rita H. Lovett                          *Gina R Belt*
Assistant Attorney General              Regina R. Belt
State of Alaska                         Environmental Enforcement Section
                                        Environment & Natural Resources Division
                                        U.S. Department of Justice
                                        United States of America

cc:    Divina Pelayo, Alaska Department of Fish and Game
      Christine O'Sullivan, Alaska Department of Fish and Game
      Sue Bump, Alaska Department of Revenue
      Bob Mitchell, Alaska Department of Revenue
      Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

### RESOLUTION 06-14 OF THE
### *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
### REGARDING THE FY 2007 WORK PLAN
### FY 2005 – FY 2007 MULTI-YEAR PROJECTS
### (050742, 050743, 050749, 050763, 050765, 060769)
### OCTOBER 1, 2006 – SEPTEMBER 30, 2007

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2007, as described in Attachment A. This portion of the Work Plan is funded at $269,000. The monies are to be distributed according to the following schedule:

| | | |
|---|---|---|
| 050743 | Baird – Connecting Coastwalk: Linking Shoreline Mapping | $11,900 |
| 050749 | Hoover-Miller – Harbor Seal Monitoring in So Kenai Peninsula Fjords | $82,300 |
| 050765 | Willette – Management Applications: Improving Pre-season Forecasts of Kenai River Sockeye Salmon Runs | $67,000 |
| 050769 | Otis – Temporal Stability of Fatty Acids | $16,100 |

**SUB-TOTAL TO STATE OF ALASKA, ADF&G = $177,300**

| | | |
|---|---|---|
| 050742 | Matkin – Monitoring of Killer Whales in PWS/Kenai Fjords | $23,800 |
| 050763 | Short – Long-term Monitoring of Anthropogenic Hydrocarbons in EVOS Region | $58,900 |
| 050769 | Otis – Temporal Stability of Fatty Acids | $9,000 |

**SUB-TOTAL TO UNITED STATES OF AMERICA, NOAA = $91,700**

**TOTAL APPROVED = $269,000**

Resolution 06-14

Attachment A
Page 3 of 13

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $269,000 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

Attachment A:  FY 2005 – FY 2007 – Multi-Yr Continuing Projects Spreadsheet

Resolution 06-14

Attachment A
Page 4 of 13

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $269,000 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

Attachment A:  FY 2005 – FY 2007 – Multi-Yr Continuing Projects Spreadsheet

Resolution 06-14

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $269,000 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation


Attachment A:  FY 2005 – FY 2007 – Multi-Yr Continuing Projects Spreadsheet

Resolution 06-14