By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $269,000 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

 

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
   for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
   Conservation

Attachment A:  FY 2005 – FY 2007 – Multi-Yr Continuing Projects Spreadsheet

Multi-Yr Continuing Projects
FY 2005 - FY 2007

| Project | PI | | FY 05 Resolution 04-08 | FY 06 Resolution 06-01 | FY 07 Resolution 06-14 | FY 07 Work Plan Con't PJs ADFG | NOAA |
|---|---|---|---|---|---|---|---|
| 050742 | Matkin | Monitoring of Killer Whales in PWS/Kenai Fjords | $20,500 | $22,300 | $23,800 | | $23,800 |
| 050743 | Baird | Connecting Coastwalk: Linking Shoreline Mapping with Community-based Monitoring | $28,900 | $28,900 | $11,900 | $11,900 | |
| 050749 | Hoover-Miller | Harbor Seal Monitoring in Southern Kenai Peninsula Fjords | $92,700 | $130,300 | $82,300 | $82,300 | |
| 050763 | Short | Long-Term Monitoring of Anthropogenic Hydrocarbons in EVOS Region | $58,900 | $58,900 | $58,900 | | $58,900 |
| 050765 | Willette | Management Applications: Improving Pre-season Forecasts of Kenai River Sockeye Salmon Runs | $68,800 | $65,900 | $67,000 | $67,000 | |
| 050769 | Otis | Temporal Stability of Fatty Acids | $67,700 | $89,400 | $25,100 | $16,100 | $9,000 |
| | | | $337,500 | $395,700 | $269,000 | $177,300 | $91,700 |

Multi-Yr - 2005-2007 Continuing Projects

## RESOLUTION 06-15 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## INTERIM FUNDING FOR
## MONITORING PROJECTS 040340, 040624, & 040699

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, in U.S. District Court for the District of Alaska. This interim funding is for necessary natural resource damage assessment and restoration activities for continuing projects' monitoring activities between fiscal year 2006 and their pending funding approval in the FY 07 Invitation. The interim funding totals $86,513. The monies are to be distributed according to the following schedule:

| Project | Description | Amount |
|---|---|---|
| 040340 | Weingartner – Long-Term Monitoring of the Alaska Coastal Current | $16,238 |
| 040699 | Cokelet – Biophysical Observation Aboard AMHS | $5,836 |
| | **SUB-TOTAL TO STATE OF ALASKA, ADF&G =** | **$22,074** |
| 040624 | Batten – Acquisition & Application of CPR Data in the GOA | $33,800 |
| 040699 | Cokelet – Biophysical Observation Aboard AMHS | $30,639 |
| | **SUB-TOTAL TO UNITED STATES OF AMERICA, NOAA =** | **$64,439** |
| | **TOTAL APPROVED =** | **$86,513** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make

available the interim funding in the amount of $86,513 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
 for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
 Conservation

available the interim funding in the amount of $86,513 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

_____  
JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____/s/ David W. Márquez_____  
DAVID W. MÁRQUEZ  
Attorney General  
State of Alaska

_____  
DRUE PEARCE  
Senior Advisor to the Secretary  
  for Alaska Affairs  
U.S. Department of the Interior

_____  
CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric Administration  
U.S. Department of Commerce

_____  
McKIE CAMPBELL  
Commissioner  
Alaska Department of Fish and Game

_____  
KURT FREDRIKSSON  
Commissioner  
Alaska Department of Environmental  
  Conservation

available the interim funding in the amount of $86,513 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

_____  
JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____  
DRUE PEARCE  
Senior Advisor to the Secretary  
  for Alaska Affairs  
U.S. Department of the Interior

_____  
McKIE CAMPBELL  
Commissioner  
Alaska Department of Fish and Game

_____  
DAVID W. MÁRQUEZ  
Attorney General  
State of Alaska

_____  
CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric Administration  
U.S. Department of Commerce

_____  
KURT FREDRIKSSON  
Commissioner  
Alaska Department of Environmental  
  Conservation

available the interim funding in the amount of $86,513 from the appropriate accounts designated by the Executive Director.

Distribution of funding to the specified agencies is contingent upon the satisfactory receipt of project annual reports and progress.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

---

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

---

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

---

DRUE PEARCE
Senior Advisor to the Secretary
 for Alaska Affairs
U.S. Department of the Interior

---

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

---

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

---

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
 Conservation