TALIS J. COLBERG
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

Rita H. Lovett
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska  99501-1994
Telephone:  (907) 269-5274
Facsimile:   (907) 278-7022
Email:  Rita.Lovett@alaska.gov

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | No. 3:91-CV-0083 (HRH) |
| ) | |
| v. ) | **TWENTY-FOURTH** |
| ) | **JOINT NOTICE OF** |
| EXXON CORPORATION, and EXXON ) | **EXPENDITURES FROM** |
| SHIPPING COMPANY, ) | **THE INVESTMENT** |
| ) | **FUND** |
| Defendants. ) | |
| ) | |

The State of Alaska and the United States (the "Governments") jointly provide notice of the expenditure of $334,000.00 from the Habitat Investment Sub-Account of the EXXON VALDEZ Oil Spill Investment Fund ("Investment Fund"). The Governments' natural resource trustee agencies will use these funds for purposes consistent with the

Memorandum of Agreement and Consent Decree entered by this Court in *United States v. State of Alaska,* No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account as the Trustee Council determines appropriate. On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit: the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee

Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this twenty-fourth expenditure from the Investment Fund for: necessary natural resource damage assessment and restoration activities during federal fiscal years 2007 and 2008.[2] The full $334,000.00 that is the subject of this notice will be provided to the State of Alaska.

---

[1] A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1 - 2.

[2] Appended to this Notice at Attachment A, pp. 3-17, are Resolutions 07-04 and 07-05 documenting the Trustee Council's unanimous agreement, at its June 27, 2007 meeting, to provide $160,000.00 for the acquisition of the Chokwak II small parcel (KAP 3001) on Kodiak Island and $174,000.00 for the undertaking of due diligence activities in connection with the potential acquisition of lands on northern Afognak Island that are the subject of Trustee Council resolutions dated December 11, 2001 and November 8, 2002.

A complete summary of the Council's activities since approval of the settlement was appended to our Second Application, filed January 19, 1993, as Attachment B, and interim updates of activities appeared as Attachments to each of the Governments' Third through Sixth, Eighth through Twelfth, Fifteenth, Nineteenth, Twenty-First, Twenty-Second, Twenty-Fourth through Twenty-Ninth, Thirty-First, and Thirty-Third through Forty-Fifth applications for disbursement, the Fifth through Seventh and Tenth through Fourteenth Joint Notices of Expenditure From Settlement Account Monies Previously Disbursed, and the First, Second, Fourth, and Seventh through the Twenty-Second Joint Notice of Expenditures From Investment Fund. The Trustee Council has met once since the Governments' filing on March 15, 2007 of their Twenty-Third Joint Notice of Expenditures from Investment Fund and from Monies Previously Disbursed. The Governments will submit the meeting notes for that June 27, 2007 meeting once they have been approved. The meeting notes for the Trustee Council's January 10, February 16, and March 9, 2007 meetings are appended to this Notice as Attachment B.

RESPECTFULLY SUBMITTED this 6th day of July, 2007 at Anchorage, Alaska.

FOR THE STATE OF ALASKA

TALIS J. COLBERG
ATTORNEY GENERAL

By:     s/Rita H. Lovett
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5274
Facsimile: (907) 278-7022

                        Email: Rita.Lovett@alaska.gov
                        Alaska Bar #9911065

                        FOR THE UNITED STATES OF AMERICA
                        RONALD J. TENPAS
                        Acting Assistant Attorney General
                        Environment & Natural Resources Division

                        WILLIAM D. BRIGHTON, Asst. Section Chief
                        Environmental Enforcement Section
                        Environment & Natural Resources Division
                        U.S. Department of Justice
                        Washington, D.C. 20530

By:        s/Regina R. Belt (consent)
                        Environmental Enforcement Section
                        Environment & Natural Resources Division
                        U.S. Department of Justice
                        801 B Street, Suite 504
                        Anchorage, Alaska  99501-3657
                        Telephone: (907) 271-3456
                        Facsimile: (907) 271-5827
                        Email: Regina.Belt@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of
July, 2007, a copy of the foregoing TWENTY-FOURTH
JOINT NOTICE OF EXPENDITURES FROM THE
INVESTMENT FUND, together with attachments A
and B thereto were served by U.S. mail, first class,
postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK  99501-3657

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

TWENTY-FOURTH JOINT NOTICE OF EXPENDITURES
FROM THE INVESTMENT FUND
3:91-CV-0083 (HRH)                                            Page 5 of 6

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK  99501

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA  90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK  99821-1187


s/Rita H. Lovett