# STATE OF ALASKA

**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

SARAH PALIN, GOVERNOR

*Environmental*
1031 WEST 4th AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:   (907) 269-5274
FAX:        (907) 278-7022

June 29, 2007

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

Re:   Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $334,000.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. The full $334,000.00 will come from the Habitat Investment Sub-Account. The Habitat Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
    Amount:    $334,000.00
                    State of Alaska
                    Exxon Valdez Settlement Account
                    GeFONSI 33070
                    Account 22177

The transfer should take place when most financially advantageous, but no later than July 11, 2007 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Attachment A
Page 1 of 17

Mr. Gary Bader  Page Two
Treasury Division, Department of Revenue  June 29, 2007

Sincerely,

*Rita Lovett*

Rita H. Lovett
Assistant Attorney General
State of Alaska

*Gina R. Belt*

Regina R. Belt
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
United States of America

cc: Divina Pelayo, Alaska Department of Fish and Game
Christine O'Sullivan, Alaska Department of Fish and Game
Sue Bump, Alaska Department of Revenue
Bob Mitchell, Alaska Department of Revenue
Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

Attachment A
Page 2 of 17