



Attachment A, Page 10 of 17 — EVOS Trustee Council, Old Harbor Exchange map (Scale 1:150,000, Albers Equal-Area Projection). Produced by Alaska Department of Natural Resources, Land Records Information Section. Date Printed: December 10, 1999.