TALIS J. COLBERG
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

RITA H. LOVETT
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska  99501-1994
Telephone:  (907) 269-5274
Facsimile:  (907) 278-7022
Email:  Rita.Lovett@alaska.gov

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:91-CV-0083 (HRH) |
| | ) | |
| v. | ) | **TWENTY-FIFTH JOINT** |
| | ) | **NOTICE OF** |
| EXXON CORPORATION, and EXXON | ) | **EXPENDITURES FROM** |
| SHIPPING COMPANY, | ) | **THE INVESTMENT** |
| | ) | **FUND AND FROM** |
| Defendants. | ) | **MONIES PREVIOUSLY** |
| | ) | **DISBURSED** |
| | ) | |

The State of Alaska and the United States (the "Governments") jointly provide

notice of the expenditure of $4,856,725.00 in settlement funds, specifically $2,445,482.00

from the Research Sub-Account of the EXXON VALDEZ Oil Spill Investment Fund

("Investment Fund"); $506,056.00 from the Koniag Investment Sub-Account of the

Investment Fund; $1,575,187.00 in lapsed funds and accrued interest on settlement monies

previously disbursed from the investment Fund that are within the State of Alaska's General

Funds and Other Non-Segregated Investments Account; and $330,000.00 in lapsed funds and

accrued interest on monies previously disbursed from the Investment Fund that are within the

Department of Interior's Natural Resource Damage Assessment and Restoration Fund. The

Governments' natural resource trustee agencies will use these funds for purposes consistent

with the Memorandum of Agreement and Consent Decree entered by this Court in *United

States v. State of Alaska,* No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their

claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company,

and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds

resulting from these settlements were subsequently ordered by this Court to be placed in an

interest-bearing account in the Court Registry Investment System ("CRIS") administered

through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and

Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order

allows the Governments the option of investing the money in an account outside the United

States Treasury. On September 29, 2000, upon application by the Governments, the Court

entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the

Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of

Treasury, authorizing transfer of settlement proceeds to an account within the State. On

October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account as the Trustee Council determines appropriate. On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit: the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

---

[1]     A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1 - 2.

The Governments provide notice of this twenty-fifth expenditure from the Investment Fund and from monies previously disbursed for:  (1) payment of $506,056.00 to Koniag, Inc. (fifth of multiple payments) for a non-development easement on lands it owns, including lands along the Karluk River;[2] and (2) for necessary natural resource damage assessment and restoration activities during federal fiscal year 2008.[3]  Of the $4,856,725.00 that is the subject of this Notice, $3,004,238.00 will be provided to the United States and $1,852,487.00 will be provided to the State of Alaska.

A complete summary of the Council's activities since approval of the settlement was appended to our Second Application, filed January 19, 1993, as Attachment B, and interim updates of activities appeared as Attachments to each of the Governments' Third through Sixth, Eighth through Twelfth, Fifteenth, Nineteenth, Twenty-First, Twenty-Second, Twenty-Fourth through Twenty-Ninth, Thirty-First, and Thirty-Third through Forty-Fifth applications for disbursement, the

[2]     The resolution evidencing the Trustee Council's approval for the purchase of this easement appeared as part of the Sixth Joint Notice of Expenditures From Settlement Account Monies Previously Disbursed at Attachment A, pp. 32-42. A description of the non-development easement may be found in the Third Joint Notice of Expenditures From Investment Fund.

[3]     Appended to this Notice at Attachment A, pp. 3-31, are Resolutions 07-06 and 07-07 documenting the Trustee Council's unanimous agreement, at its September 13, 2007 meeting, to provide $2,286,500.00 for the continuation of eleven multi-year research projects, and $2,074,169.00 for the administration of the restoration program in federal fiscal year 2008, respectively. Resolution 07-07 notes a contingency in the Council's approval of certain funds in the program administrative budget. Because the contingency has not been satisfied at the time of filing this Notice, the funds subject to the contingency ($10,000) are not a part of this Notice. If the contingency is satisfied, the Governments will notify the Court at a later date of the Council's unanimous approval to expend these funds.

Fifth through Seventh and Tenth through Fourteenth Joint Notices of Expenditure

From Settlement Account Monies Previously Disbursed, and the First, Second, Fourth, and Seventh

through the Twenty-Second, and Twenty-Fourth Joint Notice of Expenditures From Investment

Fund.  The Trustee Council has met once since the Governments' filing on July 6, 2007 of their

Twenty-Fourth Joint Notice of Expenditures from Investment Fund.  The Governments will submit

the meeting notes for that September 13, 2007 meeting once they have been approved. The meeting

notes for the Trustee Council's June 27, 2007 meeting are appended to this Notice as Attachment B.

RESPECTFULLY  SUBMITTED  this  14th day  of  September,  2007  at

Anchorage, Alaska.

FOR THE STATE OF ALASKA

TALIS J. COLBERG
ATTORNEY GENERAL

By:        s/Rita H. Lovett
           Assistant Attorney General
           State of Alaska
           Department of Law
           1031 West Fourth Avenue, Suite 200
           Anchorage, Alaska  99501-1994
           Telephone:  (907) 269-5274
           Facsimile:  (907) 278-7022
           Email: Rita.Lovett@alaska.gov
           Alaska Bar #9911065

           FOR THE UNITED STATES OF AMERICA
           RONALD J. TENPAS
           Acting Assistant Attorney General
           Environment & Natural Resources Division

           WILLIAM D. BRIGHTON, Asst. Section Chief
           Environmental Enforcement Section

Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

By:        s/Regina R. Belt (consent)
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:  (907) 271-3456
Facsimile:  (907) 271-5827
Email:  Regina.Belt@usdoj.gov

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on the 14th day of
September, 2007, a copy of the foregoing document
together with attachments A and B thereto were served by U.S. mail, first class,
postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK  99501-3657

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK  99501

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA  90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK  99821-1187


s/Rita H. Lovett


TWENTY-FIFTH JOINT NOTICE OF EXPENDITURES
FROM THE INVESTMENT FUND AND FROM MONIES PREVIOUSLY DISBURSED
3:91-CV-0083 (HRH)                                                                                    Page 6 of 6