**STATE OF ALASKA**

DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

SARAH PALIN, GOVERNOR

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:    (907) 269-5274*
*FAX:        (907) 278-7022*

September 14, 2007

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

　　　　　Re:　Revised letter re Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

　　　　Yesterday I informed you that the Exxon Valdez Trustee Council unanimously determined to expend $4,866,725.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991.  Because $10,000 of that amount was approved contingent upon Trustee Council approval of specific expenditures to be identified by the Executive Director, we have determined that only $4,856,725.00 has been unanimously approved for expenditure at this time.  This change does not affect the amount of the request made to you yesterday to for $2,445,482.00 from the Research Investment Sub-Account, and $506,056.00 from the Koniag Investment Sub-Account, which accounts are currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue.  The remainder of the amount approved will be drawn from settlement monies previously disbursed.  Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
　　　Amount:　　　$277,300.00 (Research Sub-Account)
　　　　　　　　　　State of Alaska
　　　　　　　　　　Exxon Valdez Settlement Account
　　　　　　　　　　GeFONSI 33070
　　　　　　　　　　Account 22177

**United States**
　　　Amount:　　　$2,674,238.00 ($506,056 Koniag Sub-Account; $2,168,182 Research Sub-Account)

Attachment A
Page 1 of 33

Mr. Gary Bader  Page 2
Treasury Division, Department of Revenue  September 14, 2007

Beneficiary
    account: 14X5198
    name: Natural Resource Damage Assessment and Restoration Fund (NRDAR)

    Beneficiary
    account: 14010001
    name: Department of the Interior
    Financial Management Services National Business Center

    Beneficiary Bank
    account: 021030004
    name: Treasury, NYC

    OBI Text
    Natural Resource Damage Assessment Restoration Fund 14X5198
    EVOS Exxon Valdez, Civil Settlement, FY08 Joint Funds

    *Beneficiary Reference*
    A91-082Civil

The transfer should take place when most financially advantageous, but no later than September 19, 2007 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

*(signature)*          *(signature)*

Rita H. Lovett          Regina R. Belt
Assistant Attorney General        Environmental Enforcement Section
State of Alaska          Environment & Natural Resources Division
                          U.S. Department of Justice
                          United States of America

cc: Divina Pelayo, Alaska Department of Fish and Game
    Christine O'Sullivan, Alaska Department of Fish and Game
    Sue Bump, Alaska Department of Revenue
    Bob Mitchell, Alaska Department of Revenue
    Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

Attachment A
Page 2 of 33

RESOLUTION 07-06 OF THE
*EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
FY 08 Funding for FY 07 Multi-Year Projects
070340, 070782, 070805, 070808, 070810, 070816, 070819, 070830, 070801, 070836 & 070853

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008 in the amount of $2,286,500, to be distributed to the following Trustee agencies as detailed within the spreadsheet identified as Resolution 07-06 Attachment A and as summarized below:

| | | |
|---|---|---|
| State of Alaska – Department of Fish & Game | | $277,300 |
| | **Total State of Alaska** | **$277,300** |
| United States of America | | |
| NOAA | | $1,345,000 |
| DOI – FWS | | $284,300 |
| DOI – USGS | | $379,900 |
| | **Total United States of America** | **$2,009,200** |
| | **TOTAL** | **$2,286,500** |

Of the $2,286,500 approved for distribution, $277,300 is directed to the State of Alaska and $2,009,200 is directed to the United States of America.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $2,286,500 from the appropriate accounts as designated by the Executive Director.

1

Resolution 07-06
**Attachment A**
**Page 3 of 33**

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_for_ [signature: Stwa V. Zemke]
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
   Resolution 07-06, Attachment A - Spreadsheet

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____  9/13/07
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
  Resolution 07-06, Attachment A - Spreadsheet

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
Resolution 07-06, Attachment A - Spreadsheet

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
  Resolution 07-06, Attachment A - Spreadsheet

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____*Rit Hagen* for_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
 Resolution 07-06, Attachment A - Spreadsheet