Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____Dan Easton_____
for Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
   Resolution 07-06, Attachment A - Spreadsheet

Multi-Year Projects
FY 08 Approved

## FY 08 Funding for Multi-year Projects Approved in FY 07

*FY 08 Project Funding Authorized In Resolution 07-06; Project Management Funds Included in PJ 080100 Budget Authorized in Resolution 07-07*

| Project Approved | Lead Agency | Project Number | PI | Project Title | FY 07 Funded | FY 08 Approved | FY 09 Approved | FY 10 Approved | Project Total | PJ 080100 PJ Mgmt | PJ FY 08 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2006 | ADF&G | 070340 | Weingartner | Long-Term Oceanographic Monitoring of the Alaska Coastal Current | $ 128,200 | $ 131,300 | $ 129,500 | | $ 389,000 | $ 7,700 | 100% |
| 11/14/2006 | ADF&G | 070782 | Bickford/Norcross | Herring Restoration in PWS: Identifying Natal & Nursery Habitats | $ 122,700 | $ 134,600 | $ 77,700 | | $ 335,000 | $ 7,700 | 100% |
| 11/14/2006 | ADF&G | 070819 | Herschberger | PWS Herring Disease Program | $ 7,400 | $ 11,400 | $ 11,400 | $ 11,400 | $ 41,600 | $ 400 | 5% |
| | | | | **State of Alaska - ADF&G** | $ 258,300 | $ 277,300 | $ 218,600 | $ 11,400 | $ 765,600 | $ 15,800 | |
| 1/10/2007 | NOAA | 070810 | Kiefer/Brown | An Ecosystem Model of PWS Herring: A Management & Restoration Tool | $ 250,800 | $ 250,800 | $ 250,800 | | $ 752,400 | $ 9,000 | 100% |
| 2/16/2007 | NOAA | 070801 | J. Michel | Assessment of the Areal Distribution and Amount of Lingering Oil in Prince William Sound and the Gulf of Alaska | $ 1,434,100 | $ 116,000 | | | $ 1,550,100 | $ 8,200 | 91% |
| 11/14/2006 | NOAA | 070805 | Lindeberg | ShoreZone Mapping for PWS | $ 237,900 | $ 322,300 | | | $ 560,200 | $ 9,000 | 100% |
| 11/14/2006 | NOAA | 070830 | Thorne | Trends in Adult & Juvenile Herring Distribution & Abundance in PWS (BAA) | $ 103,400 | $ 103,400 | $ 226,800 | | $ 433,600 | $ 9,000 | 100% |
| 3/9/2007 | NOAA | 070836 | M Boufadel | Factors Responsible for Limiting the Degradation Rate of Exxon Valdez Oil in Prince William Sound | $ 434,800 | $ 552,500 | $ 266,600 | | $ 1,253,900 | $ 9,000 | 100% |
| | | | | **NOAA** | $ 2,461,000 | $ 1,345,000 | $ 744,200 | $ - | $ 4,550,200 | $ 44,200 | |
| 3/9/2007 | USFWS | 070853 | D Irons | Pigeon Guillemot Restoration Research in Prince William Sound | $ 317,000 | $ 284,300 | $ 48,400 | | $ 649,700 | $ 9,000 | 100% |
| | | | | **USFWS (USGS PJ Mgmt)** | $ 317,000 | $ 284,300 | $ 48,400 | $ - | $ 649,700 | | |
| 2/16/2007 | USGS | 070801 | J Michel | Assessment of the Areal Distribution and Amount of Lingering Oil in Prince William Sound and the Gulf of Alaska | $ 31,400 | $ 12,600 | | | $ 44,000 | $ 800 | 9% |
| 11/14/2006 | USGS | 070808 | Ballachey | Sea Otter Recovery and Nearshore Synthesis | $ 154,000 | $ 97,700 | | | $ 251,700 | $ 9,000 | 100% |
| 11/14/2006 | USGS | 070816 | Esler | Evaluating Harlequin Duck Population Recovery: CYP1A Monitoring and a Demographic Population Model | $ 177,800 | $ 23,900 | | | $ 201,700 | $ 9,000 | 100% |
| 11/14/2006 | USGS | 070819 | Herschberger | PWS Herring Disease Program | $ 239,100 | $ 245,700 | $ 247,200 | $ 261,400 | $ 993,400 | $ 8,600 | 95% |
| | | | | **USGS** | $ 602,300 | $ 379,900 | $ 247,200 | $ 261,400 | $ 1,490,800 | $ 36,400 | |
| | | | | **United States** | $ 3,380,300 | $ 2,009,200 | $ 1,039,800 | $ 261,400 | $ 6,690,700 | $ 80,600 | |
| | | | | **Total FY 08 Approved Amount** | $ 3,638,600 | $ 2,286,500 | $ 1,258,400 | $ 272,800 | $ 7,456,300 | $ 96,400 | |

RESOLUTION 07-07 OF THE
*EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
REGARDING THE FY 2008 WORK PLAN – PROJECT 080100
FY 2008 ANNUAL PROGRAM DEVELOPMENT AND IMPLEMENTATION BUDGET
OCTOBER 1, 2007 – SEPTEMBER 30, 2008

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2008, as detailed within Attachment A. The funding of the Alaska Forum on the Environment component of the Community Involvement portion of the FY 2008 Annual Program Development and Implementation Budget is contingent upon the approval by all members of the Trustee Council of the specific expenditures to be made in connection with the Trustee Council participation in that event, once those expenditures are identified in writing by the Executive Director. The settlement funds needed for the Annual Program Development and Implementation Budget totaling $2,074,169 are to be distributed according to the following schedule:

| | |
|---|---:|
| Alaska Department of Fish & Game | $1,432,369 |
| Alaska Department of Law | 5,995 |
| Alaska Department of Natural Resources | 101,588 |
| Alaska Department of Environmental Conservation | 45,235 |
| **SUBTOTAL TO STATE OF ALASKA** | **$1,585,187** |
| U.S. Department of the Interior - USGS | $237,519 |
| U.S. Department of the Interior – SEC | $26,596 |
| U.S. Department of the Interior – FWS | $57,334 |
| U.S. Department of the Interior - OPEC | $7,630 |
| U.S. Forest Service | $66,490 |
| National Oceanic & Atmospheric Administration | $93,413 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$488,982** |
| **TOTAL APPROVED =** | **$2,074,169** |

1

Resolution 07-07
**Attachment A**
**Page 11 of 33**

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____          _____
Joe L. Meade                                      Talis J. Colberg
Forest Supervisor                                 Attorney General
Forest Service Alaska Region                      Alaska Department of Law
U. S. Department of Agriculture


_____          _____
Randall Luthi                                     James Balsiger
Deputy Director                                   Administrator, Alaska Region
U.S. Fish and Wildlife Service                    National Marine Fisheries Service
U.S. Department of Interior                       US Department of Commerce


_____          _____
Denby S. Lloyd                                    Larry Hartig
Commissioner                                      Commissioner
Alaska Department of Fish and Game                Alaska Department of Environmental
                                                  Conservation


Attachment A:  FY 2008 Annual Program Development and Implementation Budget
               October 1, 2007 – September 30, 2008

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

| | |
|---|---|
| Joe L. Meade<br>Forest Supervisor<br>Forest Service Alaska Region<br>U. S. Department of Agriculture | Talis J. Colberg<br>Attorney General<br>Alaska Department of Law |
| *[signed] Hans [illegible] 9/13/07*<br>Randall Luthi<br>Deputy Director<br>U.S. Fish and Wildlife Service<br>U.S. Department of Interior | James Balsiger<br>Administrator, Alaska Region<br>National Marine Fisheries Service<br>US Department of Commerce |
| Denby S. Lloyd<br>Commissioner<br>Alaska Department of Fish and Game | Larry Hartig<br>Commissioner<br>Alaska Department of Environmental Conservation |

Attachment A: FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

---

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A: FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A: FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

for James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A: FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

2

Resolution 07-07

Attachment A
Page 16 of 33