By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A: FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

*Exxon Valdez* Oil Spill Trustee Council
FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

Federal Fiscal Year 2008 marks the third year of the Annual Program Development & Implementation Budget formally adopted by the Trustee Council. The revised budget structure that has been utilized over the past two federal fiscal years has provided a more clearly identifiable allocation of the funds supporting Trustee Council activities. As was specifically identified in the past two annual budgets, the program components are:

- Administration Management
- Data Management
- Science Management
- Community Involvement
- Public Advisory Committee (PAC)
- Small Parcel Program
- Trustee Council Member Direct Expenses
- Program Support/Project Management by Agencies
- Alaska Resource Library & Information Services

The budget estimates detailed within those specified program components are projected based upon prior year actual expenditures and include the application of an estimated 3.1% consumer price index increase and an approximate 4% increase in personnel costs to cover budgeted merit step increases, as well as payroll benefits increases. Detailed budget component items are either "continuing" or "ongoing" from program directives already approved by the Trustee Council and cover necessary day-to-day operational costs of the *Exxon Valdez* Oil Spill Restoration Office and administrative costs associated with overseeing current Trustee Council program objectives. Program priorities include the completion of the Herring Restoration Plan and continuance of the Herring Recovery efforts.

The focus of FY 08 is to continue with efforts initiated in FY 06 and FY 07 until the Science Program activity results are reviewed and a determination is made providing guidance for future program priorities. Although a FY 08 Invitation requesting proposals for the forthcoming federal fiscal year was not offered during Federal Fiscal Year 2007, a decision was made to provide projects that were only approved funding for FY 07 an opportunity to request project extensions with requests for FY 08 funding. Upon completion of the peer review processes and the Trustee Council's funding decisions, associated project management fees will be requested and allocated at that time. To ensure continuance of Trustee Council support, Trustee Agency Liaison salary allocations have been equally budgeted within the Program Support component and are being requested to cover these services for the entire federal fiscal year. A minimal allotment of Project Management funds is also being requested to ensure Trustee Agencies have sufficient funds to manage FY 07 project close-outs and to provide necessary compliance with the annual audit efforts.

The Trustee Council Restoration Office is administratively located within the Alaska Department of Fish and Game and over the past two federal fiscal years has significantly advanced towards being a self-supportive administrative office. The office is structurally organized with one or two professional staff overseeing each of the program component activities identified within this budget request and operates efficiently and effectively when fully staffed.

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 1 of 16

Attachment A
Page 18 of 33

# TABLE OF CONTENTS

Budget Summary Information ........................................................................... 3

Administration Management .......................................................................... 4

Data Management ........................................................................................... 6

Science Management ...................................................................................... 8

Community Involvement ............................................................................... 10

Public Advisory Committee (PAC) ............................................................... 11

Trustee Council Member Expenses ............................................................... 12

Small Parcel Program .................................................................................... 13

Program Support /Project Management ........................................................ 14

Alaska Resource Library & Information Services ........................................ 16

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 2 of 16

Attachment A
Page 19 of 33

## BUDGET SUMMARY INFORMATION - $2,163,209

The *Exxon Valdez* Oil Spill Restoration Annual Program Development and Implementation Budget for 2008 will be funded by the *Exxon Valdez* Oil Spill Investment Fund managed by the Alaska Department of Revenue. The remaining balance of Grant NA03NOS4730188 will fund the Herring Restoration Plan and Recovery efforts within the Science Management component. An extension authorizing funding authorization up through FY 08 was requested and has been approved.

This budget document presents the PJ 100 budget for FY 2008. The following summary tables show budget allocations by component, cost type, funding source and agency. The remainder of the document specifies the uses to which the monies for each component of the budget will be applied and the funding sources for each item.

| Component | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Administration Management | $743,824 | $0 | $743,824 |
| Data Management | $214,294 | $0 | $214,294 |
| Science Management | $368,202 | $89,040 | $457,242 |
| Community Involvement | $40,330 | $0 | $40,330 |
| Public Advisory Committee (PAC) | $37,060 | $0 | $37,060 |
| Small Parcel Program | $109,000 | $0 | $109,000 |
| Trustee Council Member Direct Expenses | $29,975 | $0 | $29,975 |
| Program Support by Agencies | $363,951 | $0 | $363,951 |
| Alaska Resource Library & Information Services | $167,533 | $0 | $167,533 |
| Total | $2,074,169 | $89,040 | $2,163,209 |

| Cost Type | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Personnel | $1,313,100 | $0 | $1,313,100 |
| Travel | $98,500 | $0 | $98,500 |
| Contractual | $468,807 | $84,000 | $552,807 |
| Commodities | $22,500 | $0 | $22,500 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $1,902,907 | $84,000 | $1,986,907 |
| G&A | $171,262 | $5,040 | $176,302 |
| Total | $2,074,169 | $89,040 | $2,163,209 |

| Total FY 08 PJ 080100 Budget by Agency | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost Type | ADF&G | ADEC | ADNR | ADOL | NOAA | DOI USGS | DOI USFWS | DOI SEC | DOI OPEC | USFS | Total Budget |
| Personnel | $983,800 | $36,000 | $53,200 | $0 | $80,200 | $45,400 | $52,600 | $18,900 | $7,000 | $36,000 | $1,313,100 |
| Travel | $76,500 | $5,500 | $0 | $5,500 | $5,500 | $0 | $0 | $5,500 | 0 | $0 | $98,500 |
| Contractual | $231,300 | $0 | $40,000 | $0 | $0 | $172,507 | $0 | $0 | 0 | $25,000 | $468,807 |
| Commodities | $22,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $22,500 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-Total | $1,314,100 | $41,500 | $93,200 | $5,500 | $85,700 | $217,907 | $52,600 | $24,400 | $7,000 | $61,000 | $1,902,907 |
| G&A | $118,269 | $3,735 | $8,388 | $495 | $7,713 | $19,612 | $4,734 | $2,196 | $630 | $5,490 | $171,262 |
| Total Budget | $1,432,369 | $45,235 | $101,588 | $5,995 | $93,413 | $237,519 | $57,334 | $26,596 | $7,630 | $66,490 | $2,074,169 |
| NOS Grant | $89,040 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $89,040 |
| FY 08 TOTAL | $1,521,409 | $45,235 | $101,588 | $5,995 | $93,413 | $237,519 | $57,334 | $26,596 | $7,630 | $66,490 | $2,163,209 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 3 of 16

Attachment A
Page 20 of 33

## ADMINISTRATION MANAGEMENT - $743,824

|  | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $405,600 | $405,600 |
| Travel & Training | $8,000 | $8,000 |
| Contractual | $253,307 | $253,307 |
| Commodities | $15,500 | $15,500 |
| Equipment | $0 | $0 |
| Sub-Total | $682,407 | $682,407 |
| G&A (9%) | $61,417 | $61,417 |
| Total | $743,824 | $743,824 |

## PERSONNEL - $405,600

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Executive Director | IPA | 12 | $12,100 | $145,200 |
| Administrative Manager | 19J | 12 | $8,000 | $96,000 |
| Administrative Officer | 18K | 12 | $7,900 | $94,800 |
| Environmental Pgm Spec I | 14E | 12 | $5,800 | $69,600 |
| Personnel Total |  |  | $33,800 | $405,600 |

## TRAVEL – $8,000

- Meetings & Training                                                $8,000

Administrative travel is budgeted to provide for trips to meet with state, federal and program agency representatives on administrative, program and budget issues and to sponsor environmental and research site visits, as necessary. Training funds are budgeted for professional development and will be utilized for in-state training opportunities. The Executive Director's travel expenses for EVOS are fully funded by EVOS.

## CONTRACTUAL – $253,307

- Trustee Council's Office Space                                    $172,507

The lease for the Trustee Council's office space is administered by Government Services Administration through the U.S. Geological Survey of the Department of the Interior. The Trustee Council approved the 5-yr renewal option effective January 2007. (Annual Lease $157,690; PBS Fee $12,615; Homeland security fees may be adjusted slightly from $2,202)

- Annual Parking Fees for Trustee Office Staff & Parking Validator   $5,900

EVOS has nine (9) parking permits; 3 provided with the building lease and 6 paid directly to the Anchorage Parking Authority by EVOS ($57/mo per space; $3 per Visitor Validation).

- Audit Contract                                                     $18,700

Funds to support a renewal option contract with Elgee, Rehfeld Mertz, LLC (accounting firm) to conduct financial audit of the FY 07 records of the Trustee Office and all agencies receiving EVOS funds (2nd Renewal Option).

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07    Pg. 4 of 16
Resolution 07-07 – Attachment A.

Attachment A
Page 21 of 33

- **Telephone Service** $12,500

These funds are to cover telephone, teleconferencing meetings, long distance, and cell phone services. This is the first year of the telephone conversion to the state system and possible savings are yet unknown.

- **Trustee Council Meetings** $3,000

These funds are to cover expenses for six Trustee Council meetings, at an estimated cost of $500.00 per meeting.

- **Public Notices** $10,500

These funds are to cover the cost of advertising Trustee Council public meetings and workshops in newspapers in the spill affected areas.

- **Postage & Courier Services** $2,700

These funds are to cover cost of US Postal Service mailings, express mailings and courier services.

- **Equipment Maintenance and Agreements** $6,000

These funds are to cover the cost of the maintenance agreement for the Lanier 375 Printer/copier ($4.5K), postage meter annual rental ($.5K), and any unforeseen maintenance expenses on other office equipment ($1K).

- **Transcription** $6,000

These funds are to cover the contract renewal option with Computer Matrix for transcription services.

- **Interagency Contracted Services** $15,500

These funds are to cover the Trustee Office's share of the Reimbursable Services Agreement Costs for the EPR Telecommunications, Computer Services, ADA, Central Mail and AKSAS & AKPAY charge-backs paid by all ADF&G divisions. These costs are based on the number of full time positions divided by the total cost.

## COMMODITIES - $15,500

- **Office supplies** $15,500

These funds are to cover the cost of miscellaneous office supplies, paper, toner, meeting materials etc.

## EQUIPMENT - $0

## AGENCY DISTRIBUTION:

| Admin Mgmt | ADF&G | USDOI | Total |
|---|---|---|---|
| Personnel | $405,600 | $0 | $405,600 |
| Travel & Training | $8,000 | $0 | $8,000 |
| Contractual | $80,800 | $172,507 | $253,307 |
| Commodities | $15,500 | $0 | $15,500 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $509,900 | $172,507 | $682,407 |
| G&A - 9% | $45,891 | $15,526 | $61,417 |
| Component Total | $555,791 | $188,033 | $743,824 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07    Pg. 5 of 16
Resolution 07-07 – Attachment A.

Attachment A
Page 22 of 33

## DATA MANAGEMENT - $214,294

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $183,600 | $183,600 |
| Travel | $6,000 | $6,000 |
| Contractual | $0 | $0 |
| Commodities | $7,000 | $7,000 |
| Equipment | $0 | $0 |
| Sub-total | $196,600 | $196,600 |
| G&A - 9% | $17,694 | $17,694 |
| Component Total | $214,294 | $214,294 |

## PERSONNEL - $183,600

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Data Systems Manager | 21D | 12 | $8,300 | $99,600 |
| Program Analyst III | 18D | 12 | $7,000 | $84,000 |
| Personnel Total | | 12 | $15,300 | $183,600 |

## TRAVEL - $6,000

- **Travel, Meetings & Training**                $6,000

Travel support and registration fees for Data Management staff to attend meetings and participate in data management training. Travel is primarily budgeted for Data Management staff to work with principal investigators to document and archive datasets.

## COMMODITIES - $7,000

- **Computer Software, Hardware & Upgrades**                $7,000

These funds are to cover necessary computer hardware, software, and networking equipment purchases or upgrades for the Trustee Council Office; including any necessary equipment changes or upgrades required by the State of Alaska EnterpriseTechnology.

FY 08 Annual Program Development & Implementation Budget -- Approved 9/13/07
Resolution 07-07 -- Attachment A.

Pg. 6 of 16

**Attachment A
Page 23 of 33**

**AGENCY DISTRIBUTION**

| Cost Category | ADF&G |
|---|---|
| Personnel | $183,600 |
| Travel | $6,000 |
| Contractual | $0 |
| Commodities | $7,000 |
| Equipment | $0 |
| Sub-total | $196,600 |
| Agency G&A 9% | $17,694 |
| Component Total | $214,294 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 7 of 16

**Attachment A**
**Page 24 of 33**