## SCIENCE MANAGEMENT – $457,242

| Cost Category | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $220,800 | $220,800 | $0 |
| Travel | $7,500 | $7,500 | $0 |
| Contractual | $193,500 | $109,500 | $84,000 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $421,800 | $337,800 | $84,000 |
| G&A (EVOS 9%/NOS 6%) | $35,442 | $30,402 | $5,040 |
| Component Total | $457,242 | $368,202 | $89,040 |

## PERSONNEL – $220,800

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Science Director | 26C | 12 | $10,700 | $128,400 |
| Program Coordinator | 18G | 12 | $7,700 | $92,400 |
| Personnel Total | | 12 | $18,400 | $220,800 |

## TRAVEL - $7,500

- National Conferences, Meetings & Training                $7,500

Travel support and registration fees for Science Management to attend national conferences, meetings and participate in scientific training; also, to sponsor travel necessary in completing Science Management budgeted priorities.

## CONTRACTUAL - $193,500

- Annual Marine Science Symposium                $10,000

These funds are to assist with the support of the Annual Marine Science Symposium. This amount has been reduced by 60% from that of FY 06 and matches that given in FY 07. Funds will be used to support an increase in presentation of EVOS science at the January 2008 Symposium. The EVOS Environmental Program Specialist is coordinating EVOS participation and contribution to this event.

- Herring Restoration Plan & Recovery Planning Efforts                $84,000

These funds provide funding for finalization of the Herring Restoration Plan and recovery planning efforts through the combined efforts of a technical writing team and the Herring Steering Committee. Activities are fully funded with carry forward NA03NOS4730188 grant funds.

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 8 of 16

**Attachment A**
**Page 25 of 33**

- Science Panel      $45,000

This amount is requested to fund contracts and activities of the Science Panel, which is necessary to provide program objectivity and scientific creditability. This panel provides higher-level expertise specific to disciplines represented in injured resources and services, and provides historical knowledge of EVOS, its effects, and previous Trustee Council efforts; as well as objectivity by experts in disciplines who may or may not have previous experience with EVOS effects and efforts.

- Injured Resources and Services Update      $9,500

Funds are to provide guidance, revision, editing, and distribution of the annual Injured Resources and Services Update.

- Peer Review Contracts      $45,000

Reviews of final reports are now being coordinated by the EVOS Project Coordinator and Science Director. A final report is a required deliverable of most EVOS-funded scientific projects. To ensure the scientific integrity of the findings, the Trustee Council requires scientific peer review by nationally recognized experts within appropriate and respective disciplines. This contract line item provides compensation for the scientific and technical review of EVOS final reports.

**AGENCY DISTRIBUTION:**

| Cost Category | ADF&G |
|---|---|
| Personnel | $220,800 |
| Travel | $7,500 |
| Contractual | $193,500 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $421,800 |
| Total Agency G&A | $35,442 |
| Component Total | $457,242 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 9 of 16

**Attachment A
Page 26 of 33**

## COMMUNITY INVOLVEMENT - $40,330

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $24,000 | $24,000 |
| Contractual | $13,000 | $13,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $37,000 | $37,000 |
| G&A 9% | $3,330 | $3,330 |
| Component Total | $40,330 | $40,330 |

### TRAVEL - $24,000

- Spill Area Community Meetings/Conferences/Workshops                $24,000

Funds cover travel expenses for trips to spill area communities for community input and awareness relating to restoration research and environmental studies and reviews. Funds are budgeted for three participants to make two trips to five spill area locations at an estimated cost of $800.00 per trip (To include airfare, ground transportation, *per diem* and lodging)

### CONTRACTUAL - $13,000

- Alaska Forum on the Environment (AFE)                $10,000

To fund EVOS participation in the annual Alaska Forum on the Environment (AFE) through public focused education on EVOS history, the restoration program and current scientific efforts. Sessions include an EVOS presentation by staff, scientists and agency representatives in the form of scientific posters, oral presentations and roundtable discussions. Essay contest winners in the spill-effected area (open to students in grades 11-12) will present posters of their essay as part of a special session for traditional and local knowledge discussions relating to the effects and current status of injured resources and services within their communities. This is an educational outreach and community-focused forum following the scientist-focused Science Symposium.

- Spill Area Community Meetings/Contract Costs                $3,000

Funds to cover meeting room costs, advertisement, and hosting amenities.

### AGENCY DISTRIBUTION

| Cost Category | ADF&G |
|---|---|
| Personnel | $0 |
| Travel | $24,000 |
| Contractual | $13,000 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $37,000 |
| Agency G&A 9% | $3,330 |
| Component Total | $40,330 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07         Pg. 10 of 16
Resolution 07-07 -- Attachment A.

Attachment A
Page 27 of 33

## PUBLIC ADVISORY COMMITTEE (PAC) - $37,060

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $7,000 | $7,000 |
| Travel | $24,000 | $24,000 |
| Contractual | $3,000 | $3,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $34,000 | $34,000 |
| G&A 9% | $3,060 | $3,060 |
| Component Total | $37,060 | $37,060 |

### PERSONNEL - $7,000

Annual funds are provided for the designated federal officer assigned to the PAC as required by FACA. This individual coordinates the scheduling of meetings, development of the agenda and meeting minutes, and provides assistance to the Chair and the Restoration Office as needed.

### TRAVEL - $24,000

- PAC Meetings                                                                                  $24,000

Travel support for 15 PAC members to attend approximately two meetings in Anchorage (one meeting to be held during the annual Marine Science Symposium) for an estimated average cost of $800 per person per trip to include: airfare, ground transportation, *per diem* and lodging.

### CONTRACTUAL - $3,000

- PAC Meetings                                                                                  $3,000

These funds cover public announcements, meeting materials and amenities.

### AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI-OPEC | Total |
|---|---|---|---|
| Personnel | $0 | $7,000 | $7,000 |
| Travel | $24,000 | $0 | $24,000 |
| Contractual | $3,000 | $0 | $3,000 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $27,000 | $7,000 | $34,000 |
| G&A - 9% | $2,430 | $630 | $3,060 |
| Component Total | $29,430 | $7,630 | $37,060 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 11 of 16

Attachment A
Page 28 of 33

## TRUSTEE COUNCIL MEMBER EXPENSES - $29,975

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $27,500 | $27,500 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $27,500 | $27,500 |
| G&A - 9% | $2,475 | $2,475 |
| Component Total | $29,975 | $29,975 |

## TRAVEL - $27,500

- **ADFG Trustee Council Member Travel**     $5,500

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage at a cost of approximately $1,100.00 per trip.

- **DOI Trustee Council Member Travel**     $5,500

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,100.00 per trip.

- **NOAA Trustee Council Member Travel**     $5,500

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,100.00 per trip.

- **ADEC Trustee Council Member Travel**     $5,500

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,100.00 per trip.

- **DOL Trustee Council Member Travel**     $5,500

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1,100.00 per trip

## AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI-SEC | NOAA | ADEC | ADOL | Total |
|---|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $27,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $27,500 |
| G&A - 9% | $495 | $495 | $495 | $495 | $495 | $2,475 |
| Component Total | $5,995 | $5,995 | $5,995 | $5,995 | $5,995 | $29,975 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07  
Resolution 07-07 – Attachment A.

Pg. 12 of 16

**Attachment A**  
**Page 29 of 33**

## SMALL PARCEL PROGRAM - $109,000

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $35,000 | $35,000 |
| Travel | $0 | $0 |
| Contractual | $65,000 | $65,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $100,000 | $100,000 |
| G&A - 9% | $9,000 | $9,000 |
| Component Total | $109,000 | $109,000 |

### PERSONNEL - $35,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. The budgeted due diligence expenditures under personnel are those to be accomplished through the use of in-house staff as most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

### CONTRACTUAL - $100,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. The budgeted due diligence expenditures under contractual services are those contracted out by the agency as most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

### AGENCY DISTRIBUTION

| Cost Category | ADNR | DOI-FWS | USFS | Total |
|---|---|---|---|---|
| Personnel | $10,000 | $25,000 | $0 | $35,000 |
| Travel | $0 | $0 | $0 | $0 |
| Contractual | $40,000 | $0 | $25,000 | $65,000 |
| Commodities | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 |
| Sub-total | $50,000 | $25,000 | $25,000 | $100,000 |
| G&A - 9% | $4,500 | $2,250 | $2,250 | $9,000 |
| Component Total | $54,500 | $27,250 | $27,250 | $109,000 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 13 of 16

**Attachment A**
**Page 30 of 33**

## PROGRAM SUPPORT / PROJECT MANAGEMENT – $363,951

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $333,900 | $333,900 |
| Travel | $0 | $0 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $333,900 | $333,900 |
| G&A - 9% | $30,051 | $30,051 |
| Component Total | $363,951 | $363,951 |

**PERSONNEL - $333,900**

**Project Management - $150,900**

Project Management funds provide lead Trustee Agencies with funds necessary to manage contracts and report on the status of projects; to facilitate communication between the agencies, Principal Investigators, and the restoration office; to assist with the annual financial audit; and perform other administrative functions necessary for implementation of projects authorized by the Trustee Council. All agencies receive 1 month's salary (based upon projected base pay plus benefits) for project management for first quarter in order to complete the FY 07 project closures and to assist with audit processes. In addition, all agencies have been allocated 1 month's salary (or percentage thereof) for the FY 08 budgeted funding of each multi-year project approved in FY 07. Additional project management funds will be requested upon approval of FY 08 funded project extensions.

|  | FY08 First quarter allocation |
|---|---|
| ADFG | $23,500 |
| ADEC | $9,000 |
| DOI/USGS | $45,400 |
| USFS | $9,000 |
| NOAA | $53,200 |
| ADNR | $10,800 |
| **TOTAL** | **$150,900** |

**TC Council Support - $183,000**

Trustee Council Support funds provide Trustee Agencies with funds necessary to cover liaison staff costs for time and expenses related to preparing for, communicating with and representing of Trustee Agency positions at EVOS sponsored meetings or when participating in EVOS program activities and providing future program direction. *All agencies receive 3 month's salary (based upon projected base pay plus benefits) for Trustee Council Support for the full federal fiscal year.*

| ADFG | $23,100 |
|---|---|
| ADEC | $27,000 |
| DOI/FWS | $27,600 |
| USFS | $27,000 |
| NOAA | $27,000 |
| ADNR | $32,400 |
| DOI - Federal Budget Officer (Nesslage) | $18,900 |
| **TOTAL** | **$183,000** |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 14 of 16

**Attachment A
Page 31 of 33**

**AGENCY DISTRIBUTION:**

| Cost Category | ADEC | ADF&G | ADNR | USGS | FWS | DOI-SEC | NOAA | USFS | Total |
|---|---|---|---|---|---|---|---|---|---|
| Personnel | $36,000 | $46,600 | $43,200 | $45,400 | $27,600 | $18,900 | $80,200 | $36,000 | $333,900 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $36,000 | $46,600 | $43,200 | $45,400 | $27,600 | $18,900 | $80,200 | $36,000 | $333,900 |
| Agency G&A | $3,240 | $4,194 | $3,888 | $4,086 | $2,484 | $1,701 | $7,218 | $3,240 | $30,051 |
| Component Total | $39,240 | $50,794 | $47,088 | $49,486 | $30,084 | $20,601 | $87,418 | $39,240 | $363,951 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07   Pg. 15 of 16
Resolution 07-07 – Attachment A.

**Attachment A**
**Page 32 of 33**

## ALASKA RESOURCES LIBRARY & INFORMATION SERVICES – $167,533

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $127,200 | $127,200 |
| Travel | $1,500 | $1,500 |
| Contractual | $25,000 | $25,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $153,700 | $153,700 |
| G&A - 9% | $13,833 | $13,833 |
| Component Total | $167,533 | $167,533 |

**PERSONNEL – $127,200**

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Librarian III | 19M | 12 | $10,600 | $127,200 |
| Personnel Total |  | 12 | $10,600 | $127,200 |

Funding provides 1.0 FTE librarian to meet the ongoing information and research needs of the Trustee Council staff, Public Advisory Committee, researchers, and the general public, manage the EVOS collection at ARLIS, and represent the Trustee Council on the ARLIS Management Team.

**TRAVEL & TRAINING - $1,500** - Funding provides for travel and training for ARLIS staff for professional development and program advancement.

**CONTRACTUAL – $25,000 - ARLIS Founding Agency Cash Contribution**

This contractual cost is a cash contribution to the ARLIS operating budget, plus 18% university indirect. The contribution is monitored through a reimbursable services agreement with EVOS and pays for research library staff assistance, provides for commodities at the research library necessary in maintaining EVOS records and providing EVOS research assistance, and to assist with other operating expenses funded by ARLIS founding agencies.

**AGENCY DISTRIBUTION:**

| Cost Category | ADF&G |
|---|---|
| Personnel | $127,200 |
| Travel | $1,500 |
| Contractual | $25,000 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $153,700 |
| G&A - 9% | $13,833 |
| Component Total | $167,533 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 16 of 16

**Attachment A
Page 33 of 33**