

# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

### TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### June 27, 2007

Chaired by: Craig Tillery
Trustee Council Member

Trustee Council Members Present:

Steve Zemke, USFS **
Randall Luthi, USFWS
Craig O'Connor, NMFS *

• Craig Tillery, ADOL***
Tom Brookover, ADF&G ****
Larry Hartig, ADEC

- • Chair
- \* Craig O'Connor alternate for James Balsiger
- \*\* Steve Zemke alternate for Joe Meade
- \*\*\* Craig Tillery alternate for Talis Colberg
- \*\*\*\* Tom Brookover alternate for Denby Lloyd

The meeting convened at 10:30 a.m., June 27, 2007 in Anchorage at the EVOS Conference Room.

1. <u>Approval of the Agenda</u>

    APPROVED MOTION:    Motion to approve agenda as revised, addressing the Cordova Center and other deferred facilities' proposals under the Executive Director's report.

    Motion by Zemke, second by O'Connor

2. <u>Approval of January 10, February 16 and March 9, 2007 meeting notes</u>

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

| | | |
|---|---|---|
| APPROVED MOTION: | | Motion to approve the meeting notes for January 10, February 16 and March 9, 2007. |
| | | Motion by O'Connor, second by Zemke |

**Public Advisory Committee (PAC) comments were offered by:  Pat Lavin**

Public comment period began at 10:45 a.m.

**Two public comments were received.**

Public comment closed at 10:50 a.m.

4. <u>Habitat Protection</u>

    APPROVED MOTION: Motion to authorize $174,400 as a contribution toward due diligence expenses related to Trustee Council interests on Northern Afognak; and select Rocky Mountain Elk Foundation as the recipient of $160,000 of that amount for due diligence requirements, as detailed within the resolution provided by the Department of Law.

    ADOPTED RESOLUTION: Resolution 07-05 regarding Northern Afognak Habitat Protection

    Motion by O'Connor, second by Hartig

    APPROVED MOTION: Motion to authorize the purchase of the Chokwak II small parcel in the amount of $160,000, as detailed within the resolution provided by the Department of Law.

    ADOPTED RESOLUTION: Resolution 07-04 regarding Chokwak II Small Parcel, KAP 3001

    Motion by O'Connor, second by Hartig

5.     <u>Executive Session</u>

|   |   |   |
|---|---|---|
| | APPROVED MOTION: | Motion to move into executive session to discuss personnel issues. |
| | | Motion by O'Connor, second by Hartig |

Off the record: 12:15 p.m.
On the record: 1:10 p.m.

6. FY 08 Invitation to Submit Proposals

    APPROVED MOTION: Motion to defer the FY 08 Invitation until the Executive Director provides the Trustee Council further information regarding the continuation of previously funded projects.

    Motion by Zemke, second by Luthi

9. EVOS Policies and Procedures

    APPROVED MOTION: Motion to adopt the policy and procedural changes as amended June 27, 2007 for the Operational Procedures, Financial Procedures and Reporting Procedures.

    Motion by O'Connor, second by Hartig

10. Appreciation Award Plan

    APPROVED MOTION: Motion to authorize the EVOS Appreciation Award Plan as presented for submittal to the State of Alaska for administrative authorization and implementation.

    Motion by Zemke, second by O'Connor

11. University of Alaska Memorandum of Understanding

    APPROVED MOTION: Motion to authorize the executive director, Michael Baffrey to sign the Amendment to the Memorandum of Understanding between EVOS

and UA, as signed by Joseph Trubacz, Chief Financial Officer for the University of Alaska, conforming the funded project's indirect calculation rate and methodology to that of other state agencies.

Motion by O'Connor, second by Luthi

Meeting adjourned at 1:45 p.m.

    APPROVED MOTION:    Motion to adjourn O'Connor, second by Zemke