**STATE OF ALASKA**

**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

SARAH PALIN, GOVERNOR

Environmental
1031 WEST 4th AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:   (907) 269-5274
FAX:   (907) 278-7022

October 23, 2007

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK 99811-0405

    Re:    Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

    The Exxon Valdez Trustee Council has unanimously determined to expend $1,777,914.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. Of this amount, $1,767,914.00 will come from the Research Investment Sub-Account, currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. The remainder of the amount approved will be drawn from settlement monies previously disbursed. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
    Amount:    $517,085.00
                  State of Alaska
                  Exxon Valdez Settlement Account
                  GeFONSI 33070
                  Account 22177

**United States**
    Amount:    $1,250,829.00

Beneficiary
    account:    14X5198

Mr. Gary Bader                                                  Page Two
Treasury Division, Department of Revenue                        October 23, 2007

    name:      Natural Resource Damage Assessment and Restoration Fund
                 (NRDAR)

<u>Beneficiary</u>
account:    14010001
name:       Department of the Interior
            Financial Management Services National Business Center

<u>Beneficiary Bank</u>
account:    021030004
name:       Treasury, NYC

OBI Text
Natural Resource Damage Assessment Restoration Fund 14X5198
EVOS Exxon Valdez, Civil Settlement, FY08 Joint Funds

*Beneficiary Reference*
A91-082Civil

    The transfer should take place when most financially advantageous, preferably before October 24, 2007, or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

*Rita Lovett*                                    *Gini R. Belt*

Rita H. Lovett                                   Regina R. Belt
Assistant Attorney General                       Environmental Enforcement Section
State of Alaska                                  Environment & Natural Resources Division
                                                 U.S. Department of Justice
                                                 United States of America

cc:    Divina Pelayo, Alaska Department of Fish and Game
       Christine O'Sullivan, Alaska Department of Fish and Game
       Sue Bump, Alaska Department of Revenue
       Bob Mitchell, Alaska Department of Revenue
       Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

RESOLUTION 08-01 OF THE
*EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
FY 08 Work Plan Projects

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008 in the amount of $1,777,914 to be distributed to the following Trustee agencies as detailed within the spreadsheet identified as Resolution 08-01, Attachment A and as summarized below:

| | |
|---|---|
| State of Alaska – Department of Fish & Game | $527,085 |
| **Total State of Alaska** | **$527,085** |
| United States of America | |
| NOAA | $990,909 |
| DOI | $259,920 |
| **Total United States of America** | **$1,250,829** |
| **TOTAL** | **$1,777,914** |

Of the $1,777,914 approved for distribution, $527,085 is directed to the State of Alaska and $1,250,829 is directed to the United States of America.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $1,777,914 from the appropriate accounts as designated by the Executive Director.

Approved by the Council at its meeting of October 12, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
Resolution 08-01, Attachment A - Spreadsheet

Approved by the Council at its meeting of October 12, 2007 as affirmed by our signatures affixed below.

---

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

*[signed] Randall B. Luthi*

Randall Luthi
~~Deputy~~ Director *Minerals Management Service*
U.S. ~~Fish and Wildlife Service~~
U.S. Department of Interior

---

Talis J. Colberg
Attorney General
Alaska Department of Law

---

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

---

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

---

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
 Resolution 08-01, Attachment A - Spreadsheet

Approved by the Council at its meeting of October 12, 2007 as affirmed by our signatures affixed below.

---
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

---
Talis J. Colberg
Attorney General
Alaska Department of Law

---
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

---
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

---
*[signed]*
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

---
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment:
   Resolution 08-01, Attachment A - Spreadsheet

2

Resolution 08-01

Approved by the Council at its meeting of October 12, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment:
   Resolution 08-01, Attachment A - Spreadsheet

Approved by the Council at its meeting of October 12, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment:
   Resolution 08-01, Attachment A - Spreadsheet

Approved by the Council at its meeting of October 12, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____/s/ Larry Hartig_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Attachment:
Resolution 08-01, Attachment A - Spreadsheet

2

Resolution 08-01
**Attachment A**
**Page 9 of 10**

Resolution 08-01 - Attachment A
FY 08 Work Plan
Projects Approved on October 12, 2007

| Project # | PI | Project Title | FY 08 PJ Amt Approved | FY 08 PJ Mgmt Approved | PJ Mgmt G&A | Total Resolution 08-01 |
|---|---|---|---|---|---|---|
| 80100 | Rosenberg | Program Development & Implementation Budget (AFE) | $10,000 | $0 | | |
| 80759 | Rice | Harlequin Duck Population Dynamics in Prince William Sound: Measuring Recovery from EVOS | $117,400 | $7,700 | | |
| 80804 | Rice | Significance of Whale Predation on Natural Mortality Rate of Pacific Herring in PWS | $143,300 | $3,400 | | |
| 80822 | Moffitt | Herring Data & Information Portal | $204,000 | $7,700 | | |
| 80834 | MeuretWoody | Identification of Essential Habitat for Pacific Herring in Sitka Sound for Comparison to PWS | $23,500 | $7,700 | | |
| | | ADF&G | $498,200 | $26,500 | $2,385 | $527,085 |
| | | Total to the State of Alaska | $498,200 | $26,500 | $2,385 | $527,085 |
| 80290 | Nelson | The Exxon Valdez Trustee Hydrocarbon Database | $11,100 | $9,000 | | |
| 80742 | Matkin | Monitoring, Tagging, Feeding Studies, and Restoration of Killer Whales in Prince William Sound/Kenai Fjords | $129,600 | $9,000 | | |
| 80804 | Rice | Significance of Whale Predation on Natural Mortality Rate of Pacific Herring in PWS | $184,500 | $5,100 | | |
| 80806 | Vollenweider | Are Herring Energetics in PWS a Limiting Factor? | $187,300 | $9,000 | | |
| 80811 | Kline | PWS Herring Forage Contingency | $353,700 | $9,000 | | |
| 80817 | Gay | Oceanographic Factors Affecting Productivity in Juvenile Pacific Herring Nursery Habitats | $70,100 | $9,000 | | |
| | | NOAA | $936,300 | $50,100 | $4,509 | $990,909 |
| 80814 | Bishop | Seabird Predation on Juvenile Herring in PWS | $204,300 | $9,000 | | |
| 80751 | Irons | Prince William Sound Marine Bird Surveys, Synthesis and Restoration | $36,000 | $9,000 | | |
| | | DOI | $240,300 | $18,000 | $1,620 | $259,920 |
| | | Total to the United States of America | $1,176,600 | $68,100 | $6,129 | $1,250,829 |
| | | Total Approved Resolution 08-01 | $1,674,800 | $94,600 | $8,514 | $1,777,914 |