TALIS J. COLBERG
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

ELISE HSIEH
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5274
Facsimile: (907) 278-7022
Email: elise.hsieh@alaska.gov

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| | ) |
| Plaintiff, | ) No. 3:91-CV-0083 (HRH) |
| | ) |
| v. | ) **TWENTY-SEVENTH JOINT** |
| | ) **NOTICE OF EXPENDITURES** |
| EXXON CORPORATION, and EXXON | ) **FROM** |
| SHIPPING COMPANY, | ) **THE INVESTMENT FUND** |
| | ) |
| Defendants. | ) |
| | ) |

The State of Alaska and the United States (the "Governments") jointly provide notice of the expenditure of $95,600.00 in settlement funds from the Research Investment Sub-Account of the EXXON VALDEZ Oil Spill Investment Fund ("Investment Fund"). The Governments' natural resource trustee agencies will use these funds for purposes consistent

with the Memorandum of Agreement and Consent Decree entered by this Court in *United States v. State of Alaska,* No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account as the Trustee Council determines appropriate. On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit:

the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this twenty-seventh expenditure from the Investment Fund.[2] The entire amount of $95,600.00 that is the subject of this notice will be provided to the State of Alaska.

---

[1] A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1 - 2.

[2] Appended to this Notice at Attachment A, pp. 3 – 16 is Trustee Council Resolution 08-02 documenting the Council's unanimous agreement, at its November 9, 2007 meeting, to provide $95,600 in monies for the FY 2008 Work Plan. Of this amount, $87,900.00 is to fund PJ 080821 entitled *Development of Culture Technology to Support*

TWENTY-SEVENTH JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT FUND
3:91-CV-0083 (HRH)                                                Page 3 of 6

A complete summary of the Council's activities since approval of the settlement was appended to our Second Application, filed January 19, 1993, as Attachment B, and interim updates of activities appeared as Attachments to each of the Governments' Third through Sixth, Eighth through Twelfth, Fifteenth, Nineteenth, Twenty-First, Twenty-Second, Twenty-Fourth through Twenty-Ninth, Thirty-First, and Thirty-Third through Forty-Fifth applications for disbursement, the Fifth through Seventh and Tenth through Fourteenth Joint Notices of Expenditure From Settlement Account Monies Previously Disbursed, and the First, Second, Fourth, and Seventh through the Twenty-Second, Twenty-Fourth through Twenty-Sixth Joint Notices of Expenditures From Investment Fund (and From Monies Previously Disbursed). The Trustee Council has met once since the Governments' filing on October 24, 2007 of their Twenty-Sixth Joint Notice of Expenditures from Investment Fund and from Monies Previously Disbursed. The Governments will submit the meeting notes for that November 9, 2007 meeting once they have been approved. The meeting notes for the Trustee Council's October 12, 2007 meeting are appended to this Notice as Attachment B.

RESPECTFULLY SUBMITTED this 15th day of November, 2007 at Anchorage, Alaska.

FOR THE STATE OF ALASKA

TALIS J. COLBERG

---

*Restoration of Herring in Prince William Sound*, and $7,700.00 is for associated project management costs. The project management costs will be added to the Trustee Council Support component of Project #080100 (FY '08 Program Development and Implementation Budget).

ATTORNEY GENERAL

By:  s/Elise Hsieh
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5274
Facsimile: (907) 278-7022
Email: elise.hsieh@alaska.gov
Alaska Bar #9511048

FOR THE UNITED STATES OF AMERICA
RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

WILLIAM D. BRIGHTON, Asst. Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

By:  s/Regina R. Belt (consent)
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-3456
Facsimile: (907) 271-5827
Email: Regina.Belt@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of
November, 2007, a copy of the foregoing TWENTY-SEVENTH
JOINT NOTICE OF EXPENDITURES FROM THE
INVESTMENT FUND, together with attachments A
and B thereto, were served by U.S. mail, first class,

TWENTY-SEVENTH JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT
FUND
3:91-CV-0083 (HRH)                                                                  Page 5 of 6

postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK 99501-3657

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA 90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK 99821-1187


s/Elise Hsieh

TWENTY-SEVENTH JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT FUND
3:91-CV-0083 (HRH)