**STATE OF ALASKA**

**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

SARAH PALIN, GOVERNOR

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:     (907) 269-5274*
*FAX:          (907) 278-7022*

November 14, 2007

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

      Re:     Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

    The Exxon Valdez Trustee Council has unanimously determined to expend $95,600.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991.  Of this amount, $95,600.00 will come from the Research Investment Sub-Account, currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue.  Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
    Amount:    $95,600.00
                   State of Alaska
                   Exxon Valdez Settlement Account
                   GeFONSI 33070
                   Account 22177

    The transfer should take place when most financially advantageous, preferably on or before November 16, 2007, or as soon thereafter as possible.  If you have any questions, please call Elise Hsieh at (907) 269-5274.

Attachment A
Page 1 of 16

Mr. Gary Bader  Page Two
Treasury Division, Department of Revenue  November 14, 2007

Sincerely,

*[signature]*  by *[signature]*
  ( by email consent )

Elise Hsieh  Regina R. Belt
Assistant Attorney General  Environmental Enforcement Section
State of Alaska  Environment & Natural Resources Division
  U.S. Department of Justice
  United States of America

cc:  Divina Pelayo, Alaska Department of Fish and Game
  Christine O'Sullivan, Alaska Department of Fish and Game
  Sue Bump, Alaska Department of Revenue
  Bob Mitchell, Alaska Department of Revenue
  Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

## RESOLUTION 08-02 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## PJ 080821 – Development of Culture Technology
## to Support Restoration of Herring in Prince William Sound

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008 in the amount of $95,600. Of this amount, $87,900 is designated to fund PJ 080821, entitled "Development of Culture Technology to Support Restoration of Herring in Prince William Sound," approved as per the revised scope and budget detailed within Attachment A. The remaining $7,700 is to be added to the Trustee Council Support component of PJ 080100 – "FY 08 Program Development and Implementation Budget," for Trustee agency project management of PJ 080821. All funds are designated to the State of Alaska. Funding is to be distributed as follows:

| | |
|---|---|
| State of Alaska – Department of Fish & Game | $95,600 |
| **Total State of Alaska** | **$95,600** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $95,600 from the appropriate accounts as designated by the Executive Director.

Approved by the Council at its telephonic meeting of November 9, 2007 as affirmed by our signatures affixed below.

_[signature]_

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment: Dr. Linley's Letter of October 30, 2007

Approved by the Council at its telephonic meeting of November 9, 2007 as affirmed by our signatures affixed below.

| | |
|---|---|
| Joe L. Meade<br>Forest Supervisor<br>Forest Service Alaska Region<br>U. S. Department of Agriculture | Talis J. Colberg<br>Attorney General<br>Alaska Department of Law |
| *For* Randall Luthi<br>Director<br>U.S. Minerals Management Services<br>U.S. Department of Interior | Craig R. O'Connor<br>Special Counsel<br>National Oceanic & Atmospheric Administration<br>U.S. Department of Commerce |
| Denby S. Lloyd<br>Commissioner<br>Alaska Department of Fish and Game | Larry Hartig<br>Commissioner<br>Alaska Department of Environmental Conservation |

Attachment: Dr. Linley's Letter of October 30, 2007