Approved by the Council at its telephonic meeting of November 9, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment: Dr. Linley's Letter of October 30, 2007

Approved by the Council at its telephonic meeting of November 9, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment: Dr. Linley's Letter of October 30, 2007

Approved by the Council at its telephonic meeting of November 9, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____ (signed)
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment: Dr. Linley's Letter of October 30, 2007

Approved by the Council at its telephonic meeting of November 9, 2007 as affirmed by our signatures affixed below.

---

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

---

Talis J. Colberg
Attorney General
Alaska Department of Law

---

Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

---

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

---

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

---

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment: Dr. Linley's Letter of October 30, 2007



October 30, 2007

Mr. Michael Baffrey
Executive Director
Exxon Valdez Trustee Council
441 West 5th Avenue, Suite 500
Anchorage, AK 99501-2340

Dear Mr. Baffrey:

We are writing to you in response to the decision made by the EVOS Trustee Council at the October 12, 2007 meeting that we participated in regarding the partial funding of our FY 2008 proposal, *Development of Culture Technology to Support Restoration of Herring in Prince William Sound: Use of In Vitro Studies to Validate and Optimize Restoration Actions*. As you recall, discussions by the Trustee Council emphasized the importance of maintaining our established collaboration with the Japanese scientists because of their expertise in the field of herring culture techniques. According to our understanding of the directive provided by the Trustee Council at the meeting, you, as the Director, have been given the discretion to develop and fund a 1 yr modified proposal with MariCal and the Alaska SeaLife Center to further this collaboration with these Japanese researchers and provide EVOS the option to expand this collaboration should herring culture techniques be pursued to help restore herring in Prince William Sound.

In lieu of the Trustee Council's decision to defer funding on the specific aspects of our project involving herring culture techniques until completion of a herring restoration plan, we are respectfully submitting the following amended proposal that is specifically designed to maintain our previously established collaboration with the Japanese herring researchers and foster their further involvement to address critical questions regarding factors that may be limiting recovery of herring in Prince William Sound. Please note that the two Objectives we have proposed are focused on scientific topics that were encompassed by our original proposal and thus should not require any additional scientific or technical review.

Solutions for Global Aquaculture

400 Commercial Street . Portland, Maine 04101 USA . 207 773-2500 .
207 773 2522 (FX) . www.marical.biz

Attachment A
Page 10 of 16