

# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

### TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### October 12, 2007

Chaired by: Talis Colberg
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Joe Meade, USFS | • Talis Colberg, ADOL * |
| Randall Luthi, USDOI | Denby Lloyd, ADF&G |
| Craig O'Connor, NOAA ** | Larry Hartig, ADEC |

- Chair
* Craig Tillery alternate for Talis Colberg at 10:00 a.m.
** Craig O'Connor alternate for James Balsiger

The meeting convened at 9:00 a.m., October 12, 2007 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Motion to approve the draft agenda dated October 12, 2007, distributed on September 27, 2007.

    Motion by Hartig, second by Lloyd

2. Approval of September 13, 2007 meeting notes

    APPROVED MOTION:    Motion to approve the September 13, 2007 meeting notes

    Motion by O'Connor, second by Hartig

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

**Public Advisory Committee (PAC) comments were offered by: Stacy Studebaker, Ed Zeine, Pat Lavin and RJ Kopchak**

Public comment period began at 9:15 a.m.

**Eleven public comments were received.**

Public comment closed at 10:50 a.m.

Off the record 10:50 a.m.
On the record 11:00 a.m.

3. <u>FY 08 Draft Work Plan</u>

    APPROVED MOTION:    Motion to approve projects 080814 – Bishop, 080817 – Gay, 080811 – Kline, 080742 – Matkin, 080834 – Meuret-Woody, 080290 – Nelson, 080806 – Vollenweider and with respect to project 080821 – Linley direct the Executive Director to work with the PI's to determine if some lesser project could be put together to make sure this project is available for funding in '09 or can go forward in '09

    Motion by Luthi, second by Meade

4. <u>FY 08 – Project Management Fees</u>

    APPROVED MOTION:    Motion to approve adding project manager's one month salary as management fee to the appropriate agency for projects 080814, 080817, 080811, 080742, 080834, 080290, and 080806

    Motion by Lloyd, second by O'Connor

5. <u>Executive Session</u>

    APPROVED MOTION:    Motion to go into executive session to discuss personnel and legal issues

                        Motion by Luthi, second by O'Connor

Off the record: 12:45 p.m.
On the record: 2:00 p.m.

6. <u>FY 08 Draft Work Plan</u>

    APPROVED MOTION:    Motion to approve funding for 080751 – Irons, 080822 – Moffitt, 080804 – Rice, and 080759 – Rosenberg

                        Motion by O'Connor, second by Luthi

Off the record: 3:57 p.m.
On the record: 4:09 p.m.

7. <u>FY 08 – Project 080100 Program Development & Implementation Budget – AFE Budget Item</u>

    APPROVED MOTION:    Motion to approve $10,000 for participation at the Alaska Forum on the Environment

                        Motion by Luthi, second by Meade

8. <u>FY 08 – Project Management Fees</u>

    APPROVED MOTION:    Motion to approve adding project manager's one month salary as management fee to the appropriate agency for projects 080751, 080822, 080804, and 080759

                        Motion by O'Connor, second by Luthi

Meeting adjourned at 5:05 p.m.

    APPROVED MOTION:    Motion to adjourn Luthi, second by Hartig