TALIS J. COLBERG
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

ELISE HSIEH
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5274
Facsimile: (907) 278-7022
Email: Elise.Hsieh@alaska.gov

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:91-CV-0083 (HRH) |
| | ) | |
| v. | ) | **TWENTY-NINTH JOINT** |
| | ) | **NOTICE OF** |
| EXXON CORPORATION, and EXXON | ) | **EXPENDITURES FROM** |
| SHIPPING COMPANY, | ) | **THE INVESTMENT** |
| | ) | **FUND** |
| Defendants. | ) | |
| | ) | |

The State of Alaska and the United States (the "Governments") jointly provide

notice of the expenditure of $196,735.00 in settlement funds from the Research Sub-Account

of the EXXON VALDEZ Oil Spill Investment Fund ("Investment Fund"). The

Governments' natural resource trustee agencies will use these funds for purposes consistent

with the Memorandum of Agreement and Consent Decree entered by this Court in *United States v. State of Alaska,* No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account "as the Trustee Council determines appropriate." On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit: the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research, monitoring and

restoration program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this twenty-ninth expenditure from the Investment Fund for necessary natural resource damage assessment and restoration activities during federal fiscal year 2008.[2] Of the $196,735.00 that is the subject of this Notice, $181,735 will be provided to the United States and $15,000.00 will be provided to the State of Alaska.

The Trustee Council has met three times since the Governments' filing on April 11, 2008 of their Twenty-Eighth Joint Notice of Expenditures from Investment Fund.

---

[1]     A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1 - 2.

[2]     Appended to this Notice at Attachment A, pp. 3-16 are Trustee Council resolutions documenting the Council's unanimous agreement, at its June 26, 2008 meeting, to authorize the expenditure of (1) $181,735.00 in funding for FY 2008 of the Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound (Project No. 080840)(Resolution 08-12); and (2) $15,000.00 to fund the relocation of the

The Governments will submit the meeting notes for the June 26, 2008 meeting once they have been approved by the Trustee Council. The meeting notes for the Trustee Council's May 1, 2008 and May 27, 2008 meetings are appended to this Notice as Attachment B

RESPECTFULLY SUBMITTED this 18 day of July, 2008 at Anchorage, Alaska.

FOR THE STATE OF ALASKA

TALIS J. COLBERG
ATTORNEY GENERAL

By:        s/Elise Hsieh
           Assistant Attorney General
           State of Alaska
           Department of Law
           1031 West Fourth Avenue, Suite 200
           Anchorage, Alaska  99501-1994
           Telephone:  (907) 269-5274
           Facsimile:  (907) 278-7022
           Email: Elise Hsieh@alaska.gov
           Alaska Bar #9511048

           FOR THE UNITED STATES

           s/Regina R. Belt (consent)
           Environmental Enforcement Section
           Environment & Natural Resources Division
           U.S. Department of Justice
           801 B Street, Suite 504
           Anchorage, Alaska  99501-3657
           Telephone:  (907) 271-3456
           Facsimile:  (907) 271-5827
           Email:  Regina.Belt@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of
July, 2008, a copy of the foregoing TWENTY-NINTH
JOINT NOTICE OF EXPENDITURES FROM THE
INVESTMENT, together with attachments A, B
and thereto were served by U.S. mail, first class,
postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK  99501-3657

Kathryn MacDonald
Environmental and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C.  20044-7611

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK  99501

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA  90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK  99821-1187


s/Gail Byers