# STATE OF ALASKA

**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

*SARAH PALIN, GOVERNOR*

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:       (907) 269-5274*
*FAX:          (907) 278-7022*

July 18, 2008

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

> Re:    Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $196,735 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. This entire amount will come from the Research Investment Sub-Account that is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue.   Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**

Amount:       $15,000
                     State of Alaska
                     Exxon Valdez Settlement Account
                     GeFONSI 33070
                     Account 22177

**United States**

Amount:       $181,735

Beneficiary
account:       14X5198
name:          Natural Resource Damage Assessment and Restoration Fund
(NRDAR)

Attachment A
Page 1

Mr. Gary Bader                                                                    Page Two
Treasury Division, Department of Revenue                                          July 18, 2008

        Beneficiary
        account:     14010001
        name:       Department of the Interior
        Financial Management Services National Business Center

        Beneficiary Bank
        account:     021030004
        name:       Treasury, NYC

        OBI Text
        Natural Resource Damage Assessment Restoration Fund 14X5198
        EVOS Exxon Valdez, Civil Settlement, FY06 Joint Funds

        **_Beneficiary Reference_**
        A91-082Civil

      The transfer should take place when most financially advantageous, preferably on or before July 25, 2008, or as soon thereafter as possible.  If you have any questions, please call Elise Hsieh at (907) 269-5274.

                              Sincerely,


_(signature)_                                          (by email consent)

Elise Hsieh                                            Regina R. Belt
Assistant Attorney General                            Environmental Enforcement Section
State of Alaska                                        Environment & Natural Resources Division
                                                      U.S. Department of Justice
                                                      United States of America

cc:    Kathryn MacDonald, U.S. Department of Justice
       Matt vanSteenwyk, Alaska Department of Fish and Game
       Christine O'Sullivan, Alaska Department of Fish and Game
       Sue Bump, Alaska Department of Revenue
       Bob Mitchell, Alaska Department of Revenue
       Lynette Schroeder, Exxon Valdez Oil Spill Trustee Council Restoration Office

                               Attachment A
                               Page 2

## RESOLUTION 08-12 OF THE
### *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
**Project 080840: Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound 19 Years after the Exxon Valdez Oil Spill**

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of *United States of America v. State of Alaska*, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of *State of Alaska v. Exxon Corporation*, et al., No. A91-083 CIV, and *United States of America v. Exxon Corporation*, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal years 2008 and 2009, as detailed below. The monies are to be distributed according to the following schedule for PJ080840 Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound 19 Years after the Exxon Valdez Oil Spill:

### FY 2008 Fund Distribution

| | |
|---|---|
| United States Environmental Protection Agency | $181,735.20 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$181,735.20** |

### FY 2009 Fund Distribution

| | |
|---|---|
| United States Environmental Protection Agency | $354,237.80 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$354,237.80** |
| **TOTAL TO UNITED STATES OF AMERICA** | **$535,973.00** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make the appropriate funds available for each fiscal year for this project from the account(s) designated by the Executive Director.

1

Resolution 08-12

Attachment A
Page 3

07/17/08   14:28 FAX 907 743 9492            CHUGACH N F                                ☑002

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

TALIS J. COLBERG
Attorney General
Alaska Department of Law


RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
    Administration
U.S. Department of Commerce


DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

LARRY HARTIG
Commissioner
Alaska Department of Environmental
    Conservation


2

Resolution 08-12

Attachment A
Page 4

07/17/2008 THU 17:18 [TX/RX NO 9203] ☑002

2022087242        MMS                                                07:48:41    07-18-2008        2/2

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

 

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

TALIS J. COLBERG
Attorney General
Alaska Department of Law

 

RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

 

DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

LARRY HARTIG
Commissioner
Alaska Department of Environmental
   Conservation

 

2                                    Resolution 08-12

Attachment A
Page 5

07/18/2008 FRI 07:00 [TX/RX NO 9205] ☒002

JUL-18-2008 FRI 11:19 AM ADF&G SF R5                    FAX NO. 907 267 2464              P. 05

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____          _____
JOE L. MEADE                              TALIS J. COLBERG
Forest Supervisor                         Attorney General
Forest Service Alaska Region              Alaska Department of Law
U.S. Department of Agriculture


_____          _____
RANDALL LUTHI                             CRAIG R. O'CONNOR
Director                                  Special Counsel
U.S. Minerals Management Services         National Oceanic & Atmospheric
U.S. Department of Interior                  Administration
                                          U.S. Department of Commerce


_____          _____
DENBY S. LLOYD                            LARRY HARTIG
Commissioner                              Commissioner
Alaska Department of Fish and Game        Alaska Department of Environmental
                                             Conservation

07/18/2008 FRI 14:17 [TX/RX NO 9209] Ⓩ005

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation

Attachment A
Page 7

2

Resolution 08-12

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law


_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce


_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
   Conservation


2                                    Resolution 08-12

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____

TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____

RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

_____

DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____

LARRY HARTIG
Commissioner
Alaska Department of Environmental
   Conservation

2

Resolution 08-12

Attachment A
Page 9

**RESOLUTION 08-13 OF THE**
***EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL**
**Relocation of Darkened Waters Display to Alaska**

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of *United States of America v. State of Alaska*, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of *State of Alaska v. Exxon Corporation*, et al., No. A91-083 CIV, and *United States of America v. Exxon Corporation*, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008. The monies are to be distributed according to the following schedule for the relocation of the Darkened Waters display to Alaska:

**FY 2008 Fund Distribution**

| | |
|---|---|
| Alaska Department of Fish and Game | $15,000 |
| **SUBTOTAL TO STATE OF ALASKA** | **$15,000** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $15,000 from the appropriate account as designated by the Executive Director.

Page 1 of 2

Resolution 08-13

Attachment A
Page 10

07/17/08  14:28 FAX 907 743 9492          CHUGACH N F                                    ☑003

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

TALIS J. COLBERG
Attorney General
Alaska Department of Law


RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation


Page 2 of 2

Resolution 08-13

Attachment A
Page 11

07/17/2008 THU 17:18 [TX/RX NO 9203] ☑003

2022087242        MMS                                                    07:48:36    07-18-2008          1 /2

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____              _____
JOE L. MEADE                                  TALIS J. COLBERG
Forest Supervisor                             Attorney General
Forest Service Alaska Region                  Alaska Department of Law
U.S. Department of Agriculture


_____              _____
RANDALL LUTHI                                 CRAIG R. O'CONNOR
Director                                      Special Counsel
U.S. Minerals Management Services             National Oceanic & Atmospheric
U.S. Department of Interior                      Administration
                                              U.S. Department of Commerce


_____              _____
DENBY S. LLOYD                                LARRY HARTIG
Commissioner                                  Commissioner
Alaska Department of Fish and Game            Alaska Department of Environmental
                                                Conservation


Page 2 of 2                                              Resolution 08-13

                                                        Attachment A
                                                        Page 12

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law


_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game


_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation


Attachment A
Page 13
Resolution 08-13

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law


_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce


_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game


_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
   Conservation

07/17/2008 12:46 FAX 2065266665          NW ENRD                                    ☑003

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

TALIS J. COLBERG
Attorney General
Alaska Department of Law

RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
    Administration
U.S. Department of Commerce

DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

LARRY HARTIG
Commissioner
Alaska Department of Environmental
Conservation

Page 2 of 2

Resolution 08-13

Attachment A
Page 15

07/17/2008 THU 15:33 [TX/RX NO 9201] ☑003

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation

Page 2 of 2

Resolution 08-13

Attachment A
Page 16