# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178



### TRUSTEE COUNCIL MEETING NOTES
### Cordova, Alaska
### May 1, 2008

Chaired by: Randall Luthi
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Steve Zemke, USFS* | Talis Colberg, ADOL |
| •Randall Luthi, USMMS | Denby S. Lloyd, ADF&G |
| Craig O'Connor, NOAA ** | Larry Hartig, ADEC |

- • Chair
- \* Steve Zemke alternate for Joe Meade
- \*\* Craig O'Connor alternate for James Balsiger

---

The meeting convened at 6:35 p.m., May 1, 2008 in Cordova at the Mount Eccles Elementary School Auditorium.

1. Approval of the Agenda

    APPROVED MOTION:   Motion to approve the draft agenda dated April 28, 2008

    Motion by Lloyd, second by O'Connor

2. Approval of March 17, 2008 meeting notes

    APPROVED MOTION:   Motion to approve the March 17, 2008 meeting notes

    Motion by O'Connor, second by Zemke

---

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

Attachment B
Page 1

Public comment period began at 7: 50 p.m.

**Thirty public comments were received.**

Public comment closed at 10:20 p.m.

Off the record – 10:21 p.m.
On the record – 10:38 p.m.

3.   Cordova Community Center

| | |
|---|---|
| APPROVED MOTION: | Motion to authorize the expenditure of an amount from the *Exxon Valdez* Oil Spill Trustee joint settlement funds equal to $7 million or one-third the cost of construction of the Cordova Center, whichever is less, for the construction of the Cordova Center as described in the City's January 19, 2007 proposal to the EVOS Council, provided that:<br>(1) a portion of the facility be used as described in the January 19, 2007 proposal, to educate the public and build scientific knowledge relating to the impacts of the 1989 *Exxon Valdez* oil spill and restoration of those impacts and further restoration goals;<br>(2) the City provide, before any expenditure of EVOS funds, documentation demonstrating to the satisfaction of Department of Law and NOAA that the city has firm commitments for the funding of all the anticipated costs of construction of the Cordova Center, and that the Cordova Center will be used for the EVOS-related purposes, as described in the January 19, 2007 proposal; and<br>(3) the City provide a written commitment that it will fund all operation and maintenance costs of the Cordova Center and not request those funds from the EVOS Trustee Council.<br><br>Motion by Hartig, second by O'Connor |

|   |   |
|---|---|
| APPROVED MOTION: | Motion to approve $8,393 G&A to the appropriate state agency for management of the Cordova Center project |
|   | Motion by Hartig, second by Colberg |

Meeting adjourned at 12:10 a.m.

|   |   |
|---|---|
| APPROVED MOTION: | Move to adjourn |
|   | Motion by Lloyd, second by O'Connor |



# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### May 27, 2008

Chaired by: Larry Hartig
Trustee Council Member

Trustee Council Members Present:

Steve Zemke, USFS*  
Hans Neidig, USDOI***  
Craig O'Connor, NOAA **  

Craig Tillery, ADOL****  
Denby S. Lloyd, ADF&G  
•Larry Hartig, ADEC  

- • Chair
- \* Steve Zemke alternate for Joe Meade
- \*\* Craig O'Connor alternate for James Balsiger
- \*\*\* Hans Neidig alternate for Randall Luthi
- \*\*\*\*Craig Tillery alternate for Talis Colberg

The meeting convened at 8:35 a.m., May 27, 2008 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

   APPROVED MOTION:   Motion to approve the draft agenda dated May 19, 2008 as amended with the addition of a lingering oil project discussion before the *FY 09 Invitation for Proposals* and an executive session at the end of the meeting

   Motion by O'Connor, second by Zemke

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

2. Approval of May 1, 2008 meeting notes

    APPROVED MOTION:    Motion to approve the May 1, 2008 meeting notes dated May 15, 2008 as presented

                                      Motion by Tillery, second by Lloyd

**Public Advisory Committee (PAC) comments were offered by: Stacy Studebaker and RJ Kopchak**

Public comment period began at 9:00 a.m.

**Nine public comments were received.**

Public comment closed at 9:30 a.m.

Off the record – 9:50 a.m.
On the record – 10:05 a.m.

3. Integration of Herring

    APPROVED MOTION:    Motion to approve additional funding of $109,000 for the continued preparation of an Integrated Herring Restoration Program

                                      Motion by Neidig, second by Tillery

Off the record – 12:00 p.m.
On the record – 1:20 p.m.

4. FY 09 Invitation for Proposals

    APPROVED MOTION:    Motion for the Trustee Council, liaisons, and EVOS staff to meet within the next two weeks to redraft the *FY 09 Invitation for Proposals*, bring the redrafted version before the Council for approval then release to the public

                                      Motion by Tillery, second by O'Connor

4. <u>Executive Session</u>

|  |  |
|---|---|
| APPROVED MOTION: | Motion to move into executive session to discuss personnel and legal issues no action will be taken |
|  | Motion by Tillery, second by Neidig |
| Off the record – 1:30 p.m. |  |
| Meeting adjourned at 2:45 p.m. | The Trustee Council returned from Executive Session, no action was taken other than to adjourn. |
| APPROVED MOTION: | Motion to adjourn O'Connor |

Attachment B
Page 6

3