

# Exxon Valdez Oil Spill Trustee Council
441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

### TRUSTEE COUNCIL MEETING NOTES
Anchorage, Alaska
June 26, 2008

Chaired by: Craig O'Connor
Trustee Council Member

Trustee Council Members Present:

Steve Zemke, USFS*  
Hans Neidig, USDOI***  
•Craig O'Connor, NOAA **  

Craig Tillery, ADOL****  
Tom Brookover, ADF&G *****  
Dan Easton, ADEC ******

- Chair
* Steve Zemke alternate for Joe Meade
** Craig O'Connor alternate for James Balsiger
*** Hans Neidig alternate for Randall Luthi
****Craig Tillery alternate for Talis Colberg
*****Tom Brookover for Denby Lloyd
******Dan Easton for Larry Hartig

The meeting convened at 1:00 p.m., June 26, 2008 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:   Motion to approve the draft agenda dated June 16, 2008 as amended changing the order of the discussion items to: omit the Strategic Plan, moving to Lingering Oil Microcosm Study, Invitation, Barrow's Goldeneye and Communication and Outreach Plan

**Attachment B
Page 1 of 3**

Federal Trustees
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

State Trustees
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

                        Motion by Tillery, second by Brookover

2. <u>Approval of May 27, 2008 meeting notes</u>

    APPROVED MOTION:    Motion to approve the May 27, 2008 meeting notes dated May 29, 2008 as presented

                        Motion by Neidig, second by Tillery

**Public Advisory Committee (PAC) comments were offered by: Pat Lavin**

Public comment period began at 1:35 p.m.

**Six public comments were received.**

Public comment closed at 2:08 p.m.

3. <u>Lingering Oil Proposal – Microcosm Study</u>

    APPROVED MOTION:    Motion to approve the proposal titled: Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound 19 Years after the *Exxon Valdez* Oil Spill as presented in the amount of $535,973 which includes the 9% G&A and management fees for NOAA as the managing agency

                        Motion by Tillery, second by Neidig

4. <u>Barrow's Goldeneye</u>

    APPROVE MOTION:    Motion to approve adding Barrow's Goldeneye to the Injured Resources and Services List, adopting the proposed entry submitted by USFWS, with the exception, we substitute in - are recovering or that we make the notation that they are in fact a recovering species

                        Motion by Tillery, second by Neidig

Off the record – 3:02 p.m.

On the record – 3:12 p.m.

5. <u>Communications and Outreach Planning</u>

    APPROVED MOTION:    Motion to approve $15,000 in partnership with other organizations for transportation from Kansas to Alaska, review, revision and upgrade of the Darken Waters Exhibit

        Motion by Tillery, second by Zemke

Meeting adjourned at 3:30 p.m.    Motion to adjourn by Neidig, second by Brookover

Attachment B
Page 3 of 3

3