TALIS J. COLBERG
ATTORNEY GENERAL

CRAIG J. TILLERY
DEPUTY ATTORNEY GENERAL

ELISE M. HSIEH
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5274
Facsimile: (907) 278-7022
Email: Elise.Hsieh@alaska.gov

Attorneys for the State of Alaska

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> EXXON CORPORATION, and EXXON SHIPPING COMPANY, <br><br> Defendants. | No. 3:91-CV-0083 (HRH) <br><br> **THIRTY-FIRST JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT FUND AND FROM MONIES PREVIOUSLY DISBURSED** |

The State of Alaska and the United States (the "Governments") jointly provide notice of the expenditure of $753,000 in settlement funds, specifically $629,000 from the Habitat Investment Sub-Account of the *Exxon Valdez* Oil Spill Investment Fund ("Investment Fund"); and $124,000 in lapsed funds and accrued interest on settlement monies previously disbursed from the Investment Fund that are that are within the State of Alaska's

General Funds and Other Non-Segregated Investments Account. The Governments' natural resource trustee agencies will use these funds for purposes consistent with the Memorandum of Agreement and Consent Decree entered by this Court in *United States v. State of Alaska,* No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate subaccounts within the primary account as the Trustee Council determines appropriate. On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit:

the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this thirty-first expenditure from the Investment Fund and from monies previously disbursed for: (1) $629,000 for the acquisition of lands along the Kenai River (small parcel KEN 3002); and (2) $124,000 for necessary natural resource damage assessment and restoration activities during federal fiscal year

---

[1] A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1 - 2.

2009.[2] The entire amount of $753,000 that is the subject of this Notice will be provided to the State of Alaska.

The Trustee Council has not met since the Governments' filing on August 29, 2008 of their Thirtieth Joint Notice of Expenditures from Investment Fund. The Governments will submit the meeting notes for August 28, 2008 meetings once they have been approved by the Trustee Council.

RESPECTFULLY SUBMITTED this 17th day of September, 2008 at Anchorage, Alaska.

        FOR THE STATE OF ALASKA

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:    s/Elise Hsieh
      Assistant Attorney General
      State of Alaska
      Department of Law
      1031 West Fourth Avenue, Suite 200
      Anchorage, Alaska 99501-1994
      Telephone: (907) 269-5274
      Facsimile: (907) 278-7022
      Email: Elise_Hsieh@alaska.gov
      Alaska Bar #9511048

---

[2] Appended to this Notice at Attachment A, pp. 3-24, are Trustee Council resolutions documenting the Council's unanimous agreement, at its March 17, 2008 and June 26, 2008 meetings, to authorize the expenditures of (1) $629,000 for the acquisition of a small parcel of land (KEN 3002), located in Soldotna, Alaska, along the Kenai River (Resolution 08-08), (2) $15,000 to support the 2009 Alaska Forum for the Environment (Resolution 08-14), and (3) $109,000 to fund the creation of an executive committee of the Integrated Herring Restoration Program work group that will create a plan for the review and approval of the entire work group (Resolution 08-15).

**THIRTY-FIRST JOINT NOTICE OF EXPENDITURES FROM**
**THE INVESTMENT FUND AND FROM MONIES PREVIOUSLY DISBURSED**
3:91-CV-0083 (HRH)                     Page 4 of 6

FOR THE UNITED STATES

s/Kathryn MacDonald (consent)
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202)353-7397
Facsimile: (202)514-4180
Email: kathryn.macdonald@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of September, 2008, a copy of the foregoing THIRTY-FIRST JOINT NOTICE EXPENDITURES FROM THE INVESTMENT FUND AND FROM MONIES PREVIOUSLY DISBURSED, together with attachments A, were served by U.S. mail, first class, postage prepaid, on the following:

Regina R. Belt
U.S. Dept. of Justice
801 B Street, Suite 504
Anchorage, AK 99501-3657

Kathryn MacDonald
Environmental and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN 37219

Douglas J. Serdahely
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

Patrick Lynch
O'Melveny & Meyers

400 South Hope Street
Los Angeles, CA 90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK 99821-1187

s/Gail Byers