Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____          _____
JOE L. MEADE                              TALIS J. COLBERG
Forest Supervisor                         Attorney General
Forest Service Alaska Region              Alaska Department of Law
U.S. Department of Agriculture


_____          _____
RANDALL LUTHI                             CRAIG R. O'CONNOR
Director                                  Special Counsel
U.S. Minerals Management Services         National Oceanic & Atmospheric
U.S. Department of Interior                 Administration
                                          U.S. Department of Commerce


_____          _____
DENBY S. LLOYD                            LARRY HARTIG
Commissioner                              Commissioner
Alaska Department of Fish and Game        Alaska Department of Environmental
                                            Conservation

08/03/2008 11:43 FAX 907 271 4102   510-AK   @003/001
Aug. 29. 2008 9:51AM   No. 1809   P. 3

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI    *For Mr. Luthi*
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____  
JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____  
*for* TALIS J. COLBERG  
Attorney General  
Alaska Department of Law

_____  
RANDALL LUTHI  
Director  
U.S. Minerals Management Services  
U.S. Department of Interior

_____  
CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric Administration  
U.S. Department of Commerce

_____  
DENBY S. LLOYD  
Commissioner  
Alaska Department of Fish and Game

_____  
LARRY HARTIG  
Commissioner  
Alaska Department of Environmental Conservation

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

_____/s/_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
   Conservation

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____/s/ Dan Easton_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
 Conservation

## RESOLUTION 08-15 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
### Regarding Funding for the Integrated Herring Restoration Program

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of *United States of America v. State of Alaska*, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of *State of Alaska v. Exxon Corporation*, et al., No. A91-083 CIV, and *United States of America v. Exxon Corporation*, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal years 2008 and 2009. The monies will be used to fund the creation of an executive committee of the Integrated Herring Restoration Program work group that will create a plan for review and approval of the full herring work group, as described in Attachment A. The funds will be distributed to the Scientific Management portion of the Implementation Budget in the PJ080100 budget:

### FY 2008 Fund Distribution

| | |
|---|---|
| Alaska Department of Fish & Game | $109,000 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$109,000** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $109,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____  
JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____  
TALIS J. COLBERG  
Attorney General  
Alaska Department of Law

_____  
RANDALL LUTHI  
Director  
U.S. Minerals Management Services  
U.S. Department of Interior

_____  
CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric  
  Administration  
U.S. Department of Commerce

_____  
DENBY S. LLOYD  
Commissioner  
Alaska Department of Fish and Game

_____  
LARRY HARTIG  
Commissioner  
Alaska Department of Environmental  
  Conservation

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____*Craig J. Tilley*_____
for TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation

09/03/2008 11:43 FAX 907 271 4102   SIO-AK   @005/007
Aug. 29. 2008 9:51AM                                              No. 1809   P. 5

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____  
JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____  
TALIS J. COLBERG  
Attorney General  
Alaska Department of Law

_____  
RANDALL LUTHI  
Director     *For Mr. Luthi*  
U.S. Minerals Management Services  
U.S. Department of Interior

_____  
CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric  
  Administration  
U.S. Department of Commerce

_____  
DENBY S. LLOYD  
Commissioner  
Alaska Department of Fish and Game

_____  
LARRY HARTIG  
Commissioner  
Alaska Department of Environmental  
  Conservation

Page 2 of 2                      2                      Resolution 08-15

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

_____/s/_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
   Conservation

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____/s/ Dan Easton_____
~~LARRY HARTIG~~
Commissioner
Alaska Department of Environmental
Conservation

ATTACHMENT A
RESOLUTION 08-15 IHRP

May 27, 2008

**PROPOSAL FOR FUNDING**

FROM:    Michael Baffrey, Executive Director

SUBJECT:    Integrated Herring Restoration Program

**PROPOSED USE OF AUTHORIZATION:**
Funding authorization of $109,000 is requested to develop an Integrated Herring Restoration Program (IHRP) for the Prince William Sound (PWS) herring stock listed as injured by the Exxon Valdez oil spill. The IHRP will address the identified data gaps needed to accurately understand the continued state of the PWS herring stock and support management and stock enhancements decisions in the future.

**OBJECTIVES:**
An IHRP Working Group comprised of members with specific scientific, management, enhancement, fisheries, and community expertise will prepare an integrated, multi-component research and restoration program for PWS herring that will be:

- Ecosystem-focused as opposed to a single-resource focused.

- Organized around common goals/hypotheses determined through teamwork to create efficiencies in levels of support and to elevate the intellectual capacity required to successfully engage the difficult question "What's wrong with herring, and what can we do about it?"

- Marked by a continuous process of synthesis as opposed to the more common practice of a "summing up" following several years of study.

- Led by a modeling activity whose principal tasks will include interaction with all the research to obtain the information needed to understand the mechanisms contributing to change in PWS herring.

- Open to the impacted community by providing a seat at the table for one or more public members.

- Based on the premise that before large-scale restoration activities for herring can be undertaken, the herring ecosystem in PWS must be understood in sufficient detail to significantly reduce the probability of unintended consequences.

- Develop an outreach component that will help translate the science into community awareness.

**FUNDING BREAKDOWN:**
The breakdown of the $109,000 requested is:

- $45,000 for professional service contracts with 6 eligible IHRP Working Group members.

- $18,000 for July 2008 IHRP Working Group meeting in Cordova.

- $18,000 for August 2008 IHRP Working Group meeting in Cordova.

- $28,000 for a joint meeting of the IHRP Working Group with the Trustee Council's Herring Steering Committee in Cordova.

**TIMING:**
The IHRP is scheduled for completion by September 30, 2008.

**PREPARED BY:** Michael Baffrey (907) 265-9330.