CRAIG W. RICHARDS
ATTORNEY GENERAL
STEVEN E. MULDER
Chief Assistant Attorney General
JENNIFER L. SCHORR
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska  99501-1994
Telephone:    (907) 269-5274
Facsimile:    (907) 278-7022
Email: steven.mulder@alaska.gov
         jennifer.schorr@alaska.gov

Attorneys for the State of Alaska

**UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:91-CV-0083 (HRH) |
| | ) | |
| v. | ) | **FIFTY-NINTH** |
| | ) | **JOINT NOTICE OF** |
| EXXON CORPORATION, and EXXON | ) | **EXPENDITURES FROM** |
| SHIPPING COMPANY, | ) | **THE INVESTMENT** |
| | ) | **FUND** |
| Defendants. | ) | |
| | ) | |

The United States and the State of Alaska ("the Governments") jointly provide this

notice ("Notice") of their expenditure of $1,300,000 from the Exxon Valdez Oil Spill

Investment Fund ("Investment Fund"). This entire expenditure is from the Research Sub-

Account of the Investment Fund. The Governments' natural resource trustee agencies will

use these funds for purposes consistent with the Memorandum of Agreement and Consent

Decree entered by this Court in *United States v. State of Alaska*, No. A91-081 CIV

(D. Alaska), on August 28, 1991 ("MOA").

On September 25, 1991, the United States and the State of Alaska settled their

claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline

Company, and the T/V *Exxon Valdez* arising from the Exxon Valdez Oil Spill ("EVOS").

All funds resulting from these settlements were subsequently ordered by this Court to be

placed in an interest-bearing account in the Court Registry Investment System ("CRIS")

administered through the United States District Court for the Southern District of Texas.

On June 7, 2000, this Court entered its Third Amended Order for Deposit and

Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order

allows the Governments the option of investing the money in an account outside the

United States Treasury.  On September 29, 2000, upon application by the Governments,

the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity

Account and the Reserve Fund to an Investment Fund Within the Alaska Department of

Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account

within the State.  On October 5, 2000, all funds and securities were transferred from the

CRIS to the Investment Fund.  The Third Amended Order further allows the

Governments to establish separate sub-accounts within the primary account "as the

Trustee Council determines appropriate."  On October 1, 2002, three sub-accounts were

created in the Investment Fund: the Research Investment Sub-Account, the Habitat

Investment Sub-Account, and the Koniag Investment Sub-Account.  These sub-accounts

were established to carry out the Trustee Council's decision in its Resolution of March 1,

1999 to manage separately the remaining assets of the Joint Trust Funds for the specific

purposes of funding a long term research and monitoring program, the acquisition of

lands along the Karluk River on Kodiak Island, and the establishment of a fund to

purchase small parcels of land that may become available in the future.[1]

---

[1]     The Koniag Sub-Account funds, which had been set aside for the protection, and
potential purchase, of certain lands on Kodiak Island held by Koniag, Inc. (Koniag), were
transferred to the Habitat Sub-Account on March 14, 2014 after the final payment due
Koniag (after its termination of the Master Agreement For Protection of Certain Lands
and Resources Between Koniag, Inc., The United States of America, And The State Of
Alaska and associated easements) was made, and the Koniag Investment Sub-Account
was terminated. The payment was the subject of the Governments' Fifty-Fifth Joint
Notice Of Expenditures From The Investment Fund.

Case 3:91-cv-00083-HRH   Document 366   Filed 07/24/15   Page 3 of 6

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the EVOS Trustees unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court. The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.[2]

The Governments provide Notice of this fifty-ninth expenditure in the amount $1,300,000 from the Research Sub-Account to provide supplemental funding for construction of the Cordova Center.[3] The entire amount that is the subject of this Notice will be provided to the State of Alaska.

The Trustee Council has not met since the Governments' filing on April 8, 2015 of their Fifty-Eighth Joint Notice of Expenditures. The meeting notes for the Trustee Council's meeting on March 25, 2015 are appended to this Notice as Attachment B.

RESPECTFULLY SUBMITTED this 24th day of July, 2015.

---

[2]    A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1-2.

[3]    The Trustee Council unanimously authorized this expenditure at its February 21, 2013 meeting in Resolution 13-05. Resolution 13-05 is appended to this Notice as Attachment A, pp. 3-26.

FOR THE STATE OF ALASKA

CRAIG W. RICHARDS
ATTORNEY GENERAL

By:    /s/ JENNIFER L. SCHORR
        Assistant Attorney General
        State of Alaska
        Department of Law
        1031 West Fourth Avenue, Suite 200
        Anchorage, Alaska  99501-1994
        Telephone: (907) 269-5274
        Facsimile: (907) 278-7022
        Email: jennifer.schorr@alaska.gov
        Alaska Bar #0811082


FOR THE UNITED STATES
JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

By:    /s/ ERIKA M. ZIMMERMAN (consent)
        Trial Attorney, Oregon No. 055004
        Environmental Enforcement Section
        Environment & Natural Resources Division
        United States Department of Justice
        c/o NOAA/Damage Assessment
        7600 Sand Point Way, NE
        Seattle, Washington 98115
        Telephone: (206) 526-6608
        Facsimile: (907) 526-6665
        Email: Erika.Zimmerman@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2015, a copy of the foregoing,

FIFTY-NINTH JOINT NOTICE OF EXPENDITURES FROM THE INVESTMENT

FUND, was served by the Court's CM/ECF system upon all persons registered to

receive filings in this matter.


/s/ JENNIFER L. SCHORR
Assistant Attorney General