# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

STATE OF ALASKA           v.     EXXON CORPORATION, et al.

JUDGE H. RUSSEL HOLLAND          CASE NO.   3:91-cv-0083-HRH

PROCEEDINGS:   ORDER FROM CHAMBERS

By minute order of March 17, 2015,[1] the court indicated its intention to schedule a hearing to receive current reports from the parties in open court on or about September 15, 2015.

Conflicting obligations will require the court to postpone the hearing to the week of October 13, 2015 (October 12 being a holiday). Counsel will please confer and propose to the court a hearing date of either October 13, 14, or 15, 2015, at 9:00 a.m. Counsel may convey their choice for a hearing date directly to the court's judicial assistant.[2]

---

[1] Docket No. 362.

[2] Marty Stafford; 907.677.6252.

Order from Chambers – Proposed Hearing Dates                                    - 1 -