MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

STATE OF ALASKA vs. EXXON CORP., et al.

BEFORE THE HONORABLE: H. RUSSEL HOLLAND   CASE NO. 3:91-cv-00083-HRH

DEPUTY CLERK/RECORDER: NANCY LEALAISALANOA

OFFICIAL REPORTER: NOT PRESENT

APPEARANCES:   PLAINTIFF: STEVEN E. MULDER

 DEFENDANT: BARAT M. LaPORTE
 M. RANDALL OPPENHEIMER
 DAWN SESTITO

PROCEEDINGS: STATUS HEARING FOR PURPOSES OF HEARING UPDATED STATUS REPORTS HELD OCTOBER 15, 2015

At 10:01 a.m. court convened.

Court and counsel heard re reopener settlement provision and the Government's decision Not to Proceed Under the Reopener as filed in Status Report at docket 375.

Court thanked and addressed the parties.

At 10:10 a.m. court adjourned.

DATE: October 15, 2015     DEPUTY CLERK'S INITIALS: NXL

(Revised 1-29-2015)